# EXHIBIT 2

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Ronald A. Klain
Chief of Staff
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

The Honorable David S. Ferriero
Archivist of the United States
National Archives and Records Administration
700 Pennsylvania Avenue, N.W.
Washington, D.C. 20408

Dear Mr. Klain and Mr. Ferriero:

Our Committees are requesting records relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Pursuant to the Presidential Records Act, specifically 44 U.S.C. § 2205(2)(C), the Committees request that you produce the following documents from the Executive Office of the President (EOP) and the Office of the Vice President (OVP) in your custody, control, or possession by April 8, 2021:

1.  Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of EOP, OVP or any of their components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.  Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of EOP, OVP or any of their components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.  Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of EOP, OVP or any of their components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with federal agencies and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the events of January 6, 2021, by any EOP or OVP employee or official, as well as any disciplinary measures

The Honorable Ronald A. Klain
The Honorable David S. Ferriero
Page 2

considered or taken; and (5) communications, if any, with participants in the events of January 6, 2021, or other individuals associated with groups participating in the events of January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,


Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence


Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary


Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services


Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

The Honorable Ronald A. Klain
The Honorable David S. Ferriero
Page 3

The Honorable John Katko, Ranking Member
Committee on Homeland Security

The Honorable Jim Jordan, Ranking Member
Committee on the Judiciary

The Honorable Rodney Davis, Ranking Member
Committee on House Administration

The Honorable Mike Rogers, Ranking Member
Committee on Armed Services

𝕮𝖔𝖓𝖌𝖗𝖊𝖘𝖘 𝖔𝖋 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘
𝖂𝖆𝖘𝖍𝖎𝖓𝖌𝖙𝖔𝖓, 𝕯𝕮 20515

March 25, 2021

The Honorable Merrick B. Garland
Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Dear Attorney General Garland:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more.  Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.   Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.   Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.   Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize:  (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any Department employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

We understand that the Department continues to investigate and prosecute individuals involved in the events on January 6, 2021.  We are happy to work with you to ensure that the document requests in this letter do not interfere with ongoing investigations and prosecutions.

The Honorable Merrick B. Garland
Page 2

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

        The Honorable John Katko, Ranking Member
        Committee on Homeland Security

        The Honorable Jim Jordan, Ranking Member
        Committee on the Judiciary

The Honorable Merrick B. Garland
Page 3

       The Honorable Rodney Davis, Ranking Member
       Committee on House Administration

       The Honorable Mike Rogers, Ranking Member
       Committee on Armed Services

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Christopher A. Wray
Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Dear Director Wray:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.  Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of the FBI or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.  Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of the FBI or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.  Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of the FBI or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any FBI employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Honorable Christopher A. Wray
Page 2

We understand that the FBI continues to investigate the events on January 6, 2021.  We are happy to work with you to ensure that the document requests in this letter do not interfere with ongoing investigations and prosecutions.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

        The Honorable John Katko, Ranking Member
        Committee on Homeland Security

The Honorable Christopher A. Wray
Page 3

       The Honorable Jim Jordan, Ranking Member
       Committee on the Judiciary

       The Honorable Rodney Davis, Ranking Member
       Committee on House Administration

       The Honorable Mike Rogers, Ranking Member
       Committee on Armed Services

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Lloyd J. Austin III
Secretary
U.S. Department of Defense
1000 Defense Pentagon
Washington, D.C. 20528

Dear Secretary Austin:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more.  Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.   Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.   Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.   Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize:  (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by Department employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  An attachment to this letter provides additional instructions for responding to the

The Honorable Lloyd J. Austin III
Page 2

Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any
questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Betty McCollum
Chair
Committee on Appropriations
Subcommittee on Defense

Enclosure

cc:      The Honorable James R. Comer, Ranking Member
         Committee on Oversight and Reform

         The Honorable Devin Nunes, Ranking Member
         House Permanent Select Committee on Intelligence

The Honorable Lloyd J. Austin III
Page 3

      The Honorable John Katko, Ranking Member
      Committee on Homeland Security

      The Honorable Jim Jordan, Ranking Member
      Committee on the Judiciary

      The Honorable Rodney Davis, Ranking Member
      Committee on House Administration

      The Honorable Mike Rogers, Ranking Member
      Committee on Armed Services

      The Honorable Ken Calvert, Ranking Member
      Committee on Appropriations
      Subcommittee on Defense

## Congress of the United States
### Washington, DC 20515

March 25, 2021

General Daniel R. Hokanson
Chief
National Guard Bureau
1636 Defense Pentagon
Washington, D.C.  20301

Dear General Hokanson:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more.  Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1. Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of the National Guard Bureau or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2. Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of the National Guard Bureau or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3. Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of the National Guard Bureau or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize:  (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any National Guard Bureau employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

General Daniel R. Hokanson
Page 2

      The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Betty McCollum
Chair
Committee on Appropriations
Subcommittee on Defense

Enclosure

cc:    The Honorable James R. Comer, Ranking Member
       Committee on Oversight and Reform

General Daniel R. Hokanson
Page 3

 The Honorable Devin Nunes, Ranking Member
 House Permanent Select Committee on Intelligence

 The Honorable John Katko, Ranking Member
 Committee on Homeland Security

 The Honorable Jim Jordan, Ranking Member
 Committee on the Judiciary

 The Honorable Rodney Davis, Ranking Member
 Committee on House Administration

 The Honorable Mike Rogers, Ranking Member
 Committee on Armed Services

 The Honorable Ken Calvert, Ranking Member
 Committee on Appropriations
 Subcommittee on Defense

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Alejandro N. Mayorkas
Secretary
Department of Homeland Security
3801 Nebraska Avenue, N.W.
Washington, D.C. 20016

Dear Secretary Mayorkas:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.   Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.   Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.   Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any Department employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X. An attachment to this letter provides additional instructions for responding to the

The Honorable Alejandro N. Mayorkas
Page 2

Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any
questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Enclosure

cc:    The Honorable James R. Comer, Ranking Member
       Committee on Oversight and Reform

       The Honorable Devin Nunes, Ranking Member
       House Permanent Select Committee on Intelligence

       The Honorable John Katko, Ranking Member
       Committee on Homeland Security

       The Honorable Jim Jordan, Ranking Member
       Committee on the Judiciary

       The Honorable Rodney Davis, Ranking Member
       Committee on House Administration

The Honorable Alejandro N. Mayorkas
Page 3

The Honorable Mike Rogers, Ranking Member
Committee on Armed Services

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Avril Haines
Director of National Intelligence
Office of the Director of National Intelligence
1500 Tysons McLean Drive
McLean, VA 22102

Dear Director Haines:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.      Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials in the Office of the Director of National Intelligence (ODNI) or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.      Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials at ODNI or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.      Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials at ODNI or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the events of January 6, 2021, by any ODNI employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the events of January 6, 2021, or other individuals associated with groups participating in the events of January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under

The Honorable Avril Haines
Page 2

House Rule X.  An attachment to this letter provides additional instructions for responding to the
Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any
questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Betty McCollum
Chair
Committee on Appropriations
Subcommittee on Defense

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

The Honorable Avril Haines
Page 3

      The Honorable John Katko, Ranking Member
      Committee on Homeland Security

      The Honorable Jim Jordan, Ranking Member
      Committee on the Judiciary

      The Honorable Rodney Davis, Ranking Member
      Committee on House Administration

      The Honorable Mike Rogers, Ranking Member
      Committee on Armed Services

      The Honorable Ken Calvert, Ranking Member
      Committee on Appropriations
      Subcommittee on Defense

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Deb Haaland
Secretary
Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Dear Secretary Haaland:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more.  Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.      Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.      Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.      Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize:  (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any Department employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under

The Honorable Deb Haaland
Page 2

House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,


Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
  on Intelligence


Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary


Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services


Chellie Pingree
Chair
Committee on Appropriations
Subcommittee on Interior, Environment
  and Related Agencies


Enclosure

cc:    The Honorable James R. Comer, Ranking Member
       Committee on Oversight and Reform

The Honorable Deb Haaland
Page 3

> The Honorable Devin Nunes, Ranking Member
> House Permanent Select Committee on Intelligence
>
> The Honorable John Katko, Ranking Member
> Committee on Homeland Security
>
> The Honorable Jim Jordan, Ranking Member
> Committee on the Judiciary
>
> The Honorable Rodney Davis, Ranking Member
> Committee on House Administration
>
> The Honorable Mike Rogers, Ranking Member
> Committee on Armed Serves
>
> The Honorable David Joyce, Ranking Member
> Committee on Appropriations
> Subcommittee on Interior, Environment, and Related Agencies

# Congress of the United States
## Washington, DC 20515

March 25, 2021

Ms. Pamela A. Smith
Chief
U.S. Park Police
1100 Ohio Drive, S.W.
Washington, D.C. 20242

Dear Chief Smith:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1. Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by U.S. Park Police employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2. Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by U.S. Park Police employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3. Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by U.S. Park Police employees or officials or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any U.S. Park Police employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under

Chief Pamela A. Smith
Page 2

House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,


Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence


Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary


Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services


Chellie Pingree
Chair
Committee on Appropriations
Subcommittee on Interior, Environment
 and Related Agencies


Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

Chief Pamela A. Smith
Page 3

The Honorable Devin Nunes, Ranking Member
House Permanent Select Committee on Intelligence

The Honorable John Katko, Ranking Member
Committee on Homeland Security

The Honorable Jim Jordan, Ranking Member
Committee on the Judiciary

The Honorable Rodney Davis, Ranking Member
Committee on House Administration

The Honorable Mike Rogers, Ranking Member
Committee on Armed Serves

The Honorable David Joyce, Ranking Member
Committee on Appropriations
Subcommittee on Interior, Environment, and Related Agencies

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Muriel Bowser
Mayor
District of Columbia
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Dear Mayor Bowser:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.  Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials in the Office of the Mayor or any of its components, offices, or directorates, including the Homeland Security and Emergency Management Agency, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.  Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials in the Office of the Mayor or any of its components, offices, or directorates, including the Homeland Security and Emergency Management Agency, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.  Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials in the Office of the Mayor or any of its components, offices, or directorates, including the Homeland Security and Emergency Management Agency, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any employee or official in the Office of the Mayor, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Honorable Muriel Bowser
Page 2

      The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Enclosure

cc:    The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

        The Honorable John Katko, Ranking Member
        Committee on Homeland Security

        The Honorable Jim Jordan, Ranking Member
        Committee on the Judiciary

The Honorable Muriel Bowser
Page 3

The Honorable Rodney Davis, Ranking Member
Committee on House Administration

The Honorable Mike Rogers, Ranking Member
Committee on Armed Services

# Congress of the United States
## Washington, DC 20515

March 25, 2021

Mr. Robert J. Contee III
Acting Chief
Metropolitan Police Department
District of Columbia
300 Indiana Avenue, N.W.
Washington, D.C. 20001

Dear Acting Chief Contee:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more.  Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.      Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of the Metropolitan Police Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.      Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of the Metropolitan Police Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.      Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of the Metropolitan Police Department or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize:  (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any Metropolitan Police Department employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

Acting Chief Robert J. Contee III
Page 2

The Committee on Oversight and Reform is the principal oversight committee of the
House of Representatives and has broad authority to investigate "any matter" at "any time" under
House Rule X.  An attachment to this letter provides additional instructions for responding to the
Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any
questions about this request.

Sincerely,


Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence


Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary


Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

        The Honorable John Katko, Ranking Member
        Committee on Homeland Security

        The Honorable Jim Jordan, Ranking Member
        Committee on the Judiciary

Acting Chief Robert J. Contee III
Page 3

      The Honorable Rodney Davis, Ranking Member
      Committee on House Administration

      The Honorable Mike Rogers, Ranking Member
      Committee on Armed Services

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable J. Brett Blanton
Architect of the Capitol
U.S. Capitol, Room SB-15
Washington, D.C. 20515

Dear Mr. Blanton:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more.  Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.  Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by Architect of the Capitol employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.  Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by Architect of the Capitol employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.  Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by Architect of the Capitol employees or officials or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize:  (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any Architect of the Capitol employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Honorable J. Brett Blanton
Page 2

      The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Tim Ryan
Chairman
Subcommittee on the Legislative Branch
Committee on Appropriations

Enclosure

cc:    The Honorable James R. Comer, Ranking Member
       Committee on Oversight and Reform

The Honorable J. Brett Blanton
Page 3

      The Honorable Devin Nunes, Ranking Member
      House Permanent Select Committee on Intelligence

      The Honorable John Katko, Ranking Member
      Committee on Homeland Security

      The Honorable Jim Jordan, Ranking Member
      Committee on the Judiciary

      The Honorable Rodney Davis, Ranking Member
      Committee on House Administration

      The Honorable Mike Rogers, Ranking Member
      Committee on Armed Services

      The Honorable Jaime Herrera Beutler, Ranking Member
      Subcommittee on the Legislative Branch
      Committee on Appropriations

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Timothy P. Blodgett
Acting Sergeant at Arms
U.S. House of Representatives
Washington, D.C. 20515

Dear Mr. Blodgett:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more.  Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.   Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by House Sergeant at Arms employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.   Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by House Sergeant at Arms employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.   Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by House Sergeant at Arms employees or officials or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize:  (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any House Sergeant at Arms employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Honorable Timothy P. Blodgett
Page 2

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Tim Ryan
Chairman
Subcommittee on the Legislative Branch
Committee on Appropriations

Enclosure

cc:    The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

The Honorable Timothy P. Blodgett
Page 3

      The Honorable Devin Nunes, Ranking Member
      House Permanent Select Committee on Intelligence

      The Honorable John Katko, Ranking Member
      Committee on Homeland Security

      The Honorable Jim Jordan, Ranking Member
      Committee on the Judiciary

      The Honorable Rodney Davis, Ranking Member
      Committee on House Administration

      The Honorable Mike Rogers, Ranking Member
      Committee on Armed Services

      The Honorable Jaime Herrera Beutler, Ranking Member
      Subcommittee on the Legislative Branch
      Committee on Appropriations

## Congress of the United States
### Washington, DC 20515

March 25, 2021

The Honorable Karen Gibson
Sergeant at Arms and Doorkeeper
U.S. Senate
Washington, D.C. 20510

Dear Ms. Gibson:

The Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1. Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by Senate Sergeant at Arms employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2. Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by Senate Sergeant at Arms employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3. Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by Senate Sergeant at Arms employees or officials or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any Senate Sergeant at Arms employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Honorable Karen Gibson
Page 2

The Committee on Oversight and Reform is the principal oversight committee of the
House of Representatives and has broad authority to investigate "any matter" at "any time" under
House Rule X.  An attachment to this letter provides additional instructions for responding to the
Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any
questions about this request.

Sincerely,


Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence


Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary


Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services


Tim Ryan
Chairman
Subcommittee on the Legislative Branch
Committee on Appropriations


Enclosure

cc:    The Honorable James R. Comer, Ranking Member
       Committee on Oversight and Reform

The Honorable Karen Gibson
Page 3

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

        The Honorable John Katko, Ranking Member
        Committee on Homeland Security

        The Honorable Jim Jordan, Ranking Member
        Committee on the Judiciary

        The Honorable Rodney Davis, Ranking Member
        Committee on House Administration

        The Honorable Mike Rogers, Ranking Member
        Committee on Armed Services

        The Honorable Jaime Herrera Beutler, Ranking Member
        Subcommittee on the Legislative Branch
        Committee on Appropriations

# Congress of the United States
## Washington, DC 20515

March 25, 2021

Ms. Yogananda D. Pittman
Acting Chief
U.S. Capitol Police
119 D Street, N.E.
Washington, D.C. 20510

Dear Acting Chief Pittman:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more.  Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.     Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by U.S. Capitol Police employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.     Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by U.S. Capitol Police employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.     Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by U.S. Capitol Police employees or officials or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize:  (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any U.S. Capitol Police employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under

Acting Chief Yogananda D. Pittman
Page 2

House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Tim Ryan
Chairman
Subcommittee on the Legislative Branch
Committee on Appropriations

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

Acting Chief Yogananda D. Pittman
Page 3

The Honorable John Katko, Ranking Member
Committee on Homeland Security

The Honorable Jim Jordan, Ranking Member
Committee on the Judiciary

The Honorable Rodney Davis, Ranking Member
Committee on House Administration

The Honorable Mike Rogers, Ranking Member
Committee on Armed Services

The Honorable Jaime Herrera Beutler, Ranking Member
Subcommittee on the Legislative Branch
Committee on Appropriations