### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-cv-2769 (TSC) |
| BENNIE G. THOMPSON, *et al.*, | ) |
|     Defendants. | ) |

### NOTICE OF APPEARANCE

Please take notice that Elizabeth J. Shapiro hereby enters her appearance in the above-captioned matter as counsel of record for defendants David S. Ferriero, in his official capacity, and the National Archives and Records Administration. Undersigned counsel hereby certifies that she is personally familiar with the Local Rules of this Court.

Dated: Oct. 19, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO (D.C. Bar 418925)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12100
Washington, D.C. 20530
Tel: (202) 514-5302
Fax: (202) 616-8470
Email: elizabeth.shapiro@usdoj.gov
*Attorneys for Defendants*