## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD J. TRUMP, in his capacity as the 45th President of the United States, <br><br>     Plaintiff, <br><br>       v. <br><br> BENNIE G. THOMPSON, in his official capacity as Chairman of the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol; THE UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL; DAVID S. FERRIERO, in his official capacity as Archivist of the United States; and THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br>     Defendants. | Civil Action No. 21-2769 |

## <u>DECLARATION OF JESSE R. BINNALL</u>

1.　　I am an attorney at the Binnall Law Group, PLLC and counsel for Plaintiff President Donald J. Trump.

2.　　I am over the age of eighteen and competent to provide this declaration.

3.　　Exhibit 1 to this declaration is a true and accurate copy of the August 25, 2021, letter from Bennie G. Thompson, Chair of the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol to

David S. Ferriero, Archivist of the United States requesting a wide range of documents.

4.       Exhibit 2 to this declaration is a true and accurate copy of the March 25, 2021, letter from the Chairs of the Committee on Oversight and Reform, House Permanent Select Committee on Intelligence, Committee on Homeland Security, Committee on the Judiciary, Committee on House Administration, and Committee on Armed Services to Ronald A. Klain and David S. Ferriero.

5.       Exhibit 3 to this declaration is a true and accurate copy of House Resolution 503 (2021).

6.       Exhibit 4 to this declaration is a true and accurate copy of the October 8, 2021, letter from Dana A. Remus, White House Counsel, to David S. Ferriero.

7.       Exhibit 5 to this declaration is a true and accurate copy of the October 8, 2021, letter from President Donald J. Trump to David S. Ferriero.

8.       Exhibit 6 to this declaration is a true and accurate copy of the October 8, 2021, letter from Dana A. Remus to David S. Ferriero.

9.       Exhibit 7 to this declaration is a true and accurate copy of the October 13, 2021, letter from David S. Ferriero to President Donald J. Trump.

10.      Exhibit 8 to this declaration is a true and accurate copy of the May 8, 2019, letter from William P. Barr, Attorney general, to President Donald J. Trump.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on October 19, 2021.

_/s/ Jesse R. Binnall_

# EXHIBIT 1



**BENNIE G. THOMPSON, MISSISSIPPI**
*CHAIRMAN*

ZOE LOFGREN, CALIFORNIA
ADAM B. SCHIFF, CALIFORNIA
PETE AGUILAR, CALIFORNIA
STEPHANIE N. MURPHY, FLORIDA
JAMIE RASKIN, MARYLAND
ELAINE G. LURIA, VIRGINIA
*LIZ CHENEY, WYOMING*
*ADAM KINZINGER, ILLINOIS*

U.S. House of Representatives
Washington, DC 20515

january6th.house.gov
(202) 225-7800

## One Hundred Seventeenth Congress

## Select Committee to Investigate the January 6th Attack on the United States Capitol

August 25, 2021

The Honorable David S. Ferriero
Archivist of the United States
U.S. National Archives and Records Administration
700 Pennsylvania Avenue, NW
Washington, DC 20408

Dear Mr. Ferriero:

The Select Committee to Investigate the January 6th Attack on the United States Capitol is examining the facts, circumstances, and causes of the January 6th attack. Our Constitution provides for a peaceful transfer of power, and this investigation seeks to evaluate threats to that process, identify lessons learned, and recommend laws, policies, procedures, rules, or regulations necessary to protect our Republic in the future. Pursuant to the Presidential Records Act (44 U.S.C. § 2205(2)(C)), and House Resolution 503, the Select Committee requests that you produce the documents described in the attached schedule from the Executive Office of the President (EOP) and the Office of the Vice President (OVP) in your custody, control, or possession.

Given the urgent nature of our request, we ask that you expedite your consultation and processing times pursuant to your authority under 36 C.F.R. § 1270.44(g). We have some concern about the delay in producing documents requested this past March, and we want to assist your prompt production of materials. We look forward to discussing ways in which we can do that. Toward that end, we request that NARA meet expeditiously with Select Committee investigative staff to discuss production priorities.

This is our first request for materials, and we anticipate additional requests as our investigation continues. Please produce this information to the Select Committee no later than September 9, 2021. An attachment to this letter provides additional instructions for responding to the Select Committee's request.

If you have questions, please contact Select Committee investigative staff at 202-225-7800.

Sincerely,

Bennie G. Thompson
Chairman

The Honorable David Ferriero
Page 2

<u>DOCUMENT SCHEDULE</u>

<u>Pending Requests</u>

The Select Committee reiterates the requests made in the March 25, 2021,[1] correspondence from multiple committees of the House of Representatives, which the Select Committee subsequently joined, for documents and communications received, prepared, or sent between December 1, 2020, and January 20, 2021, relating to the counting of the electoral college vote on January 6, 2021, the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021, and the events or aftermath of January 6, 2021.

Those March 25, 2021, requests include but are not limited to:

1. All documents and communications relating in any way to remarks made by Donald Trump or any other persons on January 6, including Donald Trump's and other speakers' public remarks at the rally on the morning of January 6, and Donald Trump's Twitter messages throughout the day.

2. All calendars, schedules, and movement logs regarding meetings or events attended by President Trump, including the identity of any individuals in attendance, whether virtual or in-person, on January 6, 2021.

3. All documents and communications regarding the movements and protection of Vice President Pence on January 6, 2021.

4. All video communications recorded of the President speaking on January 6, 2021, and all documents and communications related thereto, including communications involving the President or any other officials or employees in the Executive Office of the President or the Office of the Vice President. This request specifically includes videos of communications released to the public and communications recorded but not released to the public, any documents or other communications identifying or discussing the content of those videos.

5. All photographs, videos, or other media, including any digital time stamps for such media, taken or recorded within the White House on January 6, 2021, or taken of the crowd assembled for the rally on the morning of January 6, and all communications or other documents related to that media.

---

[1] Letter from Chairwoman Carolyn B. Maloney, House Committee on Oversight and Reform, et al., to David Ferriero, Archivist, National Archives (March 25, 2021) (online at https://oversight.house.gov/sites/democrats.oversight.house.gov/files/2021-03-25.House%20Committees%20to%20Agencies%20re%20Jan%206%20Attack.pdf).

The Honorable David Ferriero
Page 3

6.  All photographs, videos, or other media, including any digital time stamps for such media, taken or recorded of Vice President Mike Pence or any individuals accompanying him, on January 6, 2021.

7.  All documents and communications within the White House on January 6, 2021, relating in any way to the following:

- the January 6, 2021, rally;
- the January 6, 2021, march to the Capitol;
- the January 6, 2021, violence at the Capitol;
- any aspect of the Joint Session where Congress was counting electoral votes;
- any legal, political, or other strategy regarding the counting of electoral votes;
- Donald J. Trump;
- Vice President Pence;
- the President's tweets, speech, any other public communications on that date;
- the President's recording of video for release on that date and any outtakes;
- reactions, summaries, or characterizations of any public speeches or other communications by Donald Trump or other public speakers on that date;
- efforts to persuade the President to deliver any particular message to people at or near the Capitol;
- Sarah Matthews;
- Hope Hicks;
- Mark Meadows;
- Dan Scavino;
- Pat Cipollone;
- Marc Short;
- Patrick Philbin;
- Eric Herschmann;
- Stephan Miller;
- Greg Jacob;
- Matthew Pottinger;
- Keith Kellogg;
- Robert O'Brien;
- Peter Navarro;
- Ben Williamson;
- Cassidy Hutchinson;
- Molly Michael;
- Nicholas "Nick" Luna;
- Judd Deere;
- Kayleigh McEnany;

The Honorable David Ferriero
Page 4

- Ivanka Trump;
- Eric Trump;
- Lara Trump;
- Donald Trump, Jr.;
- Jared Kushner;
- Melania Trump;
- Kimberly Guilfoyle;
- Steve Bannon;
- Michael Flynn;
- Rudolph "Rudy" Giuliani;
- Roger Stone;
- any Member of Congress or congressional staff; or
- the Department of Defense, the Department of Justice, the Department of Homeland Security, the Department of the Interior, or any element of the National Guard.

8. All White House visitor records on January 6, 2021.

9. All documents and communications regarding the movement of the President on January 6, 2021.

10. All call logs and telephone records identifying calls placed to or from any individuals identified in (7) above.

11. All schedules for any individuals identified in (7) above on January 6, 2021, and all documents relating to such meetings, including memoranda, read-aheads, and summaries of such meetings.

12. All documents and communications received, prepared, or sent by any official within the White House Situation Room and the White House Operations Center on January 6, 2021, including but not limited to any communication logs, situation reports, and watch officer notes.

<u>Additional Requests</u>

In addition, to the extent not included in the scope of the March 25, 2021, request, and as a supplement to the requests previously made on March 25, 2021, we hereby make the following additional requests.

**(a) *Planning by the White House and Others for Legal or Other Strategies to Delay, Halt, or Otherwise Impede the Electoral Count***

The Honorable David Ferriero
Page 5

1. From April 1, 2020, through January 20, 2021, all documents and communications related to efforts, plans, or proposals to contest the 2020 Presidential election results.

2. From April 1, 2020, through January 20, 2021, all documents and communications related to plans, efforts, or discussions regarding the electoral count (including plans, efforts, or discussions regarding delaying or impeding the electoral count).

3. All documents and communications concerning the role of the Vice President as the Presiding Officer in the certification of the votes of the electoral college.

4. From November 3, 2020, through January 20, 2021, all documents and communications referring or relating to the 2020 election results between White House officials and officials of State Governments. This includes, but is not limited to, communications with the following individuals and their staff and subordinates:

   • Doug Ducey,
   • Brian Kemp,
   • Brad Raffensperger,
   • Ken Paxton,
   • Frances Watson,
   • Mike Shirkey,
   • Lee Chatfield, or
   • Monica Palmer.

5. From April 1, 2020, through January 20, 2021, all documents and communications related to the 2020 election results, to or from one or more of the following individuals: Rudolph "Rudy" Giuliani, Justin Clark, Matt Morgan, Sidney Powell, Kurt Olsen, or Cleta Mitchell.

6. From April 1, 2020, through January 20, 2021, all documents and communications related to the 2020 Presidential election, including forecasting, polling, or results, and which are authored, presented by, or related in any way to the following individuals: Anthony "Tony" Fabrizio, Brad Parscale, Bill Stepien, Corey Lewandowski, or Jason Miller.

7. All documents and communications to or from David Bossie relating to questioning the validity of the 2020 election results.

8. All documents and communications referring or relating to court decisions, deliberations, or processes involving challenges to the 2020 Presidential election.

The Honorable David Ferriero
Page 6

9.  From November 3, 2020, through January 20, 2021, all documents and communications relating to the State of Texas and litigation concerning the 2020 Presidential election.

10. From November 3, 2020, through December 31, 2020, all documents and communications relating to an amicus brief concerning litigation involving the State of Texas.

11. All documents and communications relating to decisions of the United States Supreme Court issued on December 8, 2020, and December 11, 2020.

12. From November 3, 2020, through January 20, 2021, all documents and communications relating to Justin Riemer and the electoral count or litigation concerning the 2020 Presidential election.

13. All documents and communications referring or relating to QAnon, the Proud Boys, Stop the Steal, Oath Keepers, or Three Percenters concerning the 2020 election results, or the counting of the electoral college vote on January 6, 2021.

14. Any documents and communications relating to election machinery or software used in the 2020 election, including but not limited to communications relating to Dominion Voting Systems Corporation.

15. From November 3, 2020, through January 19, 2021, all documents and communications concerning the resignation of any White House personnel or any politically appointed personnel of any Federal department or agency (including the resignation of any member of the President's Cabinet) and mentioning the 2020 Presidential election or the events of January 6, 2021.

16. All documents and communications concerning prepared remarks for a speech by Donald Trump on November 3, 2020, or November 4, 2020.

17. All documents and communications to or from John Eastman from November 3, 2020, through January 20, 2021.

18. All documents and communications relating to allegations of election fraud or to challenging, overturning, or questioning the validity of the 2020 Presidential election, and involving personnel of the Department of Justice, including any one or more of the following individuals: Jeffrey Rosen, Richard Donoghue, Steven Engel, Jeffrey Wall, Patrick Hovakimian, Byung J. "BJay" Pak, Bobby Christine, or Jeffrey Clark.

The Honorable David Ferriero
Page 7

19. All documents and communications relating to allegations of election fraud or to challenging, overturning, or questioning the validity of the 2020 Presidential election and Chris Christie.

20. All documents and communications relating to the results of the 2020 Presidential election and Peter Navarro.

21. All documents and communications relating to challenging, overturning, or questioning the validity of the 2020 Presidential election and William Barr.

**(b) Recruitment, Planning, Coordination, and Other Preparations for the Rallies Leading up to and Including January 6th and the Violence on January 6th**

1. All documents and communications relating to planned protests, marches, public assemblies, rallies, or speeches in Washington, DC, on November 14, 2020, December 12, 2020, January 5, 2021, and January 6, 2021.

2. All documents and communications related to security of the Capitol or other Federal facilities on January 5, 2021, and January 6, 2021.

3. All documents and communications concerning Donald Trump's statement on September 29, 2020, for the Proud Boys to "stand back and stand by."

4. From December 1, 2020, through January 20, 2021, any documents and communications involving White House personnel and any Member of Congress, referring or relating to (a) civil unrest, violence, or attacks at the Capitol; (b) challenging, overturning, or questioning the validity of the 2020 election results; (c) the counting of the electoral college vote on January 6, 2021; or (d) appealing the decisions of courts related to the 2020 Presidential election.

5. All documents and communications related to social media information monitored, gathered, reviewed, shared, or analyzed by White House personnel on January 6, 2021.

6. All documents and communications related to any plan for the President to march or walk to the Capitol on January 6, 2021. This request includes any such documents or communications related to a decision not to march or walk to the Capitol on January 6, 2021.

7. From April 1, 2020, through January 20, 2021, all documents and communications concerning the 2020 election and relating to the following individuals:

   ▪ Cindy Chafian,

The Honorable David Ferriero
Page 8

- Greg Locke,
- Robert Patrick Lewis,
- Chris Lippe,
- Tracy Diaz,
- Alex Phillips,
- Bianca Gracia,
- Ali Alexander,
- Brandon Straka,
- Rose Tennet,
- Ed Martin,
- Vernon Jones,
- Cordie Williams,
- Michael Flynn,
- Alex Jones,
- Owen Schroyer,
- Karyn Turk,
- Scott Presler,
- Rogan O'Handley,
- Christie Hutcherson,
- Gina Loudon,
- Jack Posobiec,
- Bryson Grey,
- Angela Stanton King,
- Brian Gibson,
- George Papadopoulos,
- Julio Gonzalez,
- Bernard Kerik,
- Mark Burns,
- Roger Stone,
- George Flynn,
- Tom Van Flein,
- Doug Logan,
- Katrina Pierson,
- Amy Kremer,
- Dustin Stockton,
- Enrique Tarrio,
- Kenneth Harrelson,
- Caroline Wren, or
- Michael Coudrey.

*(c)  **Information Donald Trump Received Following the Election Regarding the Election Outcome, and What He Told the American People About the Election***

The Honorable David Ferriero
Page 9

1. From November 3, 2020, to January 20, 2021, all documents and communications reporting, summarizing, or detailing the voting returns and election results of the 2020 Presidential election.

2. All documents and communications related to Donald Trump's response to the election results of the 2020 Presidential election, including but not limited to any planned public remarks.

3. All documents and communications regarding a November 9, 2020, memorandum from Attorney General William Barr concerning investigation of voter fraud allegations.

4. All documents and communications relating to voting machines or software used in the 2020 election and their control or manipulation through thermostats.

5. From April 1, 2020, through January 20, 2021, all documents and communications relating to challenging the validity of the 2020 election, to, from, or mentioning Mike Lindell.

6. From April 1, 2020, through January 20, 2021, all documents and communications relating to challenging the validity of the 2020 election, to, from, or mentioning Doug Logan.

7. From November 3, 2020, through January 20, 2021, all documents and communications related to prepared public remarks and actual public remarks of Donald Trump.

**(d) *What the President Knew About the Election's Likely Outcome Before the Election Results and How He Characterized the Validity of the Nation's Election System***

1. From April 1, 2020, through November 3, 2021, all documents and communications provided to Donald Trump or Mark Meadows containing information predicting that Donald Trump would or might lose the 2020 Presidential election.

2. From April 1, 2020, through January 20, 2021, all documents and communications provided to Donald Trump or Mark Meadows relating to mail-in ballots and their effect or predicted effect on results of the election or the timing of election-related news or decisions.

3. From November 3, 2020, through November 5, 2020, all documents and communications provided to Donald Trump or Mark Meadows relating to projected election results of the 2020 Presidential election.

The Honorable David Ferriero
Page 10

4. From April 1, 2020, through January 20, 2021, all documents provided to Donald Trump or Mark Meadows reviewing, assessing, or reporting on the security of election systems in the United States.

5. From April 1, 2020, through January 20, 2021, all documents and communications provided to Donald Trump or Mark Meadows regarding purported election irregularities, election-related fraud, or other election-related malfeasance.

6. From April 1, 2020, through January 20, 2021, all documents and communications provided to Donald Trump or Mark Meadows referring to a stolen election, stealing the election, or a "rigged" election.

**(e) *Responsibilities in the Transfer of Power and the Obligation to Follow the Rule of Law***

1. All documents and communications relating to legal advice or legal analysis of, or compliance with, the constitutional process for certifying the electoral vote. This includes, but is not limited to, communications with and from the following individuals:

   - Pat Cipollone,
   - Patrick Philbin,
   - Eric Herschmann,
   - John Eastman, or
   - Greg Jacobs.

2. All documents and communications on January 6, 2021, related to Mark Milley, Christopher Miller, Kashyap "Kash" Patel, or Ryan McCarthy.

3. From January 6, 2021, through January 20, 2021, all documents and communications related to the events of January 6, 2021, and Mark Milley, Christopher Miller, Kashyap "Kash" Patel, or Ryan McCarthy.

4. From November 3, 2020, through January 20, 2021, all documents and communications concerning the potential or actual changes in personnel at the following departments and agencies:

   - The Department of Defense, within the Office of the Secretary and the Joint Chiefs of Staff. This should include, but is not limited to, such documents and communications concerning the following individuals:

     o Mark Esper,
     o Mark Milley,
     o Christopher Miller,

The Honorable David Ferriero
Page 11

- o Kashyap "Kash" Patel,
- o James Anderson,
- o Anthony Tata,
- o Ezra Cohen-Watnick,
- o Joseph Kernan, or
- o John McEntee

- The Department of Justice. This should include, but is not limited to, such documents and communications concerning the following individuals:

  - o Jeffrey Rosen,
  - o Richard Donoghue,
  - o Jeffrey Clark, or
  - o John McEntee

- The Federal Bureau of Investigation. This should include, but is not limited to, such documents and communications concerning the following individuals:

  - o Kashyap "Kash" Patel,
  - o Christopher Wray, or
  - o John McEntee.

- The Central Intelligence Agency. This should include, but is not limited to, such documents and communications concerning the following individuals:

  - o Kashyap "Kash" Patel,
  - o Gina Haspel,
  - o Vaughn Bishop, or
  - o John McEntee.

- The Department of Homeland Security (including the United States Secret Service). This should include, but is not limited to, such documents and communications concerning the following individuals:

  - o Chad Wolf, or
  - o John McEntee.

5. From November 3, 2020, through January 20, 2021, all documents and communications relating to Jeffrey Clark.

6. From November 3, 2020, through January 20, 2021, all documents and communications related to the Twenty-Fifth Amendment to the U.S. Constitution.

The Honorable David Ferriero
Page 12

7. From January 6, 2021, through January 20, 2021, all documents and communications related to the mental stability of Donald Trump or his fitness for office.

8. Any documents and communications relating to instructions to stop or delay preparation for the transition of administrations.

9. All communications between White House personnel and General Services Administration (GSA) Administrator Emily Murphy or other GSA officials relating to "ascertainment" under the Presidential Transition Act. This includes but is not limited to communications discussing the recognition of Joseph Biden as the winner of the 2020 Presidential election.

10. All documents and communications concerning the potential invocation of the Insurrection Act.

11. From November 3, 2020, through January 20, 2021, all documents and communications related to martial law.

12. All documents and communications concerning the use of Federal law enforcement or military personnel during voting in the 2020 Presidential election.

13. From November 3, 2020, through January 20, 2021, all documents and communications related to Kashyap "Kash" Patel.

14. From November 3, 2020, through January 20, 2021, all documents and communications related to John McEntee.

*(f) Other Materials Relevant to the Challenges to a Peaceful Transfer of Power*

1. Any documents and communications relating to foreign influence in the United States 2020 Presidential election through social media narratives and disinformation.

2. All documents and communications related to the January 3, 2021, letter from 10 former Defense Secretaries warning of use of the military in election disputes.

# EXHIBIT 2

**Congress of the United States**
**Washington, DC 20515**

March 25, 2021

The Honorable Ronald A. Klain
Chief of Staff
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

The Honorable David S. Ferriero
Archivist of the United States
National Archives and Records Administration
700 Pennsylvania Avenue, N.W.
Washington, D.C. 20408

Dear Mr. Klain and Mr. Ferriero:

Our Committees are requesting records relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more.  Pursuant to the Presidential Records Act, specifically 44 U.S.C. § 2205(2)(C), the Committees request that you produce the following documents from the Executive Office of the President (EOP) and the Office of the Vice President (OVP) in your custody, control, or possession by April 8, 2021:

1. Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of EOP, OVP or any of their components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2. Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of EOP, OVP or any of their components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3. Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of EOP, OVP or any of their components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize:  (1) communications with federal agencies and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the events of January 6, 2021, by any EOP or OVP employee or official, as well as any disciplinary measures

The Honorable Ronald A. Klain
The Honorable David S. Ferriero
Page 2

considered or taken; and (5) communications, if any, with participants in the events of January 6, 2021, or other individuals associated with groups participating in the events of January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

The Honorable Ronald A. Klain
The Honorable David S. Ferriero
Page 3

      The Honorable John Katko, Ranking Member
      Committee on Homeland Security

      The Honorable Jim Jordan, Ranking Member
      Committee on the Judiciary

      The Honorable Rodney Davis, Ranking Member
      Committee on House Administration

      The Honorable Mike Rogers, Ranking Member
      Committee on Armed Services

𝕮𝖔𝖓𝖌𝖗𝖊𝖘𝖘 𝖔𝖋 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘
𝖂𝖆𝖘𝖍𝖎𝖓𝖌𝖙𝖔𝖓, 𝕯𝕮 20515

March 25, 2021

The Honorable Merrick B. Garland
Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Dear Attorney General Garland:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1. Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2. Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3. Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any Department employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

We understand that the Department continues to investigate and prosecute individuals involved in the events on January 6, 2021. We are happy to work with you to ensure that the document requests in this letter do not interfere with ongoing investigations and prosecutions.

The Honorable Merrick B. Garland
Page 2

    The Committee on Oversight and Reform is the principal oversight committee of the
House of Representatives and has broad authority to investigate "any matter" at "any time" under
House Rule X.  An attachment to this letter provides additional instructions for responding to the
Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any
questions about this request.

                                   Sincerely,


Carolyn B. Maloney                          Adam B. Schiff
Chairwoman                                  Chairman
Committee on Oversight and Reform           House Permanent Select Committee
                                             on Intelligence


Bennie G. Thompson                          Jerrold Nadler
Chairman                                    Chairman
Committee on Homeland Security              Committee on the Judiciary


Zoe Lofgren                                 Adam Smith
Chairperson                                 Chairman
Committee on House Administration           Committee on Armed Services

Enclosure

cc:    The Honorable James R. Comer, Ranking Member
       Committee on Oversight and Reform

       The Honorable Devin Nunes, Ranking Member
       House Permanent Select Committee on Intelligence

       The Honorable John Katko, Ranking Member
       Committee on Homeland Security

       The Honorable Jim Jordan, Ranking Member
       Committee on the Judiciary

The Honorable Merrick B. Garland
Page 3

      The Honorable Rodney Davis, Ranking Member
      Committee on House Administration

      The Honorable Mike Rogers, Ranking Member
      Committee on Armed Services

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Christopher A. Wray
Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Dear Director Wray:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more.  Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.      Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of the FBI or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.      Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of the FBI or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.      Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of the FBI or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize:  (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any FBI employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Honorable Christopher A. Wray
Page 2

We understand that the FBI continues to investigate the events on January 6, 2021. We are happy to work with you to ensure that the document requests in this letter do not interfere with ongoing investigations and prosecutions.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X. An attachment to this letter provides additional instructions for responding to the Committees' request. Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,


Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence


Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary


Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services


Enclosure

cc:      The Honorable James R. Comer, Ranking Member
         Committee on Oversight and Reform

         The Honorable Devin Nunes, Ranking Member
         House Permanent Select Committee on Intelligence

         The Honorable John Katko, Ranking Member
         Committee on Homeland Security

The Honorable Christopher A. Wray
Page 3

      The Honorable Jim Jordan, Ranking Member
      Committee on the Judiciary

      The Honorable Rodney Davis, Ranking Member
      Committee on House Administration

      The Honorable Mike Rogers, Ranking Member
      Committee on Armed Services

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Lloyd J. Austin III
Secretary
U.S. Department of Defense
1000 Defense Pentagon
Washington, D.C. 20528

Dear Secretary Austin:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.  Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.  Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.  Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by Department employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X. An attachment to this letter provides additional instructions for responding to the

The Honorable Lloyd J. Austin III
Page 2

Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any
questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
   on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Betty McCollum
Chair
Committee on Appropriations
Subcommittee on Defense

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

The Honorable Lloyd J. Austin III
Page 3

       The Honorable John Katko, Ranking Member
       Committee on Homeland Security

       The Honorable Jim Jordan, Ranking Member
       Committee on the Judiciary

       The Honorable Rodney Davis, Ranking Member
       Committee on House Administration

       The Honorable Mike Rogers, Ranking Member
       Committee on Armed Services

       The Honorable Ken Calvert, Ranking Member
       Committee on Appropriations
       Subcommittee on Defense

# Congress of the United States
## Washington, DC 20515

March 25, 2021

General Daniel R. Hokanson
Chief
National Guard Bureau
1636 Defense Pentagon
Washington, D.C.  20301

Dear General Hokanson:

Our Committees are requesting information relating to the January 6, 2021, assault on the
U.S. Capitol, which killed five people and injured hundreds more.  Specifically, the Committees
request that you produce the following documents in your custody, control, or possession by
April 8, 2021:

1. Documents and communications received, prepared, or sent between December 1,
2020, and January 4, 2021, by employees or officials of the National Guard
Bureau or any of its components, offices, or directorates, relating to the counting
of the Electoral College vote on January 6, 2021, or the potential for
demonstrations, violence, or attacks in the National Capital Region on or around
January 6, 2021;

2. Documents and communications received, prepared, or sent between January 5,
2021, and January 7, 2021, by employees or officials of the National Guard
Bureau or any of its components, offices, or directorates, relating to the counting
of the Electoral College vote on January 6, 2021, or the events of January 6, 2021;
and

3. Documents and communications received, prepared, or sent between January 8,
2021, and January 20, 2021, by employees or officials of the National Guard
Bureau or any of its components, offices, or directorates, relating to the events or
aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize:  (1) communications with the
White House, federal agencies, and state and local government entities; (2) documents relating to
any threat assessments, information reports, intelligence assessments, after-action reports,
response timelines, or operational summaries; (3) documents relating to any requests or offers for
security assistance or other mitigation measures; (4) documents regarding participation in the
attacks on January 6, 2021, by any National Guard Bureau employee or official, as well as any
disciplinary measures considered or taken; and (5) communications, if any, with participants in
the attacks on January 6, 2021, or other individuals associated with groups participating in the
attacks on January 6, 2021.

General Daniel R. Hokanson
Page 2

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,


Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence


Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary


Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services


Betty McCollum
Chair
Committee on Appropriations
Subcommittee on Defense


Enclosure

cc:    The Honorable James R. Comer, Ranking Member
       Committee on Oversight and Reform

General Daniel R. Hokanson
Page 3

      The Honorable Devin Nunes, Ranking Member
      House Permanent Select Committee on Intelligence

      The Honorable John Katko, Ranking Member
      Committee on Homeland Security

      The Honorable Jim Jordan, Ranking Member
      Committee on the Judiciary

      The Honorable Rodney Davis, Ranking Member
      Committee on House Administration

      The Honorable Mike Rogers, Ranking Member
      Committee on Armed Services

      The Honorable Ken Calvert, Ranking Member
      Committee on Appropriations
      Subcommittee on Defense

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Alejandro N. Mayorkas
Secretary
Department of Homeland Security
3801 Nebraska Avenue, N.W.
Washington, D.C. 20016

Dear Secretary Mayorkas:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more.  Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.  Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.  Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.  Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize:  (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any Department employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  An attachment to this letter provides additional instructions for responding to the

The Honorable Alejandro N. Mayorkas
Page 2

Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any
questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

        The Honorable John Katko, Ranking Member
        Committee on Homeland Security

        The Honorable Jim Jordan, Ranking Member
        Committee on the Judiciary

        The Honorable Rodney Davis, Ranking Member
        Committee on House Administration

The Honorable Alejandro N. Mayorkas
Page 3

       The Honorable Mike Rogers, Ranking Member
       Committee on Armed Services

## Congress of the United States
### Washington, DC 20515

March 25, 2021

The Honorable Avril Haines
Director of National Intelligence
Office of the Director of National Intelligence
1500 Tysons McLean Drive
McLean, VA 22102

Dear Director Haines:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1. Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials in the Office of the Director of National Intelligence (ODNI) or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2. Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials at ODNI or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3. Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials at ODNI or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the events of January 6, 2021, by any ODNI employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the events of January 6, 2021, or other individuals associated with groups participating in the events of January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under

The Honorable Avril Haines
Page 2

House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,


Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence


Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary


Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services


Betty McCollum
Chair
Committee on Appropriations
Subcommittee on Defense

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

The Honorable Avril Haines
Page 3

  The Honorable John Katko, Ranking Member
  Committee on Homeland Security

  The Honorable Jim Jordan, Ranking Member
  Committee on the Judiciary

  The Honorable Rodney Davis, Ranking Member
  Committee on House Administration

  The Honorable Mike Rogers, Ranking Member
  Committee on Armed Services

  The Honorable Ken Calvert, Ranking Member
  Committee on Appropriations
  Subcommittee on Defense

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Deb Haaland
Secretary
Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Dear Secretary Haaland:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1. Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2. Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3. Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of the Department or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any Department employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under

The Honorable Deb Haaland
Page 2

House Rule X.  An attachment to this letter provides additional instructions for responding to the
Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any
questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Chellie Pingree
Chair
Committee on Appropriations
Subcommittee on Interior, Environment
 and Related Agencies

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

The Honorable Deb Haaland
Page 3

The Honorable Devin Nunes, Ranking Member
House Permanent Select Committee on Intelligence

The Honorable John Katko, Ranking Member
Committee on Homeland Security

The Honorable Jim Jordan, Ranking Member
Committee on the Judiciary

The Honorable Rodney Davis, Ranking Member
Committee on House Administration

The Honorable Mike Rogers, Ranking Member
Committee on Armed Serves

The Honorable David Joyce, Ranking Member
Committee on Appropriations
Subcommittee on Interior, Environment, and Related Agencies

# Congress of the United States
## Washington, DC 20515

March 25, 2021

Ms. Pamela A. Smith
Chief
U.S. Park Police
1100 Ohio Drive, S.W.
Washington, D.C. 20242

Dear Chief Smith:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.  Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by U.S. Park Police employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.  Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by U.S. Park Police employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.  Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by U.S. Park Police employees or officials or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any U.S. Park Police employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under

Chief Pamela A. Smith
Page 2

House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Chellie Pingree
Chair
Committee on Appropriations
Subcommittee on Interior, Environment
 and Related Agencies

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

Chief Pamela A. Smith
Page 3

The Honorable Devin Nunes, Ranking Member
House Permanent Select Committee on Intelligence

The Honorable John Katko, Ranking Member
Committee on Homeland Security

The Honorable Jim Jordan, Ranking Member
Committee on the Judiciary

The Honorable Rodney Davis, Ranking Member
Committee on House Administration

The Honorable Mike Rogers, Ranking Member
Committee on Armed Serves

The Honorable David Joyce, Ranking Member
Committee on Appropriations
Subcommittee on Interior, Environment, and Related Agencies

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Muriel Bowser
Mayor
District of Columbia
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Dear Mayor Bowser:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1. Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials in the Office of the Mayor or any of its components, offices, or directorates, including the Homeland Security and Emergency Management Agency, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2. Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials in the Office of the Mayor or any of its components, offices, or directorates, including the Homeland Security and Emergency Management Agency, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3. Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials in the Office of the Mayor or any of its components, offices, or directorates, including the Homeland Security and Emergency Management Agency, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any employee or official in the Office of the Mayor, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Honorable Muriel Bowser
Page 2

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

        The Honorable John Katko, Ranking Member
        Committee on Homeland Security

        The Honorable Jim Jordan, Ranking Member
        Committee on the Judiciary

The Honorable Muriel Bowser
Page 3

       The Honorable Rodney Davis, Ranking Member
       Committee on House Administration

       The Honorable Mike Rogers, Ranking Member
       Committee on Armed Services

# Congress of the United States
## Washington, DC 20515

March 25, 2021

Mr. Robert J. Contee III
Acting Chief
Metropolitan Police Department
District of Columbia
300 Indiana Avenue, N.W.
Washington, D.C. 20001

Dear Acting Chief Contee:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.  Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by employees or officials of the Metropolitan Police Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.  Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by employees or officials of the Metropolitan Police Department or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.  Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by employees or officials of the Metropolitan Police Department or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any Metropolitan Police Department employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

Acting Chief Robert J. Contee III
Page 2

       The Committee on Oversight and Reform is the principal oversight committee of the
House of Representatives and has broad authority to investigate "any matter" at "any time" under
House Rule X.  An attachment to this letter provides additional instructions for responding to the
Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any
questions about this request.

                              Sincerely,


Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence


Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary


Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

        The Honorable John Katko, Ranking Member
        Committee on Homeland Security

        The Honorable Jim Jordan, Ranking Member
        Committee on the Judiciary

Acting Chief Robert J. Contee III
Page 3

The Honorable Rodney Davis, Ranking Member
Committee on House Administration

The Honorable Mike Rogers, Ranking Member
Committee on Armed Services

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable J. Brett Blanton
Architect of the Capitol
U.S. Capitol, Room SB-15
Washington, D.C. 20515

Dear Mr. Blanton:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.   Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by Architect of the Capitol employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.   Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by Architect of the Capitol employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.   Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by Architect of the Capitol employees or officials or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any Architect of the Capitol employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Honorable J. Brett Blanton
Page 2

   The Committee on Oversight and Reform is the principal oversight committee of the
House of Representatives and has broad authority to investigate "any matter" at "any time" under
House Rule X.  An attachment to this letter provides additional instructions for responding to the
Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any
questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Tim Ryan
Chairman
Subcommittee on the Legislative Branch
Committee on Appropriations

Enclosure

cc:   The Honorable James R. Comer, Ranking Member
      Committee on Oversight and Reform

The Honorable J. Brett Blanton
Page 3

       The Honorable Devin Nunes, Ranking Member
       House Permanent Select Committee on Intelligence

       The Honorable John Katko, Ranking Member
       Committee on Homeland Security

       The Honorable Jim Jordan, Ranking Member
       Committee on the Judiciary

       The Honorable Rodney Davis, Ranking Member
       Committee on House Administration

       The Honorable Mike Rogers, Ranking Member
       Committee on Armed Services

       The Honorable Jaime Herrera Beutler, Ranking Member
       Subcommittee on the Legislative Branch
       Committee on Appropriations

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Timothy P. Blodgett
Acting Sergeant at Arms
U.S. House of Representatives
Washington, D.C. 20515

Dear Mr. Blodgett:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more.  Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.   Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by House Sergeant at Arms employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.   Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by House Sergeant at Arms employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.   Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by House Sergeant at Arms employees or officials or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize:  (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any House Sergeant at Arms employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Honorable Timothy P. Blodgett
Page 2

      The Committee on Oversight and Reform is the principal oversight committee of the
House of Representatives and has broad authority to investigate "any matter" at "any time" under
House Rule X.  An attachment to this letter provides additional instructions for responding to the
Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any
questions about this request.

                    Sincerely,


Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Tim Ryan
Chairman
Subcommittee on the Legislative Branch
Committee on Appropriations


Enclosure

cc:    The Honorable James R. Comer, Ranking Member
       Committee on Oversight and Reform

The Honorable Timothy P. Blodgett
Page 3

The Honorable Devin Nunes, Ranking Member
House Permanent Select Committee on Intelligence

The Honorable John Katko, Ranking Member
Committee on Homeland Security

The Honorable Jim Jordan, Ranking Member
Committee on the Judiciary

The Honorable Rodney Davis, Ranking Member
Committee on House Administration

The Honorable Mike Rogers, Ranking Member
Committee on Armed Services

The Honorable Jaime Herrera Beutler, Ranking Member
Subcommittee on the Legislative Branch
Committee on Appropriations

# Congress of the United States
## Washington, DC 20515

March 25, 2021

The Honorable Karen Gibson
Sergeant at Arms and Doorkeeper
U.S. Senate
Washington, D.C. 20510

Dear Ms. Gibson:

The Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1. Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by Senate Sergeant at Arms employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2. Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by Senate Sergeant at Arms employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3. Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by Senate Sergeant at Arms employees or officials or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any Senate Sergeant at Arms employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Honorable Karen Gibson
Page 2

      The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Tim Ryan
Chairman
Subcommittee on the Legislative Branch
Committee on Appropriations

Enclosure

cc:    The Honorable James R. Comer, Ranking Member
       Committee on Oversight and Reform

The Honorable Karen Gibson
Page 3

     The Honorable Devin Nunes, Ranking Member
     House Permanent Select Committee on Intelligence

     The Honorable John Katko, Ranking Member
     Committee on Homeland Security

     The Honorable Jim Jordan, Ranking Member
     Committee on the Judiciary

     The Honorable Rodney Davis, Ranking Member
     Committee on House Administration

     The Honorable Mike Rogers, Ranking Member
     Committee on Armed Services

     The Honorable Jaime Herrera Beutler, Ranking Member
     Subcommittee on the Legislative Branch
     Committee on Appropriations

# Congress of the United States
## Washington, DC 20515

March 25, 2021

Ms. Yogananda D. Pittman
Acting Chief
U.S. Capitol Police
119 D Street, N.E.
Washington, D.C. 20510

Dear Acting Chief Pittman:

Our Committees are requesting information relating to the January 6, 2021, assault on the U.S. Capitol, which killed five people and injured hundreds more. Specifically, the Committees request that you produce the following documents in your custody, control, or possession by April 8, 2021:

1.    Documents and communications received, prepared, or sent between December 1, 2020, and January 4, 2021, by U.S. Capitol Police employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the potential for demonstrations, violence, or attacks in the National Capital Region on or around January 6, 2021;

2.    Documents and communications received, prepared, or sent between January 5, 2021, and January 7, 2021, by U.S. Capitol Police employees or officials or any of its components, offices, or directorates, relating to the counting of the Electoral College vote on January 6, 2021, or the events of January 6, 2021; and

3.    Documents and communications received, prepared, or sent between January 8, 2021, and January 20, 2021, by U.S. Capitol Police employees or officials or any of its components, offices, or directorates, relating to the events or aftermath of January 6, 2021.

In responding to this request, we ask you to prioritize: (1) communications with the White House, federal agencies, and state and local government entities; (2) documents relating to any threat assessments, information reports, intelligence assessments, after-action reports, response timelines, or operational summaries; (3) documents relating to any requests or offers for security assistance or other mitigation measures; (4) documents regarding participation in the attacks on January 6, 2021, by any U.S. Capitol Police employee or official, as well as any disciplinary measures considered or taken; and (5) communications, if any, with participants in the attacks on January 6, 2021, or other individuals associated with groups participating in the attacks on January 6, 2021.

The Committee on Oversight and Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under

Acting Chief Yogananda D. Pittman
Page 2

House Rule X.  An attachment to this letter provides additional instructions for responding to the Committees' request.  Please contact Committee staff at (202) 225-5051 if you have any questions about this request.

Sincerely,

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Adam B. Schiff
Chairman
House Permanent Select Committee
 on Intelligence

Bennie G. Thompson
Chairman
Committee on Homeland Security

Jerrold Nadler
Chairman
Committee on the Judiciary

Zoe Lofgren
Chairperson
Committee on House Administration

Adam Smith
Chairman
Committee on Armed Services

Tim Ryan
Chairman
Subcommittee on the Legislative Branch
Committee on Appropriations

Enclosure

cc:     The Honorable James R. Comer, Ranking Member
        Committee on Oversight and Reform

        The Honorable Devin Nunes, Ranking Member
        House Permanent Select Committee on Intelligence

Acting Chief Yogananda D. Pittman
Page 3

      The Honorable John Katko, Ranking Member
      Committee on Homeland Security

      The Honorable Jim Jordan, Ranking Member
      Committee on the Judiciary

      The Honorable Rodney Davis, Ranking Member
      Committee on House Administration

      The Honorable Mike Rogers, Ranking Member
      Committee on Armed Services

      The Honorable Jaime Herrera Beutler, Ranking Member
      Subcommittee on the Legislative Branch
      Committee on Appropriations

# EXHIBIT 3



# H. Res. 503

# *In the House of Representatives, U. S.,*

*June 30, 2021.*

Whereas January 6, 2021, was one of the darkest days of our democracy, during which insurrectionists attempted to impede Congress's Constitutional mandate to validate the presidential election and launched an assault on the United States Capitol Complex that resulted in multiple deaths, physical harm to over 140 members of law enforcement, and terror and trauma among staff, institutional employees, press, and Members;

Whereas, on January 27, 2021, the Department of Homeland Security issued a National Terrorism Advisory System Bulletin that due to the "heightened threat environment across the United States," in which "[S]ome ideologically-motivated violent extremists with objections to the exercise of governmental authority and the presidential transition, as well as other perceived grievances fueled by false narratives, could continue to mobilize to incite or commit violence." The Bulletin also stated that—

(1) "DHS is concerned these same drivers to violence will remain through early 2021 and some DVEs [domestic violent extremists] may be emboldened by the January 6, 2021 breach of the U.S. Capitol Building in Washington, D.C. to target elected officials and government facilities."; and

2

(2) "Threats of violence against critical infrastructure, including the electric, telecommunications and healthcare sectors, increased in 2020 with violent extremists citing misinformation and conspiracy theories about COVID–19 for their actions";

Whereas, on September 24, 2020, Director of the Federal Bureau of Investigation Christopher Wray testified before the Committee on Homeland Security of the House of Representatives that—

(1) "[T]he underlying drivers for domestic violent extremism – such as perceptions of government or law enforcement overreach, sociopolitical conditions, racism, anti-Semitism, Islamophobia, misogyny, and reactions to legislative actions – remain constant.";

(2) "[W]ithin the domestic terrorism bucket category as a whole, racially-motivated violent extremism is, I think, the biggest bucket within the larger group. And within the racially-motivated violent extremists bucket, people subscribing to some kind of white supremacist-type ideology is certainly the biggest chunk of that."; and

(3) "More deaths were caused by DVEs than international terrorists in recent years. In fact, 2019 was the deadliest year for domestic extremist violence since the Oklahoma City bombing in 1995";

Whereas, on April 15, 2021, Michael Bolton, the Inspector General for the United States Capitol Police, testified to the Committee on House Administration of the House of Representatives that—

(1) "The Department lacked adequate guidance for operational planning. USCP did not have policy and procedures in place that communicated which personnel were responsible for operational planning, what type of oper-

3

ational planning documents its personnel should prepare, nor when its personnel should prepare operational planning documents.''; and

(2) ''USCP failed to disseminate relevant information obtained from outside sources, lacked consensus on interpretation of threat analyses, and disseminated conflicting intelligence information regarding planned events for January 6, 2021.''; and

Whereas the security leadership of the Congress under-prepared for the events of January 6th, with United States Capitol Police Inspector General Michael Bolton testifying again on June 15, 2021, that—

(1) ''USCP did not have adequate policies and procedures for FRU (First Responder Unit) defining its overall operations. Additionally, FRU lacked resources and training for properly completing its mission.'';

(2) ''The Department did not have adequate policies and procedures for securing ballistic helmets and vests strategically stored around the Capitol Complex.''; and

(3) ''FRU did not have the proper resources to complete its mission.'': Now, therefore, be it

*Resolved,*

**SECTION 1. ESTABLISHMENT.**

There is hereby established the Select Committee to Investigate the January 6th Attack on the United States Capitol (hereinafter referred to as the ''Select Committee'').

**SEC. 2. COMPOSITION.**

(a) APPOINTMENT OF MEMBERS.—The Speaker shall appoint 13 Members to the Select Committee, 5 of whom shall be appointed after consultation with the minority leader.

4

(b) Designation of Chair.—The Speaker shall designate one Member to serve as chair of the Select Committee.

(c) Vacancies.—Any vacancy in the Select Committee shall be filled in the same manner as the original appointment.

**SEC. 3. PURPOSES.**

Consistent with the functions described in section 4, the purposes of the Select Committee are the following:

(1) To investigate and report upon the facts, circumstances, and causes relating to the January 6, 2021, domestic terrorist attack upon the United States Capitol Complex (hereafter referred to as the "domestic terrorist attack on the Capitol") and relating to the interference with the peaceful transfer of power, including facts and causes relating to the preparedness and response of the United States Capitol Police and other Federal, State, and local law enforcement agencies in the National Capital Region and other instrumentalities of government, as well as the influencing factors that fomented such an attack on American representative democracy while engaged in a constitutional process.

(2) To examine and evaluate evidence developed by relevant Federal, State, and local governmental agencies regarding the facts and circumstances surrounding the domestic terrorist attack on the Capitol and targeted vi-

5

olence and domestic terrorism relevant to such terrorist attack.

(3) To build upon the investigations of other entities and avoid unnecessary duplication of efforts by reviewing the investigations, findings, conclusions, and recommendations of other executive branch, congressional, or independent bipartisan or nonpartisan commission investigations into the domestic terrorist attack on the Capitol, including investigations into influencing factors related to such attack.

## SEC. 4. FUNCTIONS.

(a) FUNCTIONS.—The functions of the Select Committee are to—

(1) investigate the facts, circumstances, and causes relating to the domestic terrorist attack on the Capitol, including facts and circumstances relating to—

(A) activities of intelligence agencies, law enforcement agencies, and the Armed Forces, including with respect to intelligence collection, analysis, and dissemination and information sharing among the branches and other instrumentalities of government;

(B) influencing factors that contributed to the domestic terrorist attack on the Capitol and how technology, including online platforms, financing,

6

and malign foreign influence operations and campaigns may have factored into the motivation, organization, and execution of the domestic terrorist attack on the Capitol; and

(C) other entities of the public and private sector as determined relevant by the Select Committee for such investigation;

(2) identify, review, and evaluate the causes of and the lessons learned from the domestic terrorist attack on the Capitol regarding—

(A) the command, control, and communications of the United States Capitol Police, the Armed Forces, the National Guard, the Metropolitan Police Department of the District of Columbia, and other Federal, State, and local law enforcement agencies in the National Capital Region on or before January 6, 2021;

(B) the structure, coordination, operational plans, policies, and procedures of the Federal Government, including as such relate to State and local governments and nongovernmental entities, and particularly with respect to detecting, preventing, preparing for, and responding to targeted violence and domestic terrorism;

7

(C) the structure, authorities, training, manpower utilization, equipment, operational planning, and use of force policies of the United States Capitol Police;

(D) the policies, protocols, processes, procedures, and systems for the sharing of intelligence and other information by Federal, State, and local agencies with the United States Capitol Police, the Sergeants at Arms of the House of Representatives and Senate, the Government of the District of Columbia, including the Metropolitan Police Department of the District of Columbia, the National Guard, and other Federal, State, and local law enforcement agencies in the National Capital Region on or before January 6, 2021, and the related policies, protocols, processes, procedures, and systems for monitoring, assessing, disseminating, and acting on intelligence and other information, including elevating the security posture of the United States Capitol Complex, derived from instrumentalities of government, open sources, and online platforms; and

(E) the policies, protocols, processes, procedures, and systems for interoperability between the United States Capitol Police and the National

8

Guard, the Metropolitan Police Department of the District of Columbia, and other Federal, State, and local law enforcement agencies in the National Capital Region on or before January 6, 2021; and

(3) issue a final report to the House containing such findings, conclusions, and recommendations for corrective measures described in subsection (c) as it may deem necessary.

(b) REPORTS.—

(1) INTERIM REPORTS.—In addition to the final report addressing the matters in subsection (a) and section 3, the Select Committee may report to the House or any committee of the House from time to time the results of its investigations, together with such detailed findings and legislative recommendations as it may deem advisable.

(2) TREATMENT OF CLASSIFIED OR LAW ENFORCEMENT-SENSITIVE MATTER.—Any report issued by the Select Committee shall be issued in unclassified form but may include a classified annex, a law enforcement-sensitive annex, or both.

(c) CORRECTIVE MEASURES DESCRIBED.—The corrective measures described in this subsection may include changes in law, policy, procedures, rules, or regulations that could be taken—

9

(1) to prevent future acts of violence, domestic terrorism, and domestic violent extremism, including acts targeted at American democratic institutions;

(2) to improve the security posture of the United States Capitol Complex while preserving accessibility of the Capitol Complex for all Americans; and

(3) to strengthen the security and resilience of the United States and American democratic institutions against violence, domestic terrorism, and domestic violent extremism.

(d) No MARKUP OF LEGISLATION PERMITTED.—The Select Committee may not hold a markup of legislation.

**SEC. 5. PROCEDURE.**

(a) ACCESS TO INFORMATION FROM INTELLIGENCE COMMUNITY.—Notwithstanding clause 3(m) of rule X of the Rules of the House of Representatives, the Select Committee is authorized to study the sources and methods of entities described in clause 11(b)(1)(A) of rule X insofar as such study is related to the matters described in sections 3 and 4.

(b) TREATMENT OF CLASSIFIED INFORMATION.—Clause 11(b)(4), clause 11(e), and the first sentence of clause 11(f) of rule X of the Rules of the House of Representatives shall apply to the Select Committee.

(c) APPLICABILITY OF RULES GOVERNING PROCEDURES OF COMMITTEES.—Rule XI of the Rules of the House of

10

Representatives shall apply to the Select Committee except as follows:

(1) Clause 2(a) of rule XI shall not apply to the Select Committee.

(2) Clause 2(g)(2)(D) of rule XI shall apply to the Select Committee in the same manner as it applies to the Permanent Select Committee on Intelligence.

(3) Pursuant to clause 2(h) of rule XI, two Members of the Select Committee shall constitute a quorum for taking testimony or receiving evidence and one-third of the Members of the Select Committee shall constitute a quorum for taking any action other than one for which the presence of a majority of the Select Committee is required.

(4) The chair of the Select Committee may authorize and issue subpoenas pursuant to clause 2(m) of rule XI in the investigation and study conducted pursuant to sections 3 and 4 of this resolution, including for the purpose of taking depositions.

(5) The chair of the Select Committee is authorized to compel by subpoena the furnishing of information by interrogatory.

(6)(A) The chair of the Select Committee, upon consultation with the ranking minority member, may order the taking of depositions, including pursuant to

11

subpoena, by a Member or counsel of the Select Com-
mittee, in the same manner as a standing committee
pursuant to section 3(b)(1) of House Resolution 8, One
Hundred Seventeenth Congress.

(B) Depositions taken under the authority pre-
scribed in this paragraph shall be governed by the proce-
dures submitted by the chair of the Committee on Rules
for printing in the Congressional Record on January 4,
2021.

(7) Subpoenas authorized pursuant to this resolu-
tion may be signed by the chair of the Select Committee
or a designee.

(8) The chair of the Select Committee may, after
consultation with the ranking minority member, recog-
nize—

(A) Members of the Select Committee to ques-
tion a witness for periods longer than five minutes
as though pursuant to clause 2(j)(2)(B) of rule XI;
and

(B) staff of the Select Committee to question
a witness as though pursuant to clause 2(j)(2)(C)
of rule XI.

(9) The chair of the Select Committee may post-
pone further proceedings when a record vote is ordered
on questions referenced in clause 2(h)(4) of rule XI, and

12

may resume proceedings on such postponed questions at any time after reasonable notice. Notwithstanding any intervening order for the previous question, an underlying proposition shall remain subject to further debate or amendment to the same extent as when the question was postponed.

(10) The provisions of paragraphs (f)(1) through (f)(12) of clause 4 of rule XI shall apply to the Select Committee.

## SEC. 6. RECORDS; STAFF; TRAVEL; FUNDING.

(a) SHARING RECORDS OF COMMITTEES.—Any committee of the House of Representatives having custody of records in any form relating to the matters described in sections 3 and 4 shall provide copies of such records to the Select Committee not later than 14 days of the adoption of this resolution or receipt of such records. Such records shall become the records of the Select Committee.

(b) STAFF.—The appointment and the compensation of staff for the Select Committee shall be subject to regulations issued by the Committee on House Administration.

(c) DETAIL OF STAFF OF OTHER OFFICES.—Staff of employing entities of the House or a joint committee may be detailed to the Select Committee to carry out this resolution and shall be deemed to be staff of the Select Committee.

13

(d) USE OF CONSULTANTS PERMITTED.—Section 202(i) of the Legislative Reorganization Act of 1946 (2 U.S.C. 4301(i)) shall apply with respect to the Select Committee in the same manner as such section applies with respect to a standing committee of the House of Representatives.

(e) TRAVEL.—Clauses 8(a), (b), and (c) of rule X of the Rules of the House of Representatives shall apply to the Select Committee.

(f) FUNDING; PAYMENTS.—There shall be paid out of the applicable accounts of the House of Representatives such sums as may be necessary for the expenses of the Select Committee. Such payments shall be made on vouchers signed by the chair of the Select Committee and approved in the manner directed by the Committee on House Administration. Amounts made available under this subsection shall be expended in accordance with regulations prescribed by the Committee on House Administration.

**SEC. 7. TERMINATION AND DISPOSITION OF RECORDS.**

(a) TERMINATION.—The Select Committee shall terminate 30 days after filing the final report under section 4.

(b) DISPOSITION OF RECORDS.—Upon termination of the Select Committee—

(1) the records of the Select Committee shall become the records of such committee or committees designated by the Speaker; and

14

(2) the copies of records provided to the Select Committee by a committee of the House under section 6(a) shall be returned to the committee.

Attest:

*Clerk.*

# EXHIBIT 4

BRIEFING ROOM

# Letter from Dana A. Remus, Counsel to the President, to David Ferriero, Archivist of the United States, dated October 8, 2021

OCTOBER 12, 2021 • STATEMENTS AND RELEASES

October 8, 2021

David Ferriero
Archivist of the United States
National Archives and Records Administration 700 Pennsylvania Ave., N.W.
Washington, D.C., 20408

Dear Mr. Ferriero,

I write in response to your notification of September 8, 2021, regarding a set of documents requested by the House Select Committee to Investigate the January 6th Attack on the United States Capitol (the "Documents"), and provided to the White House for review pursuant to the Presidential Records Act. After my consultations with the Office of Legal Counsel at the Department of Justice, President Biden has determined that an assertion of executive privilege is not in the best interests of the United States, and therefore is not justified as to any of the Documents.

As President Biden has stated, the insurrection that took place on January 6, and the extraordinary events surrounding it, must be subject to a full accounting to ensure nothing similar ever happens again. Congress has a compelling need in service of its legislative functions to understand the circumstances that led to these horrific events. The available evidence to date establishes a sufficient factual predicate for the Select Committee's investigation: an unprecedented effort to obstruct the peaceful transfer of power, threatening not only the safety of Congress and others present at the Capitol, but also the principles of democracy enshrined in our history and our Constitution. The Documents shed light on events within the White House on and about January 6 and bear on the Select Committee's need to understand the facts underlying the most serious attack on the operations of the Federal Government since the Civil War.

These are unique and extraordinary circumstances. Congress is examining an assault on our Constitution and democratic institutions provoked and fanned by those sworn to protect them, and the conduct under investigation extends far beyond typical deliberations concerning the proper discharge of the President's constitutional responsibilities. The constih1tional protections of executive privilege should not be used to shield, from Congress or the public, information that reflects a clear and apparent effort to subvert the Constitution itself.

The President's determination applies solely to the Documents as described herein, which were provided to the White House on September 8, 2021. We continue to review materials you provided to the White House after that date and will respond at an appropriate time.

We understand that the former President believes that executive privilege should be asserted with respect to a subset of the Documents. When you notify us of such an assertion, we will respond accordingly.

Sincerely,

Dana A. Remus
Counsel to the President

# EXHIBIT 5



DONALD J. TRUMP
October 8, 2021

The Honorable David S. Ferriero
Archivist of the United States
National Archives and Records Administration
Washington, D.C.

Dear Mr. Ferriero,

I write concerning requests for documents and records sent to your office on March 25, 2021 and August 25, 2021 by the Select Committee to Investigate the January 6th Attack on the United States Capitol (the "Committee"). The Committee requested an extremely broad set of documents and records, potentially numbering in the millions, which unquestionably contain information protected from disclosure by the executive and other privileges, including but not limited to the presidential communications, deliberative process, and attorney-client privileges.

On August 30, 2021, the National Archives and Records Administration noticed the first set of records for review (P00001 – P00136) (the "First Tranche"). Following a review of such records, pursuant to the Presidential Records Act, 44 U.S.C. § 2208(b), Executive Order 13489, and 36 CFR 1270.44, I have determined that the following records contain information subject to executive privilege, including the presidential communications and deliberative process privileges, and I hereby formally assert executive privilege over these records:

| |
|---|
| P00001 |
| P00002 |
| P00004 |
| P00005 |
| P00006 |
| P00007 – P00009 |
| P00010 |
| P00011 – P00012 |
| P00013 – P00014 |
| P00015 |
| P00016 |
| P00017 |
| P00045 – P00049 |
| P00051 |
| P00053 – P00058 |
| P00060 |
| P00061 |
| P00115 – P00120 |
| P00121 – P00122 |
| P00123 – P00128 |
| P00131 – P00132 |

2

Further, pursuant to the Presidential Records Act, 44 U.S.C. § 2208(b), Executive Order 13489, and 36 CFR 1270.44, I hereby make a protective assertion of constitutionally based privilege with respect to all additional records following the First Tranche.  In cases like this, where Congress has declined to grant sufficient time to conduct a full review, there is a longstanding bipartisan tradition of protective assertions of executive privilege designed to ensure the ability to make a final privilege assertion, if necessary, over some or all of the requested material. See *Protective Assertion of Executive Privilege Regarding White House Counsel's Office Documents*, 20 Op. O.L.C. 1 (1996) (opinion of Attorney General Janet Reno). This protective assertion is intended to ensure that I have the ability to make a final assertion of executive privilege, if necessary and appropriate, following a full review of the requested materials. See *Letter for the President from William P. Barr, Attorney General*, at 1-2 (May 8, 2019).

Should the Committee persist in seeking other privileged information, I will take all necessary and appropriate steps to defend the Office of the Presidency.

Sincerely,

cc:    U.S. House Committee on Oversight & Reform
              2157 Rayburn House Office Building
              Washington, DC 20515

       U.S. Senate Committee on Homeland Security & Governmental Affairs
              340 Dirksen Senate Office Building
              Washington, DC, 20510

# EXHIBIT 6

BRIEFING ROOM

# Second Letter from Dana A. Remus, Counsel to the President, to David Ferriero, Archivist of the United States, dated October 8, 2021

OCTOBER 13, 2021  •  STATEMENTS AND RELEASES

October 8, 2021

David Ferriero
Archivist of the United States
National Archives and Records Administration 700 Pennsylvania Ave., N.W.
Washington, D.C., 20408

Dear Mr. Ferriero,

I write in response to your communication of October 8, 2021, informing us that former President Trump has asserted executive privilege with regard to a subset of documents requested by the House Select Committee to Investigate the January 6th Attack on the United States Capitol, and requesting President Biden's views. President Biden has considered the former President's assertion, and I have engaged in additional consultations with the Office of Legal Counsel at the Department of Justice. For the same reasons described in my earlier letter, the President maintains his conclusion that an assertion of executive privilege is not in the best interests of the United States, and therefore is not justified as to any of the documents provided to the White House on September 8, 2021. Accordingly, President Biden does not uphold the former President's assertion of privilege.

The President instructs you, in accord with Section 4(b) of Executive Order 13489, to provide the pages identified as privileged by the former President to the Select Committee. In light of the urgency of the Select Committee's need for the information, the President further instructs you to provide those pages 30 days after your notification to the former President, absent any intervening court order.

Sincerely,

Dana A. Remus Counsel to the President

# EXHIBIT 7



Archivist *of the*
United States

NATIONAL
ARCHIVES

October 13, 2021

The Honorable Donald J. Trump

Dear President Trump:

After consultation with the Counsel to the President and the Acting Assistant Attorney General for the Office of Legal Counsel, and as instructed by President Biden, I have determined to disclose to the Select Committee the pages below, which you identified as privileged in your letter of October 8, 2021.  Pursuant to President Biden's subsequent instruction and my authority under 36 C.F.R. 1270.44(g), I will deliver these pages to the Select Committee in 30 days (on November 12, 2021), absent any intervening court order:

- P00001

- P00002

- P00005

- P00006

- P00007-P00009

- P00010

- P00011-P00012

- P00013-P00014

- P00015

- P00016

- P00017

- P00045-P00049

- P00051

- P00053-P00058

DAVID S. FERRIERO   ·   T: 202.357.5900   ·   F: 202.357.5901   ·   *david.ferriero@nara.gov*

National Archives *and* Records Administration   ·   700 Pennsylvania Avenue, NW   ·   Washington, DC 20408   ·   *www.archives.gov*

- P00060

- P00061

- P00121-P00122

- P00123-P00128

- P00131-P00132

Please note that pages P0004 and P00115-P00120 are not responsive to the Select Committee's request, and therefore I will not provide them to the Select Committee. The remaining 90 pages covered by our August 30, 2021 notification are not subject to any assertion of privilege, and therefore I intend to provide them to the Select Committee today.

Sincerely,

DAVID S. FERRIERO
Archivist of the United States

# EXHIBIT 8



# The Attorney General
## Washington, D.C.

May 8, 2019

The President
The White House
Washington, D.C.  20500

Dear Mr. President:

I am writing to request that you make a protective assertion of executive privilege with respect to Department of Justice documents recently subpoenaed by the Committee on the Judiciary of the House of Representatives.  In cases like this where a committee has declined to grant sufficient time to conduct a full review, the President may make a protective assertion of privilege to protect the interests of the Executive Branch pending a final determination about whether to assert privilege.  *See Protective Assertion of Executive Privilege Regarding White House Counsel's Office Documents*, 20 Op. O.L.C. 1 (1996) (opinion of Attorney General Janet Reno).  The Committee has demanded that I produce the "complete and unredacted version" of the report submitted to me on March 22, 2019, by Special Counsel Robert S. Mueller, III, regarding his investigation of Russian interference in the 2016 presidential election.  The Committee also seeks "[a]ll documents referenced in the Report" and "[a]ll documents obtained and investigative materials created by the Special Counsel's Office."  The Committee therefore demands all of the Special Counsel's investigative files, which consist of millions of pages of classified and unclassified documents bearing upon more than two dozen criminal cases and investigations, many of which are ongoing.  These materials include law enforcement information, information about sensitive intelligence sources and methods, and grand-jury information that the Department is prohibited from disclosing by law.

Consistent with paragraph 5 of President Reagan's 1982 memorandum about assertions of executive privilege, the Department requested that the Chairman of the Committee hold the subpoena in abeyance and delay any vote recommending that the House of Representatives approve a resolution finding me in contempt of Congress for failing to comply with the subpoena, pending a final presidential decision on whether to invoke executive privilege.  *See* Memorandum for the Heads of Executive Departments and Agencies, *Re: Procedures Governing Responses to Congressional Requests for Information* at 2 (Nov. 4, 1982).  The Department made this request because, although the subpoenaed materials assuredly include categories of information within the scope of executive privilege, the Committee's abrupt resort to a contempt vote—notwithstanding ongoing negotiations about appropriate accommodations—has not allowed sufficient time for you to consider fully whether to make a conclusive assertion of executive privilege.  The Chairman, however, has indicated that he intends to proceed with the markup session scheduled at 10 a.m. today on a resolution recommending a finding of contempt against me for failing to produce the requested materials.

In these circumstances, you may properly assert executive privilege with respect to the entirety of the Department of Justice materials that the Committee has demanded, pending a final decision on the matter. As with President Clinton's assertion in 1996, you would be making only a preliminary, protective assertion of executive privilege designed to ensure your ability to make a final assertion, if necessary, over some or all of the subpoenaed materials. *See Protective Assertion of Executive Privilege*, 20 Op. O.L.C. at 1. As the Attorney General and head of the Department of Justice, I hereby respectfully request that you do so.

Sincerely,

William P. Barr
Attorney General

2