IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as the 45th President of the United States,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol; THE UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL; DAVID S. FERRIERO, in his official capacity as Archivist of the United States; and THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>　　Defendants. | Civil Action No. 21-2769 |

## [PROPOSED] ORDER

　　Upon consideration of Plaintiff's motion for a preliminary injunction, the parties' briefs, and the evidence and oral argument presented at the hearing, Plaintiff's motion is GRANTED. Plaintiff satisfies the four-factor test for a preliminary injunction. It is hereby ORDERED that, until this Court adjudicates the merits of Plaintiff's Complaint and enters final judgment, a preliminary injunction is hereby entered ordering as follows:

　　1. The congressional document requests at issue in this case are stayed;

2. Defendants David S. Ferriero and the National Archives and Records Administration (and their successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) are enjoined from disclosing, revealing, delivering, or producing the information requested in Chairman Thompson's requests or otherwise taking any action to comply with Chairman Thompson's requests;

3. Defendant Bennie G. Thompson (and his successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with him) is enjoined from taking any adverse action against David S. Ferriero and the National Archives and Records Administration for not complying with Chairman Thompson's requests, or taking any other action to enforce the requests;

4. Defendant the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol (and its officers, agents, servants, employees, attorneys, and anyone acting in concert with it) is enjoined from taking any adverse action against David S. Ferriero and the National Archives and Records Administration for not complying with the requests at issue here, or taking any other action to enforce the requests.

SO ORDERED.

Dated:

_____
Tanya S. Chutkan
United States District Judge