IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, | ) |
|       Plaintiff, | ) |
|       v. | ) Civil Action No. 1:21-cv-2769 (TSC) |
| BENNIE G. THOMPSON, *et al.*, | ) |
|       Defendants. | ) |

## JOINT STATUS REPORT

In accordance with the Court's minute order of October 20, 2021, the parties have conferred, and have agreed on the following schedule for the preliminary injunction proceedings:

**October 29**: The Committee Defendants and the NARA Defendants file their respective Oppositions to Plaintiff's Motion for Preliminary Injunction;

**November 2, by 6:00 pm**: Plaintiff files a reply;

**November 4, before noon**: Hearing before the Court.

Although this time is the parties' preference for a hearing, the parties recognize that the Court will need to consult its own calendar and may prefer a different time and date. To assist the Court in scheduling, Plaintiff is unavailable the afternoon of November 4 and all day November 5. Counsel for the NARA Defendants is also unavailable on November 5. All defendants are unavailable on November 8 due to their participation in a proceeding before another court in this district.

Dated:  Oct. 21, 2021                        Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO (D.C. Bar 418925)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12100
Washington, D.C. 20530
Tel: (202) 514-5302
Fax: (202) 616-8470
Email: elizabeth.shapiro@usdoj.gov
*Attorneys for NARA Defendants*


/s/   *Douglas N. Letter*
DOUGLAS N. LETTER (D.C. Bar No. 253492)
General Counsel
TODD B. TATELMAN (VA Bar No. 66008)
ERIC R. COLUMBUS (D.C. Bar No. 487736)
STACIE M. FAHSEL (D.C. Bar. No. 1034314)
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, DC  20515
(202) 225-9700
douglas.letter@mail.house.gov
*Attorneys for Committee Defendants*


/s/ *Jesse R. Binnall*
JESSE R. BINNALL (VA022)
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
*Attorney for President Donald J. Trump*