IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-cv-2769 (TSC) |
| BENNIE G. THOMPSON, *et al.*, | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Having received the Joint Status Report from the parties setting forth an agreed briefing schedule for Plaintiff's Preliminary Injunction Motion, it is hereby

ORDERED that the briefing schedule shall be as follows:

Committee Defendants' and NARA Defendants' Oppositions:  October 29, 2021;

Plaintiff's Reply:  November 2, 2021, by 6:00 p.m;

Hearing:  November 4, 2021, at 10:00 a.m.

_____     _____
Date                                                                         United States District Judge