# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD J. TRUMP, in his capacity as former President of the United States,<br><br>Plaintiff,<br><br>v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the Select Committee to Investigate the January 6th Attack on the United States Capitol, United States House of Representatives, *et al.*,<br><br>Defendants. | No. 1:21-cv-2769 (TSC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James J. Gilligan, pursuant to Local Rule 83.6(a), enters his appearance as counsel of record in the above-captioned action for defendants David S. Ferriero, in his official capacity as Archivist of the United States, and the National Archives and Records Administration.  Mr. Gilligan's address is as follows:

By regular mail:

James J. Gilligan
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, D.C. 20044

By overnight delivery or messenger:

James J. Gilligan
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11200
Washington, D.C.  20005

Mr. Gilligan may be reached by telephone at (202) 514-3358.


Dated:  October 11, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General



 */s/ James J. Gilligan*
JAMES J. GILLIGAN (D.C. Bar No. 422152)
Special Litigation Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
 P.O. Box 883, Ben Franklin Station
Washington, D.C. 20044
Tel:     (202) 514-3358
Fax:     (202) 616-8470
Email:  james.gilligan@usdoj.gov

*Counsel for Defendants David S. Ferriero and the*
*National Archives and Records Administration*