**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD J. TRUMP, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:21-cv-02769 (TSC) |
| | * |
| BENNIE G. THOMPSON, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Government Information Watch, National Security Counselors, and Louis Fisher (collectively "Movants") respectfully move this Court for leave to participate as *amici curiae*[1] in opposition to Plaintiff Donald J. Trump's Motion for a Preliminary Injunction, Dkt. #5 (filed Oct. 19, 2021). All parties consent to this filing, with one caveat described below. A proposed Order is submitted with this Motion.

On 18 October 2021, Plaintiff filed this case. The following day, Plaintiff requested a preliminary injunction, citing the fact that the National Archives and Records Administration has stated that it will release the records in question on 12 November. (*Id.* at 2.) On 20 October, this Court directed the parties to meet and confer and propose a briefing schedule no later than 5:00 PM on 21 October. Earlier this morning the parties proposed a briefing schedule, in which

---

[1] Other organizations and/or individuals have expressed conditional interest in joining the brief before it is filed, and so this motion is implicitly for leave for all signatories of the brief to appear before the Court, not just the two organizations and one individual named herein. Due to the accelerated briefing process necessitated by Plaintiff's Motion for a Preliminary Injunction and the effect this Motion may have on the briefing schedule, Movants chose to file this Motion as soon as possible with only three signatories rather than waiting until after the brief was finalized and all signatories gave their approval.

Defendants will file their opposition on 29 October and Plaintiff will file his reply on 2 November. (J. Stat. Rep., Dkt. #6, at 1 (filed Oct. 21, 2021).)

Movants—and the larger class of potential *amici curiae* whom they represent—are divided into two categories: (1) non-profit organizations organized under Section 501(c)(3) of the Internal Revenue Code which specialize in, *inter alia*, government transparency and accountability issues; and (2) law professors and/or scholars who teach, research, and/or write about topics related to executive privilege or the Presidential Records Act. Movants have significant experience in this area and extensive knowledge about the issues that can assist the Court in reaching the correct resolution of this matter. Therefore, on behalf of themselves and other similarly situated potential signatories of the intended *amici curiae* brief, Movants seek to share their relevant knowledge with the Court in response to Plaintiff's motion for a preliminary injunction. Because of the collective experience and knowledge Movants can bring to this matter, the Court should grant this Motion.

As noted above, Movants are filing this Motion without attaching the proposed brief solely due to the accelerated course of this litigation. Since they support Defendants in this matter, it is appropriate for Movants to file their *amici curiae* brief after Defendants have filed their opposition to Plaintiff's motion, so that they may minimize the unnecessary duplication of arguments made by Defendants. *See*, *e.g.*, D.C. Cir. R. 29(a)(6) ("An *amicus curiae* must file its brief, accompanied by a motion for filing when necessary, no later than 7 days after the principal brief of the party being supported is filed."). To minimize the impact on the parties' proposed schedule, Movants request that their *amici curiae* brief be due on Sunday, 31 October.

Defendants consent to this filing. Plaintiff's counsel has indicated that Plaintiff consents to the filing of an *amici curiae* brief, but only "as long as it is filed by the date set for the

Defendants' briefs and as long as it does not otherwise affect the briefing schedule agreed to by the parties." For the reasons presented above, Movants do not agree with this restriction and respectfully ask the Court to allow their participation and order that their *amici curiae* brief be filed no later than 31 October 2021.

Date:   October 21, 2021

                Respectfully submitted,

                /s/ Kelly B. McClanahan
                Kelly B. McClanahan, Esq.
                D.C. Bar #984704
                National Security Counselors
                4702 Levada Terrace
                Rockville, MD 20853
                301-728-5908
                240-681-2189 fax
                Kel@NationalSecurityLaw.org

                *Counsel for Movants*