**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD J. TRUMP, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:21-cv-02769 (TSC) |
| | * |
| BENNIE G. THOMPSON, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

UPON CONSIDERATION OF the Consent Motion for Leave to File *Amici Curiae* Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction, and the entire record herein, it is this _____ day of _____, 2021,

**ORDERED** that the Motion is **GRANTED**, and

**ORDERED** that *amici curiae* shall have until _____, 2021, to file their brief.

_____
Tanya S. Chutkan
United States District Judge