IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>      *Plaintiff*,<br><br>v.<br><br>BENNIE G. THOMPSON, et al.,<br><br>      *Defendants*. | Case No. 1:21-cv-02769 |

**NOTICE OF APPEARANCE**

  I, Todd B. Tatelman, hereby enter my appearance as counsel in the above-captioned case for Defendants the Honorable Bennie G. Thompson and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol. Please send all future notices in this matter to me.

                Respectfully submitted,

                */s/ Todd B. Tatelman*
                Todd B. Tatelman (VA Bar No. 66008)
                 *Principal Deputy General Counsel*

                Office of General Counsel
                U.S. House of Representatives[*]
                5140 O'Neill House Office Building
                Washington, D.C. 20515
                (202) 225-9700
                Todd.Tatelman@mail.house.gov

---

[*] Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).

*Counsel for Congressman Thompson and the House Select Committee to Investigate the January 6th Attack on the United States Capitol*

October 21, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I caused the foregoing Notice of Appearance to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

/s/ Todd B. Tatelman
Todd B. Tatelman