# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DONALD J. TRUMP**, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 21-cv-2769 (TSC) |
| **BENNIE G. THOMPSON**, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Before the court is an "objection" from an "interested party" opining on the merits of this lawsuit.  Neither the Federal Rules of Civil Procedure, nor the Local Civil Rules of this Court provide for an "interested party" to file an "objection" without leave of court.  Accordingly, the court will construe the objection as a motion to file an amicus brief.

Leave to file the attached amicus brief is hereby DENIED because the movant has failed to establish that their "position" will "not [be] adequately represented by a party" to this case. *See* LCvR 7(o).

Date:  October 27, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge