UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

333 CONSTITUTION AVE., NW

WASHINGTON, DC 20001

PHONE: 202-354-3000

CASE #: 1:2021-cv-02769

- PLAINTIFF

DONALD J. TRUMP

vs.

- DEFENDANT'

BENNIE G. THOMPSON

NATIONAL ARCHIVES & RECORDS ADMIN.

DAVID S. FERRIERO

U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL

- INTERESTED PARTY

KEVIN CASSADAY

1804 GUENTHER AVE
LANSING, MI 48917
PHONE: 989-615-7096
EMAIL: KWCASSADAY@YAHOO.COM – PREFERRED

## APPEARANCE:

KEVIN W. CASSADAY – PRO SE *9178

## AFFILIATED CASES:

U.S. DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

    1:2021-cv-22440-KMW    TRUMP vs FACEBOOK et al

    1:2021-cv-22441-RNS    TRUMP vs TWITTER


U.S. DISTRICT COURT WESTERN DISTRICT OF MICHIGAN

    1:2021-cv-710 (PLM-SJB)(PLM-PJG) CASSADAY vs TRUMP

    1:2021-cv-718 (PLM-SJB)(PLM-PJG) CASSADAY vs SHIRKEY et al

    1:2021-cv-722 (PLM-PJG)    CASSADAY vs DOW CHEMICAL et al

    1:2021-cv-708 (PLM-PJG)    CASSADAY vs U.S. GOVERNMENT

    1:2021-cv-759 (PLM-PJG)    CASSADAY vs FBI et al

    + ALL THE OTHERS, SOME COULD CHANGE TO EASTERN MI.

## OBJECTION:

1. MR. CASSADAY OBJECTS TO THE OBSTRUCTION BY DONALD J. TRUMP TO THE NAMED DEFENDANT'.

## ARGUMENT:

THERE IS NO EXECUTIVE PRIVILEGE WHEN GROSS NEGLIGENCE WAS PRESENT RESULTING IN HIGH CRIMES.

U.S. CONSTITUTION

ARTICLE 2

§ 4 – DISQUALIFICATION

THE PRESIDENT, VICE PRESIDENT AND ALL CIVIL OFFICERS OF THE UNITED STATES, SHALL BE REMOVED FROM OFFICE ON IMPEACHMENT FOR LIFE, AND CONVICTION OF, TREASON, BRIBERY, OR **OTHER HIGH CRIMES AND MISDEMEANORS**.

ARTICLE 1

§ 8 - POWERS OF CONGRESS

"TO DEFINE & PUNISH PIRACIES & **FELONIES COMMITTED** ON THE HIGH SEAS & OFFENSES **AGAINST THE LAW OF NATIONS**; TO DECLARE WAR"

"TO PROVIDE FOR CALLING FORTH THE MILITIA TO EXECUTE THE LAWS OF THE UNION, **SUPPRESS INSURRECTIONS** & **REPEL INVASIONS**;

ARTICLE 2

§1 – PRESIDENT

"I DO SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL FAITHFULLY EXECUTE THE OFFICE OF THE PRESIDENT OF THE UNITED STATES, AND WILL TO THE BEST OF MY ABILITY, PRESERVE, PROTECT AND DEFEND THE CONSTITUTION OF THE UNITED STATES"

**ARGUMENT:**

DONALD JOHN TRUMP DID THE **EXACT OPPOSITE** OF PROTECT AMERICA, HE ROBBED AMERICA

PLAINTIFF ATTEMPTED TO OBSTRUCT U.S. CONSTITUTION

ARTICLE 2

§ 1

"THE PERSON HAVING THE GREATEST NUMBER OF VOTES SHALL BE THE PRESIDENT"

ARTICLE 3

§ 3 – TREASON

TREASON AGAINST THE UNITED STATES, SHALL CONSIST ONLY LEVYING WAR AGAINST THEM, OR IN ADHERING TO THEIR ENEMIES, GIVING THEM AID AND COMFORT. NO PERSON SHALL BE CONVICTED OF TREASON UNLESS ON THE TESTIMONY OF TWO WITNESSES TO THE SAME OVERT ACT, OR ON CONFESSION IN OPEN COURT. THE **CONGRESS** *SHALL HAVE POWER* TO DECLARE THE PUNISHMENT OF TREASON, BUT NO ATTAINDER OF TREASON SHALL WORK CORRUPTION OF BLOOD, OR FORFEITURE EXCEPT DURING THE LIFE OF THE PERSON ATTAINED.

**CONCLUSION:**

1. DONALD JOHN TRUMP HAS BEEN RUNNING AROUND THE COUNTRY WITH A PLACARD ON HIS PODIUM SAYING HE IS STILL THE "PRESIDENT OF THE UNITED STATES". (THIS IS DELUSIONALLY NOT HOW THIS WORKS, & POSES A SERIOUS THREAT TO DEMOCRACY, THE FBI DOESN'T CARE THEY ARE CORRUPT TRUMP THUMPERS)
    a. WE HAVE CITIZENS OF THE UNITED STATES THAT CANNOT DECIPHER DONALD TRUMPS PATHOLOGICAL LIES.
    b. CITIZENS STUCK IN 'TUNNEL VISION', "LAW ENFORCEMENT!!" AS THEY GET FRONT ROW SEATS TO HIS NON-SENSICAL KLAN RALLIES.

2. DONALD JOHN TRUMP'S QUOTES OF

   a. BIG LIE
   b. SAVE AMERICA, ECT.

   ARE IN REGARD TO MR. CASSADAY & ALL IS ABUSIVELY OBNOXIOUS TO THE NATIVE INDIAN

3. DONALD J. TRUMP WAGED WAR ON THE WORLD

4. IT IS ALLEGED DONALD ILLEGALLY *TAPPED* MR. CASSADAY BY HIS 'PEOPLE' THEN ATTEMPTED MICHIGAN COMPILED LAWS 750.348 – INCITE NATIVE INDIAN, TO TOY WITH HIM TO TRY & GET NARRATIVE FOR THE 2020 ELECTION,
   a. WHEN THAT DIDN'T WORK, DONALD RESORTED TO THE JANUARY 6 INSURRECTION UPON CONGRESS.

5. COVID-19 WAS ORCHESTRATED BY THE RIGHT WING & RAN BY DONALD J. TRUMP AS HE IS A RACIST SEGREGATIONIST OF MINORITIES & WORKERS..
   a. DONALD HYPOCRITICALLY LAYS BLAME ON DEMOCRATS AS HE IS IMMATURELY SABOTAGEISTIC, TREASONOUS.

6. MR. CASSADAY HAS BEEN TRYING FOR YEARS TO REPORT THE ABUSE BUT WAS SYSTEMATICALLY OPPRESSED BY DONALD & HIS ASSOCIATE WILLIAM BARR.

7. THERE IS A THING OF SETTING MR. CASSADAY UP WITH FOREIGNERS WITHIN GOVERNMENT AS THEY DO NOT KNOW OUR LAWS HERE & THEY THEN TERRORIZE THE PEOPLE THAT

COME FORWARD BY THEIR INCOMPETENCE, PLACED BY ALEX AZAR, WILLIAM BARR, CRISTOPHER WRAY, MIKE POMPEO, IT IS THE REPUBLICAN WAY OF OBSTRUCTING THE CRIMES THEY COMMITTED, SO OBSTRUCTION OF JUSTICE.

8. DONALD JOHN TRUMP IS THE BIGGEST RACIST OF THE WORLD AS ALL DEATHS FOR COVID FALL ON **HIS** SHOULDERS OF FAILURE

9. THIS WAS ALL A **GAME** OF **SEGREGATION**, CITIZENS LIVES, FAMILY MEMBERS, FRIENDS, WAS BECAUSE DONALD IS RACIST, HIS CHILDREN ARE RACIST.

10. DONALD MAY BE PART OF THE KU KLUX KLAN, MAKING HIS RALLIES CRIMINAL ENTERPRISE RECRUITMENTS TO PERFORM MURDER & IGNORE DEMOCRATS. 18 U.S. Code § 1346. Definition of "scheme or artifice to defraud"

**CONCERN:**

DONALD THINKS THAT THE BELOW ARTICLE ALLOWS HIM TO WIPE DEMOCRATIC STATES OUT, FOR NOT COMPLYING. HE KEPT BRINGING IT UP DURING 2020 FOR THEIR "NON-COMPLIANCE"…

ARTICLE 4

§ 4 – REPUBLICAN GOVERNMENT

> THE UNITED STATES SHALL GUARANTEE TO EVERY STATE IN THIS UNION <u>A REPUBLICAN FORM OF GOVERNMENT</u>, AND SHALL PROTECT EACH OF THEM AGAINST INVASION, AND ON APPLICATION OF THE LEGISLATURE, OR OF THE EXECUTIVE (WHEN THE LEGISLATURE CANNOT BE CONVENED) AGAINST DOMESTIC VIOLENCE.

11. DONALD ALSO THINKS THAT IF HE WAS RE-ELECTED HE CAN RESET THE 10 YEAR MAX IN THE OVAL OFFICE.

## <u>CLOSING:</u>

> WE NEED TO HOLD DONALD JOHN TRUMP ACCOUNTABLE, ALL WHO AIDED DONALD TRUMP & VISA VERSA.

> NO MORE GAMES OF FRIVALITY DONALD J. TRUMP, **BE A MAN FOR *ONCE* IN YOUR LIFE**..

> DONALD J. TRUMP IS THE REAL ABUSER TO SOCIETY, WORKERS… HE NOR HIS FAMILY SHOULD EVER BE ALLOWED TO RE-ENTER POLITICS IN AMERICA FOR THEIR HOUSE OF CARDS GAMES… THEY ALSO POSE A THREAT TO THE SANITY OF EMPLOYING ANY OTHER PERSON.

> RICH WHITE SNOBS STOMPING AROUND ON NATIVE INDIANS? THE 45TH PRESIDENT OF THE UNITED STATES WAS PURGING

SOCIETY OF MINORITIES & REAL WORKERS, THAT COST HIM MONEY?

WE MADE GUANTANAMO FOR TERRORIST LIKE DONALD J. TRUMP, HE NEEDS A ONE-WAY TICKET, MIKE POMPEO WAS IN HIS EAR CHANTING

"STRENGTH DETERS BAD GUYS. WEAKNESS BEGETS WAR" MARCH 19TH 2021 TWITTER & WAS IN RESPONSE TO MR. CASSADAY TELLING MIKE POMPEO THEY ARE ALL RACISTS, HE PROVOKED MORE ANARCHY TO COVER UP THE CRIMES.

WE HAVE A SERIOUS ISSUE HERE IN AMERICA & IT IS THE RIGHT WING, YOU ARE ALL INHERENT TERRORISTS.

**MOTION:**

HOLD DONALD J. TRUMP IN CONTEMPT

THE RECORDS THAT CONGRESS REQUEST, WILL BE GIVEN TO THE PROPER "ACCOUNTABILITY DEPARTMENT"

DONALD TRUMP IS MAKING A MOCKERY OF OUR JUSTICE SYSTEM, PROVING MONEY TALKS MORE THAN ACCOUNTABILITY… WE HAVE

BEEN EXTREMELY VULNERABLE UNDER DONALD TRUMP, HE CONTINUES TO TRY & DESTABILIZE AMERICA FOR DONALD'S GAIN..

## **AFFIDAVIT:**

"UNDER OATH, I **KEVIN CASSADAY** DECLARE WITH PENALTIES OF PERJURY THAT I AM WHO I STATE I AM, THE DOCUMENTS I SIGN HAVE BEEN EXAMINED BY ME & IT'S CONTENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE & BELIEF. ANY REQUIREMENT BY LAW THAT A DOCUMENT BE FILED WITH THE COURT WHICH MUST BE SWORN, MAY BE ALSO MET BY THIS DECLARATION"

"I KEVIN CASSADAY MAKE MISTAKES, THOUGH IN ACTUALITY, THEY ARE NOTHING IN COMPARISON TO THE ABUSE INFLICTED UPON ME FOR OTHER' AMUSEMENT & RETALIATION"

KEVIN CASSADAY

1804 GUENTHER AVE
LANSING, MI 48917

Digitally signed by Kevin Cassaday
Location: 1804 GUENTHER AVE; LANSING, MI 48917
Date: 2021.10.19 02:31:22 -04'00'

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| DONALD J. TRUMP<br>*Plaintiff*<br>v.<br>THOMPSON et al<br>*Defendant* | )<br>)<br>) Case No. 1:2021-cv-02769<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KEVIN W. CASSADAY - PRO SE

Date: 10/19/2021

*Attorney's signature*

Digitally signed by Kevin Cassaday
Location: 1804 GUENTHER AVE; LANSING, MI 48917
Date: 2021.10.19 02:31:15 -04'00'

KEVIN WILLIAM CASSADAY *9178
*Printed name and bar number*

1804 GUENTHER AVE
LANSING, MI 48917

*Address*

KWCASSADAY@YAHOO.COM - PREFERED
*E-mail address*

(989) 615-7096
*Telephone number*

*FAX number*