**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

**Donald J. Trump, in his capacity as the 45th President of the United States**

**Plaintiff**

Case No.: 1:21-cv-02769-TSC

*vs.*

**Bennie G. Thompson, in his official capacity as Chairman of the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, et al.**

**Defendant(s)**

---

## AFFIDAVIT OF SERVICE

I, Raymond Hyson, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet with Attachment, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/20/2021 at 1:59 PM, I served Bennie G. Thompson, in his official capacity as Chairman of the United States House Select Committee to Investigate the January 6th Attack of the United States Capitol c/o United States Attorney's Office at 501 3rd Street, NW, Washington, DC 20530 with the Summons, Civil Cover Sheet with Attachment, and Complaint with Exhibits by serving Erin Trotta, Agent, authorized to accept service on behalf of the United States Attorney for the District of Columbia.

Erin Trotta is described herein as:

Gender: Female   Race/Skin: White   Age: 40   Weight: 140   Height: 5'6"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

10/22/21
Executed On

Raymond Hyson

Client Ref Number:Trump/Ferriero
Job #: 1595206

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as the 45th President of the United States, <br><br> _Plaintiff(s)_ <br><br> v. <br><br> BENNIE G. THOMPSON, in his official capacity as Chairman of the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, et al. <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  21-2769 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ BENNIE G. THOMPSON
U.S. House of Representatives
2466 Rayburn House Office Building
Washington, D.C. 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jesse R. Binnall
BINNALL LAW GROUP,PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date:  ___10/19/2021___                                                    /s/ Anson Hopkins
                                                                                    _Signature of Clerk or Deputy Clerk_