**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD J. TRUMP,<br><br>    Plaintiff,<br><br>v.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>    Defendants. | Civil Action No. 1:21-cv-2769 (TSC) |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF**

Before the Court is a motion to file a brief of former members of Congress as *amici curiae* in opposition to Plaintiff's motion for a preliminary injunction. It is hereby

**ORDERED** that the motion for leave to file is GRANTED. It is further

**ORDERED** that the *amicus* brief attached to the motion is deemed filed with the Court.

**SO ORDERED.**

Dated: _____                    _____
                                                                           Hon. Tanya S. Chutkan