IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD J. TRUMP,

              *Plaintiff*,

v.

BENNIE G. THOMPSON, *et al.*,

              *Defendants*.

Case No. 1:21-cv-02769 (TSC)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for a Preliminary Injunction, the Opposition of the Honorable Bennie G. Thompson and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **DENIED**.

**SO ORDERED.**

Dated: _____

_____
THE HONORABLE TANYA S. CHUTKAN
United States District Judge