IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as former President of the United States,<br><br>Plaintiff,<br><br>v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the Select Committee to Investigate the January 6th Attack on the United States Capitol, United States House of Representatives, *et al.*,<br><br>Defendants. | No. 1:21-cv-2769 (TSC) |

## NARA DEFENDANTS' UNOPPOSED, NUNC PRO TUNC MOTION FOR 15-MINUTE EXTENSION OF TIME

The National Archive and Records Administration hereby moves, nunc pro tunc, for a 30-minute extension of time in which to file its opposition to Plaintiff's Motion for Preliminary Injunction Motion. Good cause exists for this motion, due to unexpected formatting issues at the time of filing. Counsel for co-Defendant and Plaintiff have consented to this motion.

October 30, 2021

                                                            Respectfully submitted,

                                                            BRIAN M. BOYNTON
                                                            Acting Assistant Attorney General

                                                            BRIAN D. NETTER
                                                           Deputy Assistant Attorney General

                                                           */s/ Elizabeth J. Shapiro*
                                                           ELIZABETH J. SHAPIRO
                                                           JAMES J. GILLIGAN
                                                           SERENA M. ORLOFF
                                                           CRISTEN C. HANDLEY

JULIA A. HEIMAN
Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-5302
Fax:             (202) 616-8470
E-mail:        elizabeth.shapiro@usdoj.gov

*Counsel for NARA Defendants*