IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as former President of the United States,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the Select Committee to Investigate the January 6th Attack on the United States Capitol, United States House of Representatives, *et al.*,<br><br>　　　　　　　　Defendants. | No. 1:21-cv-2769 (TSC) |

PROPOSED ORDER

Having considered NARA Defendants Unopposed *Nunc Pro Tunc* Motion for a 30-Minute Extension of Time, ECF No. 5, and the oppositions thereto, it is hereby

**ORDERED** that Plaintiff's Motion is GRANTED

**SO ORDERED.**


**Dated:**　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Tanya S. Chutkan
　　　　　　　　　　　　　　　　　　　United States District Judge