IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as former President of the United States,<br><br>Plaintiff,<br><br>v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the Select Committee to Investigate the January 6th Attack on the United States Capitol, United States House of Representatives, *et al.*,<br><br>Defendants. | No. 1:21-cv-2769 (TSC) |

**[PROPOSED] ORDER**

Having considered Plaintiff's Motion for a Preliminary Injunction, ECF No. 5, and the oppositions thereto, it is hereby

**ORDERED** that Plaintiff's Motion is denied.

**SO ORDERED.**

**Dated:** _____

_____
Hon. Tanya S. Chutkan
United States District Judge