UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>    Plaintiff,<br><br>v.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>    Defendants. | Civil Action No. 21-cv-2769 (TSC) |

## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Civil Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Jesse R. Binnall, a member in good standing of the bar of this Court, respectfully moves this Court for admission of Justin R. Clark to participate *pro hac vice* as co-counsel for Plaintiff in the above-captioned action, until his admission to practice application has been submitted and approved by this Court. Attached as Exhibit A is the Declaration of Justin R. Clark supporting this motion for *pro hac vice* admission. Mr. Clark is a member in good standing of the D.C. Bar and will be submitting his admission to practice before this Court.

Dated: October 30, 2021

                                                  Respectfully submitted,

                                                  /s/ Jesse R. Binnall
                                                  Jesse R. Binnall (VA022)
                                                  BINNALL LAW GROUP, PLLC
                                                  717 King Street, Suite 200
                                                  Alexandria, Virginia 22314

Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com

*Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will cause a copy to be sent to all counsel of record.

Dated: October 30, 2021

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com

*Counsel for President Donald J. Trump*