## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DONALD J. TRUMP**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-cv-2769 (TSC) |
| | ) | |
| | ) | |
| **BENNIE G. THOMPSON**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF JUSTIN R. CLARK

I state, under penalty of perjury, that:

1.  My full name is Justin R. Clark.

2.  I am an attorney at Elections, LLC with the address of 1050 Connecticut Avenue, NE, Suite 500, Washington, DC 20036, and phone number of (202) 987-9944.

3.  I am admitted to practice in all the courts of the Commonwealth of Massachusetts, the State of Connecticut, the District of Columbia, the United States Supreme Court, the U.S. District Court for the District of Connecticut, the First Circuit Court of Appeals, the Second Circuit Court of Appeals, the Ninth Circuit Court of Appeals, and the D.C. Circuit Court of Appeals.

4.  I am in good standing and eligible to practice in all courts to which I am admitted. I have not incurred disciplinary action from any bar.

5.  I have not been admitted to practice pro hac vice before this Court within the past two years.

6.  I do engage in the practice of law from an office located in the District of Columbia. I am a member in good standing of the D.C. Bar, and I will be submitting my membership application with this court.

Executed on October 30, 2021

Justin R. Clark, D.C. Bar No. 499621
Elections, LLC
1050 Connecticut Ave NE
Suite 500
Washington, DC 20036
Phone: (202) 987-9944
justin.clark@electionlawllc.com

*Pro Hac Vice Attorney Applicant for Plaintiff*

2