UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-cv-2769 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Having reviewed Plaintiff's Motion for *Pro Hac Vice* Admission of Attorney Justin R. Clark as counsel for Plaintiff in the above captioned case, the application is hereby GRANTED.

**SO ORDERED.**


This _____ day of _____, 2021.        _____
                                             Tayna S. Chutkan
                                             United States District Court Judge