**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DONALD J. TRUMP, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:21-cv-02769 (TSC) |
| BENNIE G. THOMPSON, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED *NUNC PRO TUNC* MOTION FOR
ENLARGEMENT OF TIME WITHIN WHICH TO FILE *AMICI CURIAE* BRIEF IN
OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

NOW COME *amici curiae* Government Accountability Project *et al.* to respectfully request a retroactive one-hour extension of the deadline for filing their *amici curiae* brief. This reply was due 30 October 2021 and was filed as Dkt. #23 on 31 October 2021 at 12:57 AM. Neither Plaintiff nor Defendants oppose this Motion.

*Amici curiae* request this extension due to excusable neglect. The undersigned's young child has been home sick from daycare since 27 October, severely limiting his ability to work during the day or in the evening. As the Court is aware, the undersigned requested that this brief be due 31 October so that it could accurately complement and support Defendants' briefs, and in the absence of a contrary order from the Court he was proceeding as best as he could to be able to file it by that self-imposed deadline. The Court's 29 October Order directing that this brief must be filed by 30 October was unexpected, and while the undersigned made a diligent effort to file the brief by the Court's deadline—including not including several potential *amici curiae* who could not approve the brief in time—he was unable to do so by midnight. Since none of the

parties oppose this Motion, the Court may conclude that they will not be prejudiced by this brief delay, and it should accordingly grant this Motion.

A proposed Order accompanies this Motion.

Date:   November 1, 2021

                                              Respectfully submitted,

                                              /s/ Kelly B. McClanahan
                                              Kelly B. McClanahan, Esq.
                                              D.C. Bar #984704
                                              National Security Counselors
                                              4702 Levada Terrace
                                              Rockville, MD 20853
                                              301-728-5908
                                              240-681-2189 fax
                                              Kel@NationalSecurityLaw.org

                                              *Counsel for* Amici Curiae