**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DONALD J. TRUMP, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:21-cv-02769 (TSC) |
| BENNIE G. THOMPSON, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

UPON CONSIDERATION OF the Unopposed *Nunc Pro Tunc* Motion for Enlargement of Time Within Which to File *Amici Curiae* Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction, and the entire record herein, it is this _____ day of _____, 2021,

**ORDERED** that the Motion is **GRANTED**, and

**ORDERED** that the *amici curiae* brief filed as Dkt. #23 shall be deemed timely filed.

_____
Tanya S. Chutkan
United States District Judge