IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>         *Plaintiff,*<br><br> v.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>         *Defendants.* | Case No. 1:21-cv-02769 (TSC) |

## NOTICE OF APPEARANCE

 I, Annie L. Owens, hereby enter my appearance in the above-captioned case for Defendants the Honorable Bennie G. Thompson and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol.  Please send all future notices in this matter to me.

               Respectfully submitted,

               /s/ Annie L. Owens

               Annie L. Owens (D.C. Bar No. 976604)
               INSTITUTE FOR CONSTITUTIONAL
               ADVOCACY AND PROTECTION
               Georgetown University Law Center
               600 New Jersey Avenue NW
               Washington, D.C.  20001
               Telephone: (202) 662-9042
               ao700@georgetown.edu

November 1, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2021, I caused the foregoing Notice of Appearance to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

                                                /s/ Annie L. Owens
                                                Annie L. Owens