UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD J. TRUMP**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 21-cv-2769 (TSC) |
| **BENNIE G. THOMPSON**, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the same reasons as set forth this this court's October 27, 2021 Order, ECF No. 13, denying Third-Party Kevin Cassaday leave to file a document in this case and because the nature of the attached filing is unclear, leave to file is hereby DENIED.

Date: November 2, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge