UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., NW
WASHINGTON, DC 20001
PHONE: 202-354-3000

CASE #: 1:2021-cv-02769-TSC
HON. TANYA S. CHUTKAN

- PLAINTIFF

DONALD J. TRUMP

VS.

- DEFENDANT'

BENNIE G. THOMPSON

NATIONAL ARCHIVES & RECORDS ADMIN.

DAVID S. FERRIERO

U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL

- INTERESTED PARTY

KEVIN CASSADAY

1804 GUENTHER AVE
LANSING, MI 48917
PHONE: 989-615-7096
EMAIL: KWCASSADAY@YAHOO.COM – PREFERRED



RECEIVED
Mail Room
OCT 28 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Query    Reports    Utilities    Help    Log Out

# Select A Case

**Kevin William Cassaday is a plaintiff in 26 cases.**

| | | |
|---|---|---|
| 1:17-cv-00630-RSK | Cassaday v. Commissioner of Social Security | filed 07/12/17  closed 09/21/18 |
| 1:21-cv-00708-PLM-PJG | Cassaday v. United States Government | filed 08/19/21  closed 09/02/21 |
| 1:21-cv-00710-PLM-PJG | Cassaday v. Trump | filed 08/19/21 |
| 1:21-cv-00711-PLM-PJG | Cassaday v. Great Lakes Center of Rheumatology | filed 08/19/21 |
| 1:21-cv-00712-PLM-PJG | Cassaday v. Meridian Professional Psychological Consultants et al | filed 08/19/21 |
| 1:21-cv-00713-PLM-PJG | Cassaday v. Sparrow Health System | filed 08/19/21 |
| 1:21-cv-00714-PLM-PJG | Cassaday v. Facebook Inc. et al | filed 08/19/21 |
| 1:21-cv-00715-PLM-PJG | Cassaday v. AT&T, Inc., et al | filed 08/19/21 |
| 1:21-cv-00716-PLM-PJG | Cassaday v. Verizon Media | filed 08/19/21 |
| 1:21-cv-00717-PLM-PJG | Cassaday v. Loepp et al | filed 08/19/21 |
| 1:21-cv-00718-PLM-PJG | Cassaday v. Shirkey et al | filed 08/19/21 |

| | | |
|---|---|---|
| 1:21-cv-00719-PLM-PJG | Cassaday v. Hawks et al | filed 08/19/21 |
| 1:21-cv-00720-PLM-PJG | Cassaday v. Governmental Consultant Services Inc. | filed 08/19/21 |
| 1:21-cv-00721-PLM-PJG | Cassaday v. Covenant Healthcare et al | filed 08/19/21 |
| 1:21-cv-00722-PLM-PJG | Cassaday v. Dow Chemical Company, The et al | filed 08/19/21 |
| 1:21-cv-00723-PLM-PJG | Cassaday v. Henry Ford Allegiance Health Inc. et al | filed 08/19/21 |
| 1:21-cv-00724-PLM-PJG | Cassaday v. Michigan Medicine | filed 08/19/21 |
| 1:21-cv-00725-PLM-PJG | Cassaday v. Mid Michigan Health | filed 08/19/21 |
| 1:21-cv-00748-PLM-PJG | Cassaday v. Michigan State University | filed 08/26/21 |
| 1:21-cv-00749-PLM-PJG | Cassaday v. Michigan, State of | filed 08/26/21 |
| 1:21-cv-00750-PLM-PJG | Cassaday v. Hawks et al | filed 08/26/21 |
| 1:21-cv-00751-PLM-PJG | Cassaday v. Michigan State Police | filed 08/26/21 |
| 1:21-cv-00752-PLM-PJG | Cassaday v. MI Marijuana Reguatory Agency et al | filed 08/26/21 |
| 1:21-cv-00753-PLM-PJG | Cassaday v. Michigan Workers Disability Compensation Agency et al | filed 08/26/21 |

| | | |
|---|---|---|
| 1:21-cv-00759-PLM-PJG | Cassaday v. Federal Bureau of Investigation et al | filed 08/30/21 |
| 1:21-cv-00760-PLM-PJG | Cassaday v. Weiser et al | filed 08/30/21 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/07/2021 02:21:51 | | | |
| PACER Login: | kwcassaday | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: cassaday First Name: kevin |
| Billable Pages: | 2 | Cost: | 0.20 |



GRAND RAPIDS MI 493
25 OCT 2021 PM 5 L

1804 Guenther Ave
Lansing, MI 48917

Return Service Requested

U.S. District Court District of Columbia
Clerks
333 Constitution Ave., NW
Washington, DC  20001

20001-265555