Re: TRUMP V. THOMAS, ET AL, 1:21-CV-02769, filed October 18, 2021

DEAR HONORABLE JUDGE CHUTKAN,

I AM A distinguished Amicus scholar. I.e. see e.g. ACCOMPANYING COURT ORDERS. APPEAL NOS. 19-5331; 18-1545. BUT, see JAMES MURRAY, PRO SE, ON BRIEF FOR JAMES MURRAY, AMICUS CURIAE. WOBMAN, et V. HEALEY, ET AL, 922 F.3d 26, 29-32 (1st CIR. 2019).

Though, OUR PREVIOUS PRESIDENT DONALD J. TRUMP, RECENT COMPLAINT filed IN THIS COURT Alleges several claims OR Arguments: IT is my intention TO seek leave OF COURT, TO file AN Amicus CURIAE brief defending The CONSTITUTIONALITY OF The PRESIDENTIAL RECORD ACT (CITATION UNKNOWN TODAY).

(1)

The situation here at this prison today, is on lockdown status. As soon as the lockdown is lifted, I will have access to the prison law library to do the necessary legal research to put together a meaningful Amicus Curiae brief. Accordingly, I am requesting that this "Amicus Curiae Notice" be filed, and that I be sent a copy of the "docket-sheet" when this notice is actually filed.

10-19-21
DATE

Respectfully submitted
James M____ A.K.A James King
U.S.P. A.D.X. MAX.
P.O. Box 8500
Florence, CO. 81226

(2)

# United States Court of Appeals
## For the First Circuit

No. 18-1545

DAVID SETH WORMAN; ANTHONY LINDEN; JASON WILLIAM SAWYER; PAUL NELSON CHAMBERLAIN; GUN OWNERS' ACTION LEAGUE, INC.; ON TARGET TRAINING, INC.; OVERWATCH OUTPOST

Plaintiffs - Appellants

NICHOLAS ANDREW FELD

Plaintiff

v.

MAURA HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts; DANIEL BENNETT, in his official capacity as the Secretary of the Executive Office of Public Safety and Security; KERRY GILPIN, in her official capacity as Superintendent of the Massachusetts State Police

Defendants - Appellees

CHARLES D. BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts; MASSACHUSETTS STATE POLICE

Defendants

---

### ORDER OF COURT

Entered: October 10, 2018
Pursuant to 1st Cir. R. 27.0(d)

Movant James Murray's motions for leave to file an amicus brief and amicus reply brief in support of appellees are granted. The tendered "Scalia Brief" and "Amicus Reply Brief" are hereby accepted for filing instanter.

By the Court:

Maria R. Hamilton, Clerk

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-5331**  **September Term, 2019**

1:19-cv-02379-KBJ

Filed On: March 19, 2020

Committee on the Judiciary of the United
States House of Representatives,

    Appellee

v.

Donald F. McGahn, II,

    Appellant

**BEFORE:**    Srinivasan, Chief Judge, and Henderson, Rogers, Tatel, Garland, Griffith, Millett, Pillard, Wilkins, Katsas*, and Rao*, Circuit Judges

## ORDER

Upon consideration of the motion of James Murray for leave to file rehearing en banc *amicus curiae* brief and the lodged brief, and the motion for invitation to file brief *amici curiae* by former members of Congress and former executive branch officials in support of rehearing and the lodged brief, it is

**ORDERED** that the motions be dismissed as moot in light of the order issued March 13, 2020, granting the petition for rehearing en banc in this case.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Scott H. Atchue
Deputy Clerk

*Circuit Judges Katsas and Rao did not participate in this matter.

Name: James MURRAY
Reg. No.: 09548-007
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

OCT 26

DENVER CO 802
21 OCT 2021 PM 7 L



HONORABLE Judge TANYA CHUTKAN,
U.S. DISTRICT COURT
333 CONSTITUTION AVE N.W.
WASHINGTON, D.C. 20001

Legal Mail
10-20-21
JM

20001$2802 C003

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

OCT 2 0 2021

DATE: _____
"SPECIAL/LEGAL MAIL"
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.