IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                *Plaintiff,*<br><br>v.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>                *Defendants.* | Case No. 1:21-cv-02769 (TSC) |

## NOTICE OF APPEARANCE

I, Joseph W. Mead, hereby enter my appearance in the above-captioned case for Defendants the Honorable Bennie G. Thompson and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol.

                                                  Respectfully submitted,

                                                  */s/Joseph W. Mead*
                                                  Joseph W. Mead (MD Bar 2102240015)
                                                  INSTITUTE FOR CONSTITUTIONAL
                                                  ADVOCACY AND PROTECTION
                                                  Georgetown University Law Center
                                                  600 New Jersey Avenue NW
                                                  Washington, D.C.  20001
                                                  Telephone: (202) 662-9765
                                                  jm3468@georgetown.edu

November 2, 2021

## CERTIFICATE OF SERVICE

    I hereby certify that on November 2, 2021, I caused the foregoing Notice of Appearance to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

                                                        */s/ Joseph W. Mead*
                                                        Joseph W. Mead