## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DONALD J. TRUMP, in his capacity as
the 45th President of the United States,

     Plaintiff,

       v.

BENNIE G. THOMPSON, in his official
capacity as Chairman of the United States
House Select Committee to Investigate
the January 6th Attack on the United States
Capitol; THE UNITED STATES HOUSE
SELECT COMMITTEE TO INVESTIGATE
THE JANUARY 6TH ATTACK ON THE
UNITED STATES CAPITOL; DAVID S.
FERRIERO, in his official capacity as
Archivist of the United States; and THE
NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

     Defendants.

Civil Action No. 21-2769

## UNOPPOSED MOTION TO FILE CORRECTED BRIEF

Plaintiff moves this Court for leave to file a corrected brief, which is materially identical to the reply brief timely filed in this matter and docketed as DCD No. 30. The original reply brief, however, had an error in the PDF conversion process which inadvertently changed the font typeface, causing the brief to unintentionally exceed the page limit in addition to causing other errors to the brief's tables. Plaintiff moves this Court for leave to file a corrected version of the brief, which is attached to this motion as Exhibit 1. No party will be prejudiced by this motion, to which the Defendants consent.

Dated: November 2, 2021                                Respectfully submitted,

                                                       /s/ Jesse R. Binnall
                                                       Jesse R. Binnall (VA022)
                                                       BINNALL LAW GROUP, PLLC
                                                       717 King Street, Suite 200
                                                       Alexandria, VA 22314
                                                       Tel: (703) 888-1943
                                                       Fax: (703) 888-1930
                                                       jesse@binnall.com
                                                       *Attorney for Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

Dated: November 2, 2021

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Tel:  (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
*Attorney for Donald J. Trump*