IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as the 45th President of the United States,<br><br>      Plaintiff,<br><br>      v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol; THE UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL; DAVID S. FERRIERO, in his official capacity as Archivist of the United States; and THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>      Defendants. | Civil Action No. 21-2769 |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Consent Motion to File Corrected Brief. Finding that Plaintiff has good cause for filing the corrected brief and because no Party will be prejudiced, as evidenced by their consent, the Motion is granted; the reply brief docketed as DCD No. 30 shall be substituted with the brief docketed as DCD No. 30-1.

Dated: _____                             _____

                                                                                Tanya Chutkan
                                                                                United States District Judge