**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DONALD J. TRUMP,

*Plaintiff,*

 v.

BENNIE G. THOMPSON, *et al.*,

*Defendants.*

Case No. 1:21-cv-02769 (TSC)

**NOTICE OF APPEARANCE**

  I, Mary B. McCord, hereby enter my appearance in the above-captioned case for Defendants the Honorable Bennie G. Thompson and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol.  Please send all future notices in this matter to me.

    Respectfully submitted,

    /s/ Mary B. McCord

    Mary B. McCord (D.C. Bar No. 427563)
    INSTITUTE FOR CONSTITUTIONAL
    ADVOCACY AND PROTECTION
    Georgetown University Law Center
    600 New Jersey Avenue NW
    Washington, D.C.  20001
    Telephone: (202) 662-9042
    mbm7@georgetown.edu

November 3, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021, I caused the foregoing Notice of Appearance to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.


/s/ Mary B. McCord
Mary B. McCord