IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as the 45th President of the United States, <br><br> Plaintiff, <br><br> v. <br><br> BENNIE G. THOMPSON, in his official capacity as Chairman of the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol; THE UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL; DAVID S. FERRIERO, in his official capacity as Archivist of the United States; and THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendants. | Civil Action No. 21-2769 |

PLAINTIFF'S EMERGENCY MOTION FOR INJUNCTION
PENDING APPEAL, OR AN ADMINISTRATIVE INJUNCTION

1.      Pursuant to Federal Rule of Civil Procedure 62(d), and should the Court deny the pending Motion for a Preliminary Injunction, DCD No. 5, Plaintiff hereby moves the Court for an injunction pending appeal to the United States Court of Appeals for the D.C. Circuit, prohibiting Defendants from enforcing or complying with the challenged requests until the D.C. Circuit resolves the appeal of any denial of Plaintiff's Motion for a Preliminary Injunction. In the alternative, Plaintiff moves

for an administrative injunction, to maintain the *status quo* on a temporary basis while the D.C. Circuit considers the matter, pursuant to 28 U.S.C. § 1651.

2.    In support of this motion, Plaintiff relies upon the accompanying statement of points and authorities, Plaintiff's other filings, and the oral argument presented on November 4, 2021.

WHEREFORE, should this Court deny Plaintiff's Motion for a Preliminary Injunction, Plaintiff moves this Court for an injunction pending appeal, or an administrative injunction, prohibiting Defendants from enforcing or complying with the Committee's request until the U.S. Court of Appeals for the D.C. Circuit can consider this matter.

Dated: November 8, 2021                     Respectfully submitted,

                                            /s/ Jesse R. Binnall
                                            Jesse R. Binnall (VA022)
                                            BINNALL LAW GROUP, PLLC
                                            717 King Street, Suite 200
                                            Alexandria, Virginia 22314
                                            Phone: (703) 888-1943
                                            Fax: (703) 888-1930
                                            Email: jesse@binnall.com
                                            *Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will cause a copy to be sent to all counsel of record.

Dated: November 8, 2021        Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
*Counsel for President Donald J. Trump*