## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DONALD J. TRUMP**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-cv-2769 (TSC) |
| | ) | |
| | ) | |
| **BENNIE G. THOMPSON**, *in his official* | ) | |
| *capacity as Chairman of the United States* | ) | |
| *House Select Committee to Investigate the* | ) | |
| *January 6th Attack on the United States* | ) | |
| *Capitol, et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

For the reasons explained in the accompanying Memorandum Opinion, Plaintiff's

Motion for a Preliminary Injunction, ECF. No. 5, is DENIED because Plaintiff is unlikely to

succeed on the merits of his claims or suffer irreparable harm, and because a balance of the

equities and public interest bear against granting his requested relief.

Date:  November 9, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

Page **1** of **1**