## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DONALD J. TRUMP, in his capacity as
the 45th President of the United States,


    Plaintiff,


        v.                                                  Civil Action No. 21-2769


BENNIE G. THOMPSON, in his official
capacity as Chairman of the United States
House Select Committee to Investigate
the January 6th Attack on the United States
Capitol; THE UNITED STATES HOUSE
SELECT COMMITTEE TO INVESTIGATE
THE JANUARY 6TH ATTACK ON THE
UNITED STATES CAPITOL; DAVID S.
FERRIERO, in his official capacity as
Archivist of the United States; and THE
NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,


    Defendants.

---

### PLAINTIFF'S RENEWED EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL, OR AN ADMINISTRATIVE INJUNCTION

1.    Pursuant to Federal Rule of Civil Procedure 62(d), Plaintiff hereby moves the Court for an injunction pending appeal to the United States Court of Appeals for the D.C. Circuit, prohibiting Defendants from enforcing or complying with the challenged requests until the D.C. Circuit resolves the appeal of the denial of Plaintiff's Motion for a Preliminary Injunction. In the alternative, Plaintiff moves for an administrative injunction, to maintain the *status quo* on a temporary basis while the D.C. Circuit considers the matter, pursuant to 28 U.S.C. § 1651.

2.    In support of this motion, Plaintiff relies upon the accompanying statement of points and authorities, Plaintiff's other filings, and the oral argument presented on November 4, 2021.

WHEREFORE, Plaintiff moves this Court for an injunction pending appeal, or an administrative injunction, prohibiting Defendants from enforcing or complying with the Committee's request until the U.S. Court of Appeals for the D.C. Circuit can consider this matter.

Dated: November 10, 2021          Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
*Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will cause a copy to be sent to all counsel of record.

Dated: November 10, 2021

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
*Counsel for President Donald J. Trump*