IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as the 45th President of the United States,<br><br>  Plaintiff,<br><br>  v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol; THE UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL; DAVID S. FERRIERO, in his official capacity as Archivist of the United States; and THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>  Defendants. | Civil Action No. 21-2769 |

## [PROPOSED] ORDER

Plaintiff's Renewed Emergency Motion for an Injunction Pending Appeal, or an Administrative Injunction is GRANTED and an injunction is hereby entered ordering as follows:

Defendants David S. Ferriero and the National Archives and Records Administration (and their successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) are enjoined from disclosing, revealing, delivering, or producing the information requested in the Committee's

requests or otherwise taking any action to comply with the Committee's requests until further order of this Court or the United States Court of Appeals for the D.C. Circuit.

    SO ORDERED.


Dated:

                                                                                                                    _____
                                                                                                                  Tanya S. Chutkan
                                                                                                                  United States District Judge