# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as former President of the United States,<br><br>              Plaintiff,<br><br>                v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the Select Committee to Investigate the January 6th Attack on the United States Capitol, United States House of Representatives, *et al.*,<br><br>              Defendants. | No. 1:21-cv-2769 (TSC) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Renewed Emergency Motion for Injunction Pending Appeal, or an Administrative Injunction, and the oppositions thereto, it is hereby

**ORDERED** that Plaintiff's Motion is DENIED.

**SO ORDERED.**

**Dated:** _____

                            Hon. Tanya S. Chutkan
                            United States District Judge