IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD J. TRUMP,

          *Plaintiff*,

v.

BENNIE G. THOMPSON, *et al.*,

          *Defendants*.

Case No. 1:21-cv-02769 (TSC)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Renewed Motion for an Injunction Pending Appeal, or an Administrative Injunction, and the Opposition of the Congressional Defendants, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion is **DENIED.**

**SO ORDERED.**

Dated: _____

                                      THE HONORABLE TANYA S. CHUTKAN
                                      United States District Judge