APPEAL,TYPE–D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:21–cv–02769–TSC</u>
### *Internal Use Only*

TRUMP v. THOMPSON et al

Assigned to: Judge Tanya S. Chutkan

 Case in other court:   USCA, 21–05254

Cause: 44:2107 Presidential Recordings and Materials Act

Date Filed: 10/18/2021

Jury Demand: None

Nature of Suit: 890 Other Statutory Actions

Jurisdiction: U.S. Government Defendant

**Plaintiff**

**DONALD J. TRUMP**
*in his capacity as the 45th President of the United States*

represented by **Jesse R Binnall**
BINNALL LAW GROUP
717 King Street
Suite 200
Alexandria, VA 22314
703–888–1943
Email: jesse@binnall.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BENNIE G. THOMPSON**
*in his official capacity as Chairman of the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol*

represented by **Annie L. Owens**
GEORGETOWN UNIVERSITY LAW CENTER
Institute for Constitutional Advocacy and Protection
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 662–4036
Email: ao700@georgetown.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas N. Letter**
U.S. HOUSE OF REPRESENTATIVES
Office of General Counsel
219 Cannon House Office Building
Washington, DC 20515
(202) 225–9700
Email: douglas.letter@mail.house.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Randal Columbus**

OFFICE OF GENERAL COUNSEL
District of Columbia
5140 O'Neill House Office Building
Washington, DC 20515
202–225–9700
Email: eric.columbus@mail.house.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Wilfred Mead**
GEORGETOWN UNIVERSITY LAW
CENTER
Institute for Constitutional Advocacy and
Protection
600 New Jersey Ave NW
Washington, DC 20001
202–662–9765
Email: jm3468@georgetown.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary B. McCord**
GEORGETOWN UNIVERSITY LAW
CENTER
600 New Jersey Ave, NW
Washington, DC 20001
(202) 661–6607
Fax: (202) 514–8779
Email: mbm7@georgetown.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacie Marion Fahsel**
UNITED STATES HOUSE OF
REPRESENTATIVES
Office of General Counsel
5140 O'Neill House Office Building
Washington, DC 20515
202–590–0585
Email: stacie.fahsel@mail.house.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd Barry Tatelman**
U.S. HOUSE OF REPRESENTATIVES
Office of General Counsel
219 Cannon House Office Building
Washington, DC 20515
(202) 225–9700
Fax: (202) 226–1360
Email: todd.tatelman@mail.house.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVID S. FERRIERO**
*in his official capacity as Archivist of the*
*United States, National Archives and*
*Records Administration*

represented by  **Elizabeth J. Shapiro**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 514–5302
Fax: (202) 616–8470
Email: Elizabeth.Shapiro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Gilligan**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Room 11200
Washington, DC 20005
(202) 514–3358
Fax: (202) 616–8470
Email: james.gilligan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES HOUSE SELECT**
**COMMITTEE TO INVESTIGATE**
**THE JANUARY 6TH ATTACK ON**
**THE UNITED STATES CAPITOL**

represented by  **Annie L. Owens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas N. Letter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Randal Columbus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Wilfred Mead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary B. McCord**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacie Marion Fahsel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd Barry Tatelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **NATIONAL ARCHIVES AND RECORDS ADMINISTRATION** | represented by | **Elizabeth J. Shapiro**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James J. Gilligan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **GOVERNMENT INFORMATION WATCH** | represented by | **Kelly Brian McClanahan**<br>NATIONAL SECURITY COUNSELORS<br>4702 Levada Terrace<br>Rockville, MD 20853<br>(301) 728–5908<br>Fax: (240) 681–2189<br>Email: kel@nationalsecuritylaw.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **NATIONAL SECURITY COUNSELORS** | represented by | **Kelly Brian McClanahan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **LOUIS FISHER** | represented by | **Kelly Brian McClanahan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **FORMER MEMBERS OF CONGRESS** | represented by | **Anne Harden Tindall**<br>PROTECT DEMOCRACY PROJECT<br>2020 Pennsylvania Avenue, NW<br>#163 |

Washington, DC 20006
(202) 856–9191
Fax: (929) 777–8428
Email: anne.tindall@protectdemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Owen Dunn**
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Ave., NW
Washington, DC 20001
202–942–6461
Email: owen.dunn@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**GOVERNMENT
ACCOUNTABILITY PROJECT**

represented by  **Kelly Brian McClanahan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**JASON BARON**

represented by  **Kelly Brian McClanahan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**NORMAN EISEN**

represented by  **Kelly Brian McClanahan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**HEIDI KITROSSER**

represented by  **Kelly Brian McClanahan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**MARK J. ROZELL**

represented by  **Kelly Brian McClanahan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**MITCHEL A. SOLLENBERGER**

represented by  **Kelly Brian McClanahan**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/18/2021 | 1 | | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number ADCDC−8807324) filed by DONALD J. TRUMP. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons)(Binnall, Jesse) (Entered: 10/18/2021) |
| 10/19/2021 | | | Case Assigned to Judge Tanya S. Chutkan. (zsb) (Entered: 10/19/2021) |
| 10/19/2021 | 2 | | SUMMONS (4) Issued Electronically as to DAVID S. FERRIERO, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, BENNIE G. THOMPSON, UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL. (Attachments: # 1 Notice and Consent, ) (Entered: 10/19/2021) |
| 10/19/2021 | 3 | | NOTICE of Appearance by Douglas N. Letter on behalf of BENNIE G. THOMPSON, UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL (Letter, Douglas) (Entered: 10/19/2021) |
| 10/19/2021 | 4 | | NOTICE of Appearance by Elizabeth J. Shapiro on behalf of DAVID S. FERRIERO, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (Shapiro, Elizabeth) (Entered: 10/19/2021) |
| 10/19/2021 | 5 | | MOTION for Preliminary Injunction *and Request for Expedited Hearing* by DONALD J. TRUMP. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Text of Proposed Order)(Binnall, Jesse) (Entered: 10/19/2021) |
| 10/20/2021 | | | MINUTE ORDER: Upon consideration of Plaintiff's 5 Motion for Preliminary Injunction, the court hereby directs the parties to meet and confer and file a joint status report, along with a briefing schedule regarding Plaintiff's motion, no later than October 21, 2021, at 5pm. The report shall be accompanied by a proposed order. Signed by Judge Tanya S. Chutkan on 10/20/2021. (lcwk) (Entered: 10/20/2021) |
| 10/21/2021 | | | Set/Reset Deadlines: Proposed Briefing Schedule and Joint Status Report due by 10/21/2021. (tb) (Entered: 10/21/2021) |
| 10/21/2021 | 6 | | Joint STATUS REPORT by DAVID S. FERRIERO, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION. (Attachments: # 1 Proposed Order)(Shapiro, Elizabeth) (Entered: 10/21/2021) |
| 10/21/2021 | 7 | | NOTICE of Appearance by James J. Gilligan on behalf of DAVID S. FERRIERO, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (Gilligan, James) (Entered: 10/21/2021) |
| 10/21/2021 | 8 | | Consent MOTION for Leave to File *Amici Curiae Brief* by GOVERNMENT INFORMATION WATCH, NATIONAL SECURITY COUNSELORS, LOUIS FISHER. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/21/2021) |
| 10/21/2021 | 9 | | NOTICE of Appearance by Todd Barry Tatelman on behalf of BENNIE G. THOMPSON, UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL (Tatelman, Todd) (Entered: 10/21/2021) |
| 10/21/2021 | 10 | | NOTICE of Appearance by Eric Randal Columbus on behalf of BENNIE G. THOMPSON, UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL (Columbus, Eric) (Entered: 10/21/2021) |
| 10/21/2021 | 11 | | NOTICE of Appearance by Stacie Marion Fahsel on behalf of BENNIE G. THOMPSON, UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL (Fahsel, Stacie) (Entered: 10/21/2021) |
| 10/22/2021 | | | MINUTE ORDER: Upon consideration of the parties' Joint Status Report, the court hereby ORDERS that the parties shall adhere to the following briefing schedule: Defendants shall file a joint opposition or their respective oppositions to Plaintiff's 5 motion on or before October 29, 2021, and Plaintiff shall file his reply on or before November 2, 2021, at 6:00 p.m. The court further ORDERS that a hearing is set for November 4, 2021, at 11:00 a.m. via video teleconference before Judge Tanya S. Chutkan. A courtroom deputy will provide the parties with dial−in instructions by email. Signed by Judge Tanya S. Chutkan on 10/22/2021. (lcwk) (Entered: 10/22/2021) |
| 10/22/2021 | | | Set/Reset Deadlines/Hearings: Responses due by 10/29/2021. Replies due by 11/2/2021. Status Conference set for 11/4/2021 at 11:00 AM in Telephonic/VTC before Judge Tanya S. Chutkan. (zjch, ) (Entered: 10/23/2021) |
| 10/26/2021 | | | MINUTE ORDER: Upon consideration of the 8 Consent Motion for Leave to File Amici Curiae Brief, the motion is hereby DENIED without prejudice for failure to comply with Local Civil Rule 7(o)(2) ("A motion for leave to file an amicus brief shall concisely state the nature of the movant's interest; identify the party or parties supported, if any; and set forth the reasons why an amicus brief is desirable, why the movant's position is not adequately represented by a party, and why the matters asserted are relevant to the disposition of the case."). Signed by Judge Tanya S. Chutkan on 10/26/2021. (lcwk) (Entered: 10/26/2021) |
| 10/26/2021 | 12 | | Consent MOTION for Leave to File Amici Curiae Brief by LOUIS FISHER, GOVERNMENT INFORMATION WATCH, NATIONAL SECURITY COUNSELORS. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 10/26/2021) |
| 10/27/2021 | 13 | | ORDER: Deny leave to file attached "Objection" by Third−Party Kevin Cassady. Signed by Judge Tanya S. Chutkan on 10/27/21. (Attachments: # 1 Objection) (DJS) (Entered: 10/27/2021) |
| 10/27/2021 | 14 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL served on 10/20/2021 (Binnall, Jesse) (Entered: 10/27/2021) |
| 10/27/2021 | 15 | | |

| | | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DAVID S. FERRIERO served on 10/20/2021 (Binnall, Jesse) (Entered: 10/27/2021) |
|---|---|---|---|
| 10/27/2021 | 16 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION served on 10/20/2021 (Binnall, Jesse) (Entered: 10/27/2021) |
| 10/27/2021 | 17 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. BENNIE G. THOMPSON served on 10/20/2021 (Binnall, Jesse) (Entered: 10/27/2021) |
| 10/28/2021 | 18 | | Unopposed MOTION for Leave to File *Amicus Brief* by FORMER MEMBERS OF CONGRESS. (Attachments: # 1 Proposed Amicus Brief, # 2 Text of Proposed Order)(Dunn, Owen) (Entered: 10/28/2021) |
| 10/29/2021 | | | MINUTE ORDER: For good cause shown, the 12 Consent Motion for Leave to File Amici Curiae Brief by Louis Fisher, Government Information Watch, and National Security Counselors is hereby GRANTED; the movants shall file their brief on or before October 30, 2021. Further, for good cause shown, the 18 Unopposed Motion for Leave to File Amicus Brief by Former Members of Congress is hereby GRANTED. Signed by Judge Tanya S. Chutkan on 10/29/2021. (lcwk) (Entered: 10/29/2021) |
| 10/29/2021 | 19 | | Memorandum in opposition to re 5 MOTION for Preliminary Injunction *and Request for Expedited Hearing* filed by BENNIE G. THOMPSON, UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL. (Attachments: # 1 Text of Proposed Order)(Letter, Douglas) (Entered: 10/29/2021) |
| 10/29/2021 | 25 | | AMICUS BRIEF by FORMER MEMBERS OF CONGRESS. (znmw) (Entered: 11/01/2021) |
| 10/30/2021 | 20 | | Consent MOTION for Extension of Time to File Response/Reply *Nunc Pro Tunc* by DAVID S. FERRIERO, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION. (Attachments: # 1 Proposed Order)(Shapiro, Elizabeth) (Entered: 10/30/2021) |
| 10/30/2021 | 21 | | RESPONSE re 5 MOTION for Preliminary Injunction *and Request for Expedited Hearing* filed by DAVID S. FERRIERO, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Shapiro, Elizabeth) (Entered: 10/30/2021) |
| 10/30/2021 | 22 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Justin R. Clark, Filing fee $ 100, receipt number ADCDC–8834098. Fee Status: Fee Paid. by DONALD J. TRUMP. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Binnall, Jesse) (Entered: 10/30/2021) |
| 10/30/2021 | | | MINUTE ORDER: The National Archives and Records Administration Defendants' 20 Consent Motion for Extension of Time to File Response/Reply is GRANTED because the other parties are not prejudiced by the delayed filing, as evidenced by their consent to the extension. Signed by Judge Tanya S. Chutkan on 10/30/2021. (lcwk) (Entered: 10/30/2021) |
| 10/30/2021 | 23 | | |

| | | | |
|---|---|---|---|
| | | | AMICUS BRIEF *in Opposition to Plaintiff's Motion for a Preliminary Injunction* by LOUIS FISHER, GOVERNMENT INFORMATION WATCH, NATIONAL SECURITY COUNSELORS, GOVERNMENT ACCOUNTABILITY PROJECT, JASON BARON, NORMAN EISEN, HEIDI KITROSSER, MARK J. ROZELL, MITCHEL A. SOLLENBERGER. (McClanahan, Kelly) (Entered: 10/31/2021) |
| 11/01/2021 | 24 | | Unopposed MOTION for Extension of Time to File *Amici Curiae Brief* by JASON BARON, NORMAN EISEN, LOUIS FISHER, GOVERNMENT ACCOUNTABILITY PROJECT, GOVERNMENT INFORMATION WATCH, HEIDI KITROSSER, NATIONAL SECURITY COUNSELORS, MARK J. ROZELL, MITCHEL A. SOLLENBERGER. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 11/01/2021) |
| 11/01/2021 | | | MINUTE ORDER: The unopposed 24 Motion for Extension of Time to File Amici Curiae Brief by Jason Baron, Norman Eisen, Louis Fisher, Government Accountability Project, Government Information Watch, Heidi Kitrosser, National Security Counselors, Mark J. Rozell, and Mitchel A. Sollenberger is GRANTED; no party is prejudiced by the delayed filing, as evidenced by the fact that they do not oppose the extension. Signed by Judge Tanya S. Chutkan on 11/01/2021. (lcwk) (Entered: 11/01/2021) |
| 11/01/2021 | 26 | | NOTICE of Appearance by Annie L. Owens on behalf of BENNIE G. THOMPSON, UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL (Owens, Annie) (Entered: 11/01/2021) |
| 11/02/2021 | 27 | | ORDER: Denying leave to file attached document by Third–Party Kevin Cassaday. Signed by Judge Tanya S. Chutkan on 11/2/21. (Attachments: # 1 ) (DJS) (Entered: 11/02/2021) |
| 11/02/2021 | | | MINUTE ORDER: Before the court is the third proffered filing by non–party Kevin Cassaday. The court previously denied Cassaday leave to file documents in this case because he had not established that his "position" will "not [be] adequately represented by a party" to this case. See LCvR 7(o). Cassaday's proffered filings have placed an undue burden on both the Clerk's Office and Chambers. Accordingly, the Clerk of the Court is hereby directed to refrain from docketing any letters or filings from Cassaday in this action and to discard any of his future submissions. The Clerk of the Court shall mail a copy of this order to: Kevin Cassaday, 1804 Guenther Ave., Lansing, MI 48917. Signed by Judge Tanya S. Chutkan on 11/2/21. (DJS) (Entered: 11/02/2021) |
| 11/02/2021 | 28 | | ORDER denying James Murray leave to appear as amicus. The Clerk of the court shall mail a copy of this Order to the movant at his address of record. Signed by Judge Tanya S. Chutkan on 11/2/21. (Attachments: # 1 ) (DJS) (Entered: 11/02/2021) |
| 11/02/2021 | | | MINUTE ORDER: Granting in part and denying in part 22 Motion for Admission Pro Hac Vice. Justin R. Clark may be heard in open court on behalf of Plaintiff, but may not file papers in this court. See Local Civil Rule 83.2(c)(2) ("An attorney who engages in the practice of law from an office located in the District of Columbia must be a member of the District of Columbia Bar AND the Bar of this Court to file papers in this Court."). Upon submission of an application to the bar of this court, Clark may file a renewed motion (without |

| | | | |
|---|---|---|---|
| | | | paying an additional fee), at which time the court will remove the prohibition against filing papers in this court. Signed by Judge Tanya S. Chutkan on 11/2/21. (DJS) (Entered: 11/02/2021) |
| 11/02/2021 | 29 | | NOTICE of Appearance by Joseph Wilfred Mead on behalf of BENNIE G. THOMPSON, UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL (Mead, Joseph) (Entered: 11/02/2021) |
| 11/02/2021 | 30 | | REPLY to opposition to motion re 5 MOTION for Preliminary Injunction *and Request for Expedited Hearing* filed by DONALD J. TRUMP. (Binnall, Jesse) (Entered: 11/02/2021) |
| 11/03/2021 | 31 | | Consent MOTION to Amend/Correct 30 Reply to opposition to Motion *for a Preliminary Injunction* by DONALD J. TRUMP. (Attachments: # 1 Exhibit 1 – Corrected Reply Brief, # 2 Text of Proposed Order)(Binnall, Jesse) (Entered: 11/03/2021) |
| 11/03/2021 | 32 | | NOTICE of Appearance by Mary B. McCord on behalf of BENNIE G. THOMPSON, UNITED STATES HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL (McCord, Mary) (Entered: 11/03/2021) |
| 11/03/2021 | | | MINUTE ORDER: Plaintiff's 31 Consent Motion to Amend/Correct Reply to Opposition to Motion for a Preliminary Injunction is hereby GRANTED. Signed by Judge Tanya S. Chutkan on 11/03/2021. (lcwk) (Entered: 11/03/2021) |
| 11/03/2021 | 33 | | Amended REPLY to opposition to motion re 5 MOTION for Preliminary Injunction *and Request for Expedited Hearing* filed by DONALD J. TRUMP. (znmw) (Entered: 11/04/2021) |
| 11/04/2021 | | | Minute Entry: Motion Hearing held on 11/4/2021 before Judge Tanya S. Chutkan: re 5 MOTION for Preliminary Injunction *and Request for Expedited Hearing* filed by DONALD J. TRUMP; motion heard and taken under advisement. (Court Reporter Sara Wick) (tb) (Entered: 11/04/2021) |
| 11/08/2021 | 34 | | Emergency MOTION for Preliminary Injunction *Pending Appeal, or Administrative Injunction* by DONALD J. TRUMP. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Binnall, Jesse) (Entered: 11/08/2021) |
| 11/09/2021 | | | MINUTE ORDER: Plaintiffs' 34 Emergency Motion for a Stay is hereby DENIED without prejudice. Federal Rule of Civil Procedure 62(d) allows temporary injunctive relief "[w]hile an appeal is pending from an interlocutory order or final judgment." This court has not yet entered any such interlocutory order or final judgment and thus a request for relief under Rule 62(d), which plainly requires an interlocutory order or final judgment before considering such motions, is premature. The court intends to rule expeditiously in this matter, and will consider a Rule 62(d) motion for a stay from the non–prevailing party following its ruling. Signed by Judge Tanya S. Chutkan on 11/09/2021. (lcac) (Entered: 11/09/2021) |
| 11/09/2021 | 35 | | MEMORANDUM AND OPINION re Plaintiff's 5 Motion for Preliminary Injunction. Signed by Judge Tanya S. Chutkan on 11/09/2021. (lcwk) (Entered: 11/09/2021) |

| 11/09/2021 | 36 | | ORDER denying 5 Motion for Preliminary Injunction. Signed by Judge Tanya S. Chutkan on 11/09/2021. (lcwk) (Entered: 11/09/2021) |
|---|---|---|---|
| 11/09/2021 | 37 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 36 Order on Motion for Preliminary Injunction by DONALD J. TRUMP. Filing fee $ 505, receipt number BDCDC−8856622. Fee Status: Fee Paid. Parties have been notified. (Binnall, Jesse) (Entered: 11/09/2021) |
| 11/10/2021 | 38 | | Emergency MOTION for Preliminary Injunction *Pending Appeal or Administrative Injunction (Renewed)* by DONALD J. TRUMP. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Binnall, Jesse) (Entered: 11/10/2021) |
| 11/10/2021 | 39 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 37 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 11/10/2021) |
| 11/10/2021 | | | MINUTE ORDER: Before the court is Plaintiff's 38 Emergency Motion for Preliminary Injunction Pending Appeal or an Administrative Injunction. Defendants are hereby ORDERED to file a joint response or their respective responses to Plaintiff's Motion no later than 5:00 PM on November 10, 2021. Defendants should address Plaintiff's request for an injunction pending appeal and his request for an administrative injunction per 28 U.S.C. § 1651. Signed by Judge Tanya S. Chutkan on 11/10/2021. (lcwk) (Entered: 11/10/2021) |
| 11/10/2021 | 40 | | RESPONSE re 38 Emergency MOTION for Preliminary Injunction *Pending Appeal or Administrative Injunction (Renewed)* filed by DAVID S. FERRIERO, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION. (Attachments: # 1 Proposed Order)(Shapiro, Elizabeth) (Entered: 11/10/2021) |
| 11/10/2021 | | | Set/Reset Deadline: Defendants are to file a joint response or their respective responses to Plaintiff's Motion by 5:00 PM on 11/10/2021. Defendants should address Plaintiff's request for an injunction pending appeal and his request for an administrative injunction per 28 U.S.C. § 1651. (jth) (Entered: 11/10/2021) |
| 11/10/2021 | 41 | | TRANSCRIPT OF PROCEEDINGS before Judge Tanya S. Chutkan held on 11/04/2021; Page Numbers: 1−62. Date of Issuance: 11/10/2021. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **DONALD J. TRUMP**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-cv-2769 (TSC) |
| | ) | |
| | ) | |
| **BENNIE G. THOMPSON**, *in his official* | ) | |
| *capacity as Chairman of the United States* | ) | |
| *House Select Committee to Investigate the* | ) | |
| *January 6th Attack on the United States* | ) | |
| *Capitol, et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Before the court is Plaintiff's Emergency Motion for a Preliminary Injunction Pending Appeal or an Administrative Injunction, ECF No. 38.  For the reasons explained below, Plaintiff's motion is DENIED.

## I.    BACKGROUND[1]

On October 18, Plaintiff filed this action, seeking: (1) a declaratory judgment that the United States House Select Committee to Investigate the January 6 Attack of the United States Capitol's requests for Plaintiff's presidential records are invalid and unenforceable, (2) an injunction preventing the Congressional Defendants from enforcing the requests or using any

---

[1] This court provided the factual background of the January 6 attack and the events leading to the creation of the Select Committee in its Memorandum Opinion denying Plaintiff's Motion for a Preliminary Injunction.  *See Trump v. Thompson*, No. 21-2769, 2021 WL 5218398, at *1-3 (D.D.C. Nov. 9, 2021).

Page **1** of **6**

information obtained via the requests, and (3) an injunction preventing the Archivist and NARA from producing the requested records. *See* ECF No. 1, at 25-26.  The next day, Plaintiff moved for a preliminary injunction "prohibiting Defendants from enforcing or complying with the Committee's request."  ECF No. 5, Pl. Mot. at 3.  At the parties' request, the court set an accelerated briefing schedule and heard argument on the motion on November 4, 2021.  *See* Min. Order (Oct. 22, 2021).

On November 8, Plaintiff filed what appeared to be a preemptive emergency motion requesting an injunction pending appeal, or an administrative injunction, "should the court refuse" to grant his requested relief.  ECF No. 34, at 1.  The court denied Plaintiff's emergency motion without prejudice as premature and stated that it would consider such a motion from the non-prevailing party after it issued its ruling.  *See* Min. Order (Nov. 9, 2021) (citing Fed. R. Civ. P. 62(d)).

On November 10, 2021, the court denied Plaintiff's original motion for preliminary injunction.  In so doing, it denied Plaintiff's request to enjoin Defendants from enforcing or complying with the Select Committee's August 25, 2021, requests.  *See Trump v. Thompson*, 2021 WL 5218398, at *1.  On November 11, Plaintiff filed a "renewed" Emergency Motion for Preliminary Injunction Pending Appeal or Administrative Injunction.  ECF No. 34, Pl. Renewed Mot.  Both the Congressional and NARA Defendants oppose the motion.

## II.   ANALYSIS

Plaintiff's motion is a renewed request for injunctive relief and not a request for a stay. Federal Rule of Civil Procedure 62 allows for the court to stay the effects of an interlocutory order or final judgment for a period of time to allow time for the non-prevailing party to pursue

Page **2** of **6**

an appeal.  *See Nat'l Treas. Emps. Union v. Federal Labor Relations Auth.*, 712 F.2d 669, 671 (D.C. Cir. 1983) ("[S]tays, of course, do not impede appeals from the stayed dispositive order; their sole purpose is to preserve the status quo while an appeal is in the offing or in progress."). Injunctive relief, by contrast, is more concerned with the prevention of irreparable harm.  *See, e.g.*, *Winter v. Nat. Res. Def. Council*, 555 U.S. 7, 22 (2008) ("Our frequently reiterated standard requires plaintiffs seeking preliminary relief to demonstrate that irreparable injury is *likely* in the absence of an injunction.") (emphasis in original).

Plaintiff characterizes his motion as a Rule 62 motion "seeking . . . to preserve the status quo."  Pl. Renewed Mot. at 1.  However, it is clear from the caption and the substance of Plaintiff's arguments that he again seeks injunctive relief, rather than a stay of this court's November 9 order.  A stay would not give Plaintiff the relief he seeks—preventing the transmission of documents from NARA to the House Select Committee—as the status quo in this case is that NARA will disclose documents on November 12, "absent any intervening court order."  Pl. Mot., Ex. 7.  Accordingly, the court will analyze Plaintiff's motion as one seeking injunctive relief, rather than a stay.[2]

### A.  Preliminary Injunction Pending Appeal

A motion for a preliminary injunction pending appeal requires the same four elements necessary for a preliminary injunction: (1) a likelihood of success on the merits, (2) the likely prospect of irreparable harm in the absence of preliminary relief, (3) that the balance of equities

---

[2] The standard for a preliminary injunction and a stay are similar, but the standard for a stay replaces the balance of equities factor with a requirement that "other parties interested in the proceedings" will not be "substantially injure[d]."  *Compare Winter*, 555 U.S. at 20 (preliminary injunction standard), *with Hilton v. Braunskill*, 481 U.S. 770, 776-77 (1987) (stay standard).

tip in movant's favor, and (4) that an injunction is in the public interest.  *John Doe Co. v. Consumer Fin. Prot. Bureau*, 849 F.3d 1129, 1131 (D.C. Cir. 2017) (citing *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008)).  This court analyzed these factors at length in its Opinion denying Plaintiff's original motion for a preliminary injunction, and found that none justified injunctive relief.  *See Trump v. Thompson*, 2021 WL 5218398, at *12-39.  In his renewed motion, despite the fact that he requests essentially the same relief as in his original preliminary injunction motion, Plaintiff has not advanced any new facts or arguments that persuade the court to reconsider its November 9, 2021, Order.  The court's analysis previously rejecting Plaintiff's requested relief is thus equally applicable here:  Plaintiff is unlikely to succeed on the merits of his claims or suffer irreparable harm, and a balance of the equities and public interest bear against granting his requested relief.  *Id.*

Nor is Plaintiff entitled to injunctive relief under the "serious legal question" doctrine. That doctrine, which Plaintiff contends is a "more flexible" standard, weighs in favor of granting an injunction pending appeal, even when the likelihood of success on the merits is low, if the remaining three preliminary injunction factors "tip sharply in the movant's favor."  *In re Special Proceedings*, 840 F. Supp. 370, 372 (D.D.C. 2012) (citing *Wash. Metro. Area Transit Comm'n v. Holiday Tours*, 559 F.2d 841, 844 (D.C. Cir. 1977)).[3]  Moreover, when the relief sought is an

---

[3] Courts in this Circuit have applied a "sliding scale" to analyze the four preliminary injunction factors–a particularly strong showing in one factor could outweigh weakness in another.  *Sherley v. Sebelius*, 644 F.3d 388, 393 (D.C. Cir. 2011).  While it is unclear if that approach and its import for the "serious legal question" doctrine have survived the Supreme Court's decision in *Winter*, its use is still applicable here.  *See, e.g.*, *Banks v. Booth*, 459 F. Supp. 3d 143, 149-50 (D.D.C. 2020) (citing *Sherley*, 644 F.3d at 393); *see also Davis v. Billington*, 76 F. Supp. 3d 59, 63 n.5 (D.D.C. 2014) ("[T]he Circuit has had no occasion to decide this question . . . [t]hus, because it remains the law of this Circuit, the Court must employ the sliding-scale analysis here.").

injunction on the coordinate branches of government—in this case, the legislative and executive branches, who are united in their desire to have the records produced—it is even more important that the three remaining factors outweigh the lack of likelihood of success on the merits. *See Sampson v. Murray*, 415 U.S. 61, 83-84 (1974).

The court has already found that Plaintiff is unlikely to succeed on the merits in this case, and the three remaining preliminary injunction factors do not "tip sharply" in his favor. To the contrary, those factors counsel against injunctive relief. *See Trump v. Thompson*, 2021 WL 5218398, at *36-39. Plaintiff cannot do an end run around the preliminary injunction factors simply because he seeks appellate review. Rather, the court maintains "a considerable reluctance in granting an injunction pending appeal when to do so, in effect, is to give the appellant the ultimate relief being sought." 11 Wright & Miller, Fed. Prac. & Proc. Civ., § 2904 (3d ed. 2021). Were the court to grant Plaintiff's motion, the effect would be "to give [Plaintiff] the fruits of victory whether or not the appeal has merit." *See, e.g.*, *Jimenez v. Barber*, 252 F.2d 550 (9th Cir. 1958). Plaintiff is not entitled to injunctive relief simply because the procedural posture of this case has shifted.

### B.  Administrative Injunction

Plaintiff also seeks an administrative injunction per the *All Writs Act*, 28 U.S.C. § 1651, which allows federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." The Act, however, is not an independent jurisdictional grant for federal courts to issue extraordinary writs—it is confined to the issuance of writs in aid of the issuing court's jurisdiction. *In re Tennant*, 359 F.3d 523, 527 (D.C. Cir. 2004) (quoting *Clinton v. Goldsmith*, 52 U.S. 529, 534-35 (1999)). Plaintiff alleges

that such a writ is necessary, lest "the issues at hand [be] mooted."[4]  Pl. Renewed Mot. at 5.  But while November 12 draws near, this court's jurisdiction is not imperiled.  Plaintiff has already filed a notice of appeal with the Court of Appeals for the D.C. Circuit.  *See* Notice of Appeal to the DC Circuit Court, ECF No. 37.  He is therefore free to petition that Court for relief.  Because there is no threat to the ongoing jurisdiction of this court, there is no need to issue a writ pursuant to the Act.

### III.   CONCLUSION

Plaintiff, as is his right, has sought review of this court's denial of his Motion for a Preliminary Injunction.  And the court is aware that the timeline for appellate review of that decision will be accelerated.  But nothing in the court's November 9, 2021, Order, or this Order, triggers the harm he alleges because the Archivist will not submit the requested records to the Select Committee until November 12, 2021, and Plaintiff can seek appellate relief in the interim.  This court will not effectively ignore its own reasoning in denying injunctive relief in the first place to grant injunctive relief now.

For the above reasons, Plaintiff's Emergency Motion for Preliminary Injunction Pending Appeal or Administrative Injunction, ECF No. 38, is DENIED.

Date:  November 10, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

---

[4] An Article III court loses jurisdiction when an issue is moot.  *See, e.g.*, *DeFunis v. Odegaard*, 416 U.S. 312, 319-320 (1974).