UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD J. TRUMP**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **BENNIE G. THOMPSON**, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 21-cv-2769 (TSC) |

## ORDER

The court construes the attached "Motion for Reconsideration" by non-party Paul Risenhoover as a motion to file an *amicus* brief and hereby DENIES the motion because the movant has failed to establish that his "position" will "not [be] adequately represented by a party" to this case. *See* LCvR 7(o).

The Clerk of the Court shall mail a copy of this Order to the movant at his address of record.

Date:  November 13, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge