UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD J. TRUMP**, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 21-cv-2769 (TSC) <br> ) <br> ) |
| **BENNIE G. THOMPSON**, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

The court construes the attached "Motion for Leave to File" by non-party David Andrew Christenson as a motion to file an *amicus* brief and hereby DENIES the motion because the movant has failed to establish that his "position" will "not [be] adequately represented by a party" to this case. *See* LCvR 7(o).

The Clerk of the Court shall mail a copy of this Order to the movant at his address of record.

Date: November 14, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge