Trump v. Thompson (1:21-cv-02769) District Court, District of Columbia Judge Tanya Sue Chutkan
Movant David Andrew Christenson November 4th, 2021

Motion for Leave to File: Trump has waived Executive Privilege

Attachment 1 was filed in the following three cases: Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

Attachment 2 was filed in the following three cases: Amended Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

I have attached just the Trump v. YouTube pleading. Identical pleadings were filed in Trump v. Facebook and Trump v. Twitter.

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Jeffrey Steven White
Movant David Andrew Christenson

Trump v. Twitter, Inc (3:21-cv-08378) District Court, N.D. California Judge
Movant David Andrew Christenson Judge James Donato

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson

Godspeed - Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

RECEIVED
NOV 1 2 2021
CHAMBERS OF
BERYL A. HOWELL
U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Certificate of Service

I hereby certify that on November 4th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on November 4th, 2021.

David Andrew Christenson

# Attachment 1

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Jeffrey Steven White
Movant David Andrew Christenson October 30th, 2021

Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

The pleading is being filed to preserve the Constitutional Rights of all Americans and myself. I have standing and cause. The American People have standing and cause. A detail list of claims will be filed.

(Would I have the right to depose President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016)?)

President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016), Larry Page, Sergey Brin, Sundar Pichal, and the board of directors of Alphabet/Google/YouTube have censored me and thus the American People. The speaker has been censored and the listener has been censored. Free Speech is dead. The First Amendment is dead

**President Donald J. Trump has waived Executive Privilege.** President Donald J. Trump claimed Twitter and Facebook censored/banned him on January 7th, 2021, and that YouTube censored/banned him on January 12th, 2021, while he was President. The ban continued after the Inauguration when President Donald J. Trump became Citizen Donald J. Trump. By filing the Class Action Complaint, the President and Citizen became one and Executive privilege was waived. The Plaintiff claims the ban has been continuous. If President Donald J. Trump wanted to retain Executive Privilege he should have filed the damage/harm dates after the Inauguration on January 20th, 2021, when he became just Citizen Donald J. Trump.

My first cause of action and claim pertains to Citizen Donald J. Trump objecting to my participation in the Class Action Complaints. I too was censored by YouTube, Twitter, and Facebook.

My second cause of action and claim is that President Donald J. Trump censored me and thus the American People.

My third cause of action and claim is that Citizen Donald J. Trump censored me and thus the American People.

My fourth cause of action and claim is the Presidential Candidate Donald J. Trump (2016) censored me and thus the American People.

All censorship started in 2016 when Donald J. Trump was a candidate for the Presidency.

Prayer for Relief

**The Truth.**

# Attachment 1

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

### Certificate of Service

I hereby certify that on October 30th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 30th, 2021.

_____
David Andrew Christenson

# Attachment 2

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Jeffrey Steven White
Movant David Andrew Christenson October 30th, 2021

Amended Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

Failed to include Jack Dorsey, the Twitter board of Directors, Mark Zuckerberg, and the Facebook Board of Directors.

Larry Page, Sergey Brin, Jack Dorsey, and Mark Zuckerberg will be listed as a combination of owners, individuals, principals, directors, and managers.

Complete list: President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016), Larry Page, Sergey Brin, Sundar Pichai, the board of directors of Alphabet/Google/YouTube, Jack Dorsey, the Twitter board of Directors, Mark Zuckerberg, and the Facebook Board of Directors.

"Claw Back" will be invoked since Larry Page, Sergey Brin, Jack Dorsey, and Mark Zuckerberg became multibillionaires by censoring the American People.

By censoring me, the speaker, they censored all Americans, the listeners. It was the fallout that killed and maimed the people in Japan during World War II, not the explosion.

Prayer for Relief

**The Truth.**

Godspeed - Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 30th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 30th, 2021.

---
David Andrew Christenson

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Jeffrey Steven White
Movant David Andrew Christenson November 4th, 2021

Motion for Leave to File – 10th Memorandum – Attached is the Pleading I filed in Trump v. Thompson (1:21-cv-02769) District Court, District of Columbia Judge Tanya Sue Chutkan
Movant David Andrew Christenson November 4th, 2021

Prayer for Relief

**The Truth.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on November 4th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on November 4th, 2021.

_____
David Andrew Christenson

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson November 4th, 2021

Motion for Leave to File – 10th Memorandum – Attached is the Pleading I filed in Trump v. Thompson
(1:21-cv-02769) District Court, District of Columbia Judge Tanya Sue Chutkan
Movant David Andrew Christenson November 4th, 2021

Prayer for Relief

**The Truth.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on November 4th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on November 4th, 2021.

_____
David Andrew Christenson

Trump v. Twitter, Inc (3:21-cv-08378) District Court, N.D. California Chief Judge James Donato
Movant David Andrew Christenson November 4th, 2021

Motion for Leave to File – 10th Memorandum – Attached is the Pleading I filed in Trump v. Thompson
(1:21-cv-02769) District Court, District of Columbia Judge Tanya Sue Chutkan
Movant David Andrew Christenson November 4th, 2021

Prayer for Relief

**The Truth.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on November 4th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on November 4th, 2021.

_____
David Andrew Christenson