# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-5254**  September Term, 2021

**1:21-cv-02769-TSC**

**Filed On:** November 11, 2021

Donald J. Trump, in his capacity as the 45th President of the United States,

    Appellant

    v.

Bennie G. Thompson, in his official capacity as Chairman of the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, et al.,

    Appellees

**BEFORE:** Millett, Wilkins, and Jackson, Circuit Judges

# O R D E R

Upon consideration of the emergency motion for an administrative injunction and for expedited briefing schedule, it is

**ORDERED** that an administrative injunction be entered and appellees the National Archives and Records Administration and the Archivist be enjoined from releasing the records requested by the House Select Committee over which appellant asserts executive privilege, pending further order of this court. The purpose of this administrative injunction is to protect the court's jurisdiction to address appellant's claims of executive privilege and should not be construed in any way as a ruling on the merits. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021). It is

**FURTHER ORDERED** that the motion for an expedited briefing schedule, which the court construes as a motion to expedite consideration of the appeal of the district court's order denying the motion for a preliminary injunction, be granted. The following briefing schedule will apply:

| | |
|---|---|
| Appellant's Brief | November 16, 2021 (12:00 noon) |
| Joint Appendix | November 16, 2021 (12:00 noon) |

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-5254**                           **September Term, 2021**

       Appellees' Briefs                 November 22, 2021 (12:00 noon)

       Appellant's Reply Brief         November 24, 2021 (12:00 noon)

Oral argument will be held before this panel on November 30, 2021, at 9:30 a.m.

All issues must be raised by appellant in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43 (2021); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

The parties are directed to file their briefs electronically on the date and time due, and to submit paper copies as soon as possible thereafter. All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

                                          **Per Curiam**

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                         BY:     /s/
                                 Amanda Himes
                                 Deputy Clerk