IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:21-cv-2769 (TSC) |
| | ) |
| BENNIE G. THOMPSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE THEIR ANSWER TO THE COMPLAINT

Defendants, with the consent of Plaintiff, hereby seek an extension of time in which to answer the Complaint in this case, until January 21, 2022. In the absence of an enlargement, the Defendants' answers would be due December 20, 2021.

Defendants' motion is supported by good cause. The parties have discussed the possibility that Plaintiff may move to amend his complaint, to incorporate tranches of documents not referenced in the initial complaint. It would conserve time and resources to postpone the answers until an amended complaint, if any, is filed. Further, with the upcoming holiday season and the press of business, Defendants require additional time to complete their answers and obtain their respective clients' consent to file. No party will suffer any prejudice as a result of the requested extension of time, nor will the enlargement affect ongoing proceedings in the appellate courts.

Accordingly, Defendants request that the Court grant this unopposed motion for an extension of time, until January 21, 2022, in which to file their answers.

Dated:  Dec. 15, 2021                           Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO (D.C. Bar 418925)
JAMES J. GILLIGAN
JULIA A. HEIMAN
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12100
Washington, D.C. 20530
Tel: (202) 514-5302
Fax: (202) 616-8470
Email: elizabeth.shapiro@usdoj.gov
*Attorneys for NARA Defendants*


/s/   *Douglas N. Letter*
DOUGLAS N. LETTER (D.C. Bar No. 253492)
General Counsel
TODD B. TATELMAN (VA Bar No. 66008)
ERIC R. COLUMBUS (D.C. Bar No. 487736)
STACIE M. FAHSEL (D.C. Bar. No. 1034314)
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, DC  20515
(202) 225-9700
douglas.letter@mail.house.gov
*Attorneys for Committee Defendants*