# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as former President of the United States,<br><br>Plaintiff,<br><br>v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the Select Committee to Investigate the January 6th Attack on the United States Capitol, United States House of Representatives, *et al.*,<br><br>Defendants. | No. 1:21-cv-2769 (TSC) |

## PROPOSED ORDER

Having considered Defendants' Unopposed Motion for an Extension of time in which to answer the Complaint, it is hereby

**ORDERED** that Plaintiff's Motion is GRANTED.

It is further **ORDERED** that Defendants shall answer the Complaint on or before January 21, 2022.

**Dated:** _____

_____
Hon. Tanya S. Chutkan
United States District Judge