# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-5254**  **September Term, 2021**

**1:21-cv-02769-TSC**

**Filed On: January 19, 2022** [1931385]

Donald J. Trump, in his capacity as the 45th President of the United States,

    Appellant

    v.

Bennie G. Thompson, in his official capacity as Chairman of the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of December 9, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk

Link to the judgment filed December 9, 2021