IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                 *Plaintiff,*<br><br>v.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>                 *Defendants.* | No. 1:21-cv-02769 (TSC) |

## MOTION TO WITHDRAW APPEARANCE OF ANNIE L. OWENS

    I, Annie L. Owens, hereby move to withdraw my appearance on behalf of Defendants in the above-captioned case. Defendants will continue to be represented by the other attorneys who have entered appearances in this case.

                                      Respectfully submitted,

                                      /s/ *Annie L. Owens*
                                      Annie L. Owens (D.C. Bar No. 976604)
                                      INSTITUTE FOR CONSTITUTIONAL
                                      ADVOCACY AND PROTECTION
                                      Georgetown University Law Center
                                      600 New Jersey Avenue NW
                                      Washington, D.C. 20001
                                      Telephone: (202) 662-9042
                                      ao700@georgetown.edu

January 21, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Annie L. Owens*
Annie L. Owens