IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-cv-2769 (TSC) |
| BENNIE G. THOMPSON, *et al.*, | ) |
| Defendants. | ) |

## JOINT MOTION FOR A FURTHER TWO-WEEK EXTENSION OF TIME TO RESPOND THE COMPLAINT

The parties to this matter jointly request a two-week extension of time for Defendants to respond to the current Complaint. In the absence of an extension, Defendants' response is due Friday, January 21, 2022. The Court has granted one prior extension of the response time.

The parties' motion is supported by good cause. In the evening of January 19, 2022, the Supreme Court denied Plaintiff's Application for a Stay of Mandate and Injunction Pending Review. *See* Order No. 21A272, 595 U.S. ___ (2022) (Jan. 19, 2022). The parties have since conferred with respect to Defendants' forthcoming response to the Complaint and the future of the litigation. Given the recent decision from the Supreme Court and the Archivist's subsequent production to the Select Committee of the records at issue in this litigation, the parties agreed that the best course was to defer the Defendants' response so that Plaintiff can determine his next steps.

Accordingly, the parties request that the Court grant this unopposed motion for a two week extension of time, until February 4, 2022, in which to respond to the Complaint.

Dated: Jan. 21, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO (D.C. Bar 418925)
JAMES J. GILLIGAN
JULIA A. HEIMAN
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12100
Washington, D.C. 20530
Tel: (202) 514-5302
Fax: (202) 616-8470
Email: elizabeth.shapiro@usdoj.gov
*Attorneys for NARA Defendants*

/s/ *Douglas N. Letter*
DOUGLAS N. LETTER (D.C. Bar No. 253492)
General Counsel
TODD B. TATELMAN (VA Bar No. 66008)
ERIC R. COLUMBUS (D.C. Bar No. 487736)
STACIE M. FAHSEL (D.C. Bar. No. 1034314)
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, DC 20515
(202) 225-9700
douglas.letter@mail.house.gov
*Attorneys for Committee Defendants*