## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DONALD J. TRUMP, in his capacity
  as former President of the United States,

             Plaintiff,

      v.

BENNIE G. THOMPSON, in his official
  capacity as Chairman of the Select
  Committee to Investigate the January 6th
  Attack on the United States Capitol, United
  States House of Representatives, *et al.*,

             Defendants.

No. 1:21-cv-2769 (TSC)

PROPOSED ORDER

Having considered the Parties' Joint Motion for a Two Week Extension of Time in which to Respond to the Complaint, it is hereby

**ORDERED** that the Motion is GRANTED.

It is further **ORDERED** that Defendants shall respond to the Complaint on or before February 4, 2022.

**Dated: _____**

                     _____
                     Hon. Tanya S. Chutkan
                     United States District Judge