IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-cv-2769 (TSC) |
| BENNIE G. THOMPSON, *et al.*, | ) |
|     Defendants. | ) |

### JOINT MOTION FOR A FURTHER THIRTY DAY EXTENSION OF TIME TO RESPOND THE COMPLAINT

The parties to this matter jointly request a further thirty day extension of time for Defendants to respond to the current Complaint. In the absence of an extension, Defendants' response is due Friday, February 4, 2022. The Court has granted two prior extensions of the response time.

The parties' motion is supported by good cause. The Supreme Court recently denied Plaintiff's Application for a Stay of Mandate and Injunction Pending Review. *See* Order No. 21A272, 595 U.S. ___ (2022) (Jan. 19, 2022). The parties have again conferred with respect to Defendants' forthcoming response to the Complaint and the future of the litigation. Given the decision from the Supreme Court and the Archivist's subsequent production to the Select Committee of the records at issue in this litigation, the parties agreed that the best course was to further defer the Defendants' response for thirty days so that Plaintiff can determine his next steps.

Accordingly, the parties request that the Court grant this unopposed motion for a further thirty day extension of time, until March 7, 2022, in which to respond to the Complaint.

Dated: Feb. 4, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO (D.C. Bar 418925)
JAMES J. GILLIGAN
JULIA A. HEIMAN
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12100
Washington, D.C. 20530
Tel: (202) 514-5302
Fax: (202) 616-8470
Email: elizabeth.shapiro@usdoj.gov
*Attorneys for NARA Defendants*

/s/ *Douglas N. Letter*
DOUGLAS N. LETTER (D.C. Bar No. 253492)
General Counsel
TODD B. TATELMAN (VA Bar No. 66008)
ERIC R. COLUMBUS (D.C. Bar No. 487736)
STACIE M. FAHSEL (D.C. Bar. No. 1034314)
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, DC 20515
(202) 225-9700
douglas.letter@mail.house.gov
*Attorneys for Committee Defendants*