# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DONALD J. TRUMP, in his capacity
as former President of the United States,

Plaintiff,

v.

BENNIE G. THOMPSON, in his official
capacity as Chairman of the Select
Committee to Investigate the January 6th
Attack on the United States Capitol, United
States House of Representatives, *et al.*,

Defendants.

No. 1:21-cv-2769 (TSC)

## PROPOSED ORDER

Having considered the Parties' Joint Motion for a further 30-day Extension of Time in which to Respond to the Complaint, it is hereby

**ORDERED** that the Motion is GRANTED.

It is further **ORDERED** that Defendants shall respond to the Complaint on or before March 7, 2022.

Dated:_____

_____
Hon. Tanya S. Chutkan
United States District Judge