IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:21-cv-2769 (TSC) |
| | ) |
| BENNIE G. THOMPSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT MOTION FOR A FURTHER SIXTY-DAY EXTENSION OF TIME TO RESPOND THE COMPLAINT**

The parties to this matter jointly request a further sixty-day extension of time for Defendants to respond to the current Complaint. In the absence of an extension, Defendants' response is due July 5, 2022. The Court has granted five prior extensions of the response time.

The parties' motion is supported by good cause. The Supreme Court denied Plaintiff's Application for a Stay of Mandate and Injunction Pending Review, *see* Order No. 21A272, 595 U.S. ___ (2022) (Jan. 19, 2022), and on February 22, 2022, the Court denied Plaintiff's petition for certiorari. *See* https://www.supremecourt.gov/orders/courtorders/022222zor_bq7d.pdf. The parties have again conferred with respect to Defendants' forthcoming response to the Complaint and the future of the litigation. The parties agreed that the best course was to maintain the status quo and further defer the Defendants' response for sixty days so that Plaintiff can determine his next steps.

Accordingly, the parties request that the Court grant this unopposed motion for a further sixty-day extension of time, until September 6, 2022, in which to respond to the Complaint.

Dated:  June 30, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO (D.C. Bar 418925)
JAMES J. GILLIGAN
JULIA A. HEIMAN
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12100
Washington, D.C. 20530
Tel: (202) 514-5302
Fax: (202) 616-8470
Email: elizabeth.shapiro@usdoj.gov
*Attorneys for NARA Defendants*


/s/  *Douglas N. Letter*
DOUGLAS N. LETTER (D.C. Bar No. 253492)
General Counsel
TODD B. TATELMAN (VA Bar No. 66008)
ERIC R. COLUMBUS (D.C. Bar No. 487736)
STACIE M. FAHSEL (D.C. Bar. No. 1034314)
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, DC  20515
(202) 225-9700
douglas.letter@mail.house.gov
*Attorneys for Committee Defendants*