# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, in his capacity as former President of the United States,<br><br>Plaintiff,<br><br>v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the Select Committee to Investigate the January 6th Attack on the United States Capitol, United States House of Representatives, *et al.*,<br><br>Defendants. | No. 1:21-cv-2769 (TSC) |

## PROPOSED ORDER

Having considered the Parties' Joint Motion for a further Sixty-Day Extension of Time in which to Respond to the Complaint, it is hereby

**ORDERED** that the Motion is GRANTED. It is further

**ORDERED** that Defendants shall respond to the Complaint on or before November 7, 2022.

**Dated:**_____          _____
                                         Hon. Tanya S. Chutkan
                                         United States District Judge