IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                *Plaintiff*,<br><br>    v.<br><br>BENNIE G. THOMPSON, et al.,<br><br>               *Defendants*. | Case No. 1:21-cv-02769 (TSC) |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Pursuant to Local Rule 83.6(b), I, Eric R. Columbus, currently listed as counsel for Defendants the Honorable Bennie G. Thompson and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol in the above-captioned case, withdraw my appearance as counsel. I am leaving my position in the Office of General Counsel. Please remove my name from the case docket and the electronic filing system. The Defendants will continue to be represented by the other attorneys who have entered appearances in this matter.

                                                 Respectfully submitted,

                                                 */s/ Eric R. Columbus*
                                                 Eric R. Columbus (D.C. Bar No. 487736)
                                                    *Special Litigation Counsel*

                                                 Office of General Counsel
                                                 U.S. House of Representatives
                                                 5140 O'Neill House Office Building
                                                 Washington, D.C. 20515
                                                 (202) 225-9700
                                                 Eric.Columbus@mail.house.gov

January 3, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2023, I caused the foregoing Notice of Withdrawal as Counsel to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Eric R. Columbus*
Eric R. Columbus
