# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>BENNIE G. THOMPSON, *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:21-cv-2769 (TSC) |

## ORDER AND JUDGMENT

Upon consideration of the NARA Defendants' Unopposed Motion to Dismiss the Complaint as Moot, and for good cause shown, the motion is hereby GRANTED. It is therefore

ORDERED that this action be dismissed as moot. This constitutes a final judgment under Federal Rule of Civil Procedure 58.

_____    _____
Date                                                              United States District Judge