UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD J. TRUMP**,<br><br>    Plaintiff,<br><br>  v.<br><br>**BENNIE G. THOMPSON**, *et al.*,<br><br>    Defendants. | Civil Action No. 21-cv-2769 (TSC) |

## ORDER

The NARA Defendants' Unopposed Motion to Dismiss the Complaint as Moot, ECF No. 61, is hereby GRANTED. "If events outrun the controversy such that the court can grant no meaningful relief, the case must be dismissed as moot." *Pulphus v. Ayers*, 909 F.3d 1148, 1152 (D.C. Cir. 2018) (quotation omitted). The National Archives has "completed its production of records responsive to the requests of the House Select Committee to Investigate the January 6th Attack on the United States Capitol," and "the Select Committee officially dissolved with the end of the 117th Congress." ECF No. 61 at 2. All parties "agree that the events described above have rendered this case moot." *Id.* Accordingly, with all parties' consent, it is hereby ORDERED that this action be dismissed as moot. This Order constitutes a final judgment under Federal Rule of Civil Procedure 58.

Date: January 9, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge