IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v.            )<br>)<br>**RYAN SAMSEL,**              )<br>)<br>    **Defendant.**          )<br>) | Criminal No. 1:21-cr-00537-TJK |

**[PROPOSED] ORDER**

Upon consideration of the Parties Motion to Set Status Hearing and Continue Motions Deadline in the above-captioned matter, it is, this ___ day of December, 2021, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that a Status Hearing shell be held on [insert date] at which time the Court shall issue a further Order concerning deadlines in the above-captioned matter.

**SO ORDERED.**

_____
The Honorable Timothy J. Kelly
United States District Court Judge