# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-537 |
| v. : | |
| : | |
| RYAN SAMSEL, : | |
| JAMES TATE GRANT, : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Christopher Amore is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No.481052

*/s/ Christopher Amore*
CHRISTOPHER AMORE
NY Bar No. 5032882
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
555 4th Street, NW,
Washington, D.C. 20530
Telephone No. (973) 902-6904
Christopher. Amore@usdoj.gov

## CERTIFICATE OF SERVICE

On this 21st day of December 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                */s/ Christopher Amore*
                                                Christopher Amore
                                                Assistant United States Attorney