# EXHIBIT A

# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Garner Police Department
**ORI:** NC 0920500
**Case#:** 21-002810
**Date / Time Reported:** 12/07/2021 05:06 Tue
**Last Known Secure:** 12/07/2021 05:05 Tue
**At Found:** 12/07/2021 05:06 Tue
**Location of Incident:** 4380 FAYETTEVILLE RD, Garner NC 27529
**Gang Relat:** NO
**Premise Type:** Restaurant
**Zone/Agency:** 8303, GP

## INCIDENT DATA

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Dwi - Driving While Impaired 2100 | | | | | | |
| #2 | Crime Incident | ( ) | | | | | |
| #3 | Crime Incident | ( ) | | | | | |

## VICTIM

# of Victims: 1   Type: SOCIETY/PUBLIC   Injury:   Domestic: N

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | State Of North Carolina | 1, | | | | | | |

Home Address:   Email:   Home Phone:
Employer Name/Address:   Business Phone:   Mobile Phone:
VYR | Make | Model | Style | Color | Lic/Lis | VIN

CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

## OTHERS INVOLVED

Type:   Injury:
Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status

Type:   Injury:
Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown   ("OJ") = Recovered for Other Jurisdiction

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 77 | EVID | $0.00 | | 1 | DWI BLOOD KIT | | |
| | 19 | SUSP | $1,500.00 | | 1 | FIREARMS AMMUNITION | 223 S&W Mmp | TM60641 |
| | 19 | SUSP | $50.00 | | 60 | FIREARMS AMMUNITION | 223 | |
| | 82 | SUSP | $15,000.00 | | 1 | 2012 SIL , HNGLE NC | VOLV S60 T5 | YV1622FS0C2113703 |

**Officer/ID#:** NESTOR, B. G. (PAT, D) (GP2358)
**Invest ID#:** NESTOR, B. G. (PAT, D) (GP2358)
**Supervisor:** GORMAN, C. (PAT, D) (GP2134)
**Complainant Signature:**
**Case Status:** Cleared By Arrest   12/07/2021
**Case Disposition:**
**Status**
Page 1

R_CS1IBR   Printed By: GPD2248,   Sys#: 274026   12/16/2021 10:03

## INCIDENT/INVESTIGATION REPORT

*Garner Police Department*

Case # *21-002810*

| Status Codes | 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Assisting Officers**

Suspect Hate / Bias Motivated:

**NARRATIVE**

| Garner Police Department | | | OCA 21-002810 |
|---|---|---|---|
| Victim Society | | Offense DWI - DRIVING WHILE IMPAIRED | Date / Time Reported Tue 12/07/2021 05:06 |

REPORTING OFFICER NARRATIVE

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

SYNOPSIS:

This report is in reference to an intoxicated driver and a mental commitment. The incident occurred on 12/7/2021 at approximately 0506 hours at 4380 Fayetteville Rd. Garner, NC (PVA of Dennys). James Grant was operating a motor vehicle under the influence of an impairing substance(s). James made statements such as, "Just kill me now" and "It`s over." James was in possession of an Assault Rifle, ammunition, weapon accessories, and fatigues.

NCIC:

Raleigh Communications Telecommunicator Clark (ID# 4170) entered the firearm as "recovered."

MKE/RECOVERED GUN
ORI/NC0920500 SER/TM60641 MAK/SW CAL/223 MOD/MMP
TYP/RI DOR/20211207
OCA/21002810
NOA/N
MIS/AMERICAN FLAG DECAL ON GUN
NIC/G365525047 DTE/20211207 1637 EST DLU/20211207 1637 EST
ORI IS GARNER PD 919 772-8810

# Incident Report Suspect List

**Garner Police Department**

OCA: 21-002810

## 1

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| GRANT, JAMES TATE | | |

**Business Address**

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| | 29 | W | M | N | 510 | 150 | BRO | GRN | LGT | |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes _____  Physical Char

## Incident Report Related Vehicle List

**Garner Police Department**

OCA: *21-002810*

| # | VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|
| 1 | 2012 VOLV, S60 T5 | 4S | SIL | HNGLE NC 2022 | YV1622FS0C2113703 |

| IBR Status | Date | Location |
|---|---|---|
| Suspect | 12/07/2021 | 4380 FAYETTEVILLE RD, GARNER NC |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
|  | $15,000.00 | 90D | Locally |  |  |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| Grant, Harold Neil |  | ▮▮▮ |

| Business Address |
|---|
|  |

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| ▮▮▮ | 67 | W | M | 600 |  |  |

Notes

## Incident Report Related Property List

**Garner Police Department**

OCA: *21-002810*

| # | Property Description | | Make | Model | Caliber |
|---|---|---|---|---|---|
| 1 | **DWI BLOOD KIT** | | | | |
| | Color: *White* | Serial No. | Value: *$0.00* | Qty: *1.000* | Unit | Jurisdiction: *Locally* |
| | Status: *Evidence* | Date: *12/07/2021* | NIC # | State # | Local # | OAN |
| | Name (Last, First, Middle): **Grant, James Tate** | | | DOB: [redacted] | Age: *29* | Race: *W* | Sex: *M* |

Notes

| # | Property Description | | Make | Model | Caliber |
|---|---|---|---|---|---|
| 2 | **FIREARMS/AMMUNITION** | | *S&W* | *MMP* | *223* |
| | Color: *Black* | Serial No.: *TM60641* | Value: *$1,500.00* | Qty: *1.000* | Unit | Jurisdiction: *Locally* |
| | Status: *Suspect* | Date: *12/07/2021* | NIC # | State # | Local # | OAN |
| | Name (Last, First, Middle): **Grant, James Tate** | | | DOB: *07/05/1992* | Age: *29* | Race: *W* | Sex: *M* |

Notes

| # | Property Description | | Make | Model | Caliber |
|---|---|---|---|---|---|
| 3 | **FIREARMS/AMMUNITION** | | | | *223* |
| | Color: *Gold* | Serial No. | Value: *$50.00* | Qty: *60.000* | Unit | Jurisdiction: *Locally* |
| | Status: *Suspect* | Date: *12/07/2021* | NIC # | State # | Local # | OAN |
| | Name (Last, First, Middle): **Grant, James Tate** | | | DOB: [redacted] | Age: *29* | Race: *W* | Sex: *M* |

Notes

# CASE SUPPLEMENTAL REPORT

Printed: *12/16/2021  10:03*

Garner Police Department

OCA: **21002810**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *CLEARED BY ARREST*  **Occurred:** *12/07/2021*

**Offense:** *DWI - DRIVING WHILE IMPAIRED*

**Investigator:** *GRICE, S. P. (GP2248)*  **Date / Time:** *12/09/2021 11:18:18, Thursday*
**Supervisor:** *LAWRENCE, B. (GP1441)*  **Supervisor Review Date / Time:** *12/09/2021 14:32:29, Thursday*
**Contact:**  **Reference:** *Additional Information*

E-Trace Submission:

Etrace was submitted on the Smith & Wesson M&P15 rifle. The etrace confirmation ID # T20210542599. A copy of the etrace will be filed with the voucher. [12/09/2021 11:19, GPD2248, 6399, GPD]

Investigator Signature

Supervisor Signature

r_supp3

Page 7

CASE SUPPLEMENTAL REPORT   Printed: 12/16/2021 10:03

Garner Police Department                                                OCA: **21002810**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *CLEARED BY ARREST*  **Occurred:** *12/07/2021*
**Offense:** *DWI - DRIVING WHILE IMPAIRED*

**Investigator:** *GRICE, S. P. (GP2248)*  **Date / Time:** *12/15/2021 13:06:53, Wednesday*
**Supervisor:** *LAWRENCE, B. (GP1441)*  **Supervisor Review Date / Time:** *12/15/2021 16:41:45, Wednesday*
**Contact:**  **Reference:** *Additional Information*

E-Trace Results:

E-TRACE RESULTS- SMITH & WESSON M&P 15 RIFLE

Purchaser:  James Tate Grant

DOB:
NCDL: 33444540
Purchased: 4/28/2021

Dealer:  Fuquay Gun & Gold
1602 North Main St.
Fuquay Varina, NC 27526
(919) 552-4945

A copy will be filed with the voucher and uploaded in RMS. A copy has been sent to the investigating officer.

[12/15/2021 13:11, GPD2248, 6399, GPD]

Investigator Signature                                                                 Supervisor Signature

Page 8

# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Garner Police Department
**ORI:** NC 0920500
**Case#:** 21-002811
**Date / Time Reported:** 12/07/2021 05:06 Tue
**Last Known Secure:** 12/07/2021 05:05 Tue
**At Found:** 12/07/2021 05:06 Tue

**Location of Incident:** 4380 FAYETTEVILLE RD, Garner NC 27529
**Gang Relat:** NO
**Premise Type:** Parking/drop
**Zone/Agency:** 8303, GP

## INCIDENT DATA

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| 1 | Non-criminal Detainment (involuntary Commitment) - 4040 | | | | | | |
| 2 | Crime Incident | ( ) | | | | | |
| 3 | Crime Incident | ( ) | | | | | |

## VICTIM

**# of Victims:** 1
**Type:** SOCIETY/PUBLIC
**Injury:**
**Domestic:** N

**V1** Victim/Business Name: State Of North Carolina
**Victim of Crime #:** 1

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

---

**Officer/ID#:** NESTOR, B. G. (PAT, D) (GP2358)
**Invest ID#:** NESTOR, B. G. (PAT, D) (GP2358)
**Supervisor:** GORMAN, C. (PAT, D) (GP2134)
**Case Status:** Inactive   12/08/2021
**Case Disposition:**

Page 1

R_CS1IBR   Printed By: GPD2248,   Sys#: 274074   12/16/2021 10:03

## INCIDENT/INVESTIGATION REPORT

**Garner Police Department**

Case # *21-002811*

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

NARRATIVE

# REPORTING OFFICER NARRATIVE

| | | |
|---|---|---|
| Garner Police Department | | OCA<br>21-002811 |
| Victim<br>Society | Offense<br>NON-CRIMINAL DETAINMENT | Date / Time Reported<br>Tue 12/07/2021 05:06 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

## SYNOPSIS:

This report is in reference to an intoxicated driver and a mental commitment. The incident occurred on 12/7/2021 at approximately 0506 hours at 4380 Fayetteville Rd. Garner, NC (PVA of Dennys). James Grant was operating a motor vehicle under the influence of an impairing substance(s). James made statements such as, "Just kill me now" and "It`s over." James was in possession of an Assault Rifle, ammunition, weapon accessories, and fatigues.

## OFFICER INVESTIGATION:

On 12/7/2021 at approximately 0506 hours, I, Officer B.G. Nestor responded to Denny`s in reference to a Suicide Threat. While pulling into the PVA, I observed a silver in color passenger vehicle pulling out of the PVA. The driver, James Grant, put his hand out the window and appeared to be trying to get my attention. I was unsure if Grant was an employee, the caller, a witness, or the person in question. I stopped my vehicle and greeted Grant. Grant said "They probably called on me" and went on to explain his involvement in the "January 6th incident." Grant stated, "When you run my name you will see."

After making contact with Grant, a I initiated a DWI investigation as he appeared impaired. Please see 21002810 for further details.

Grant was in possession of an AR-15, hundreds of rounds of ammunition, weapon accessories, and fatigues. When I took Grant into custody he attempted to flee and then dropped to the ground. Grant said, "Just kill (or shoot) me now!" Grant then said, "It`s over" and expressed feelings of hopelessness.

Due to Grant`s comments and surrounding circumstances, Officer Lambert transported him to Wake Med in Raleigh as an Emergency Commitment.

I completed a CIT form and submitted same.

| | | | |
|---|---|---|---|
| Reporting Officer: NESTOR, B. G.<br>R_CS3NC | Printed By: GPD2248, | 12/16/2021 10:03 | Page 3 |

## Incident Report Suspect List

**Garner Police Department**　　　　　　　　　　　　　　　　　OCA: 21-002811

| # | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 1 | GRANT, JAMES TATE | | [redacted] |
| | Business Address | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 29 | W | M | N | 510 | 150 | BRO | GRN | LGT | [redacted] |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | Drs | Style | Color | | Lic/St | | VIN |

Notes　　　　　　　　　　　　　　　　　　　Physical Char

R_CS8IBR　　　　Printed By: GPD2248,　　12/16/2021 10.03　　　　Page 4