UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. |
| : | |
| v. : | |
| : | VIOLATIONS: |
| RYAN SAMSEL : | 18 U.S.C. §§ 231(a)(3), and 2 |
| JAMES TATE GRANT : | (Civil Disorder) |
| PAUL RUSSELL JOHNSON : | 18 U.S.C. §§ 111(a)(1) and (b), and 2 |
| STEPHEN CHASE RANDOLPH : | (Assaulting, Resisting, or Impeding |
| JASON BENJAMIN BLYTHE : | Certain Officers Using a Deadly or |
| : | Dangerous Weapon and Inflicting Bodily |
| Defendants. : | Injury) |
| : | 18 U.S.C. § 111(a)(1) |
| : | (Assaulting, Resisting, or Impeding |
| : | Certain Officers) |
| : | 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) |
| : | (Entering and Remaining in a Restricted |
| : | Building or Grounds with a Deadly or |
| : | Dangerous Weapon) |
| : | 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) |
| : | (Disorderly and Disruptive Conduct in a |
| : | Restricted Building or Grounds with a |
| : | Deadly or Dangerous Weapon) |
| : | 18 U.S.C. §§ 1752(a)(4), (b)(1)(A), |
| : | (b)(1)(B), and 2 |
| : | (Engaging in Physical Violence in a |
| : | Restricted Building or Grounds with a |
| : | Deadly or Dangerous Weapon and |
| : | Resulting in Significant Bodily Injury) |
| : | 40 U.S.C. § 5104(e)(2)(D) |
| : | (Disorderly Conduct in the Capitol |
| : | Grounds or Buildings) |
| : | 40 U.S.C. §§ 5104(e)(2)(F), and 2 |
| : | (Act of Physical Violence in the Capitol |
| : | Grounds or Buildings) |
| : | 18 U.S.C. §§ 1512(c)(2), and 2 |
| : | (Obstruction of an Official Proceeding) |
| : | 40 U.S.C. § 5104(e)(2)(C) |
| ; | (Entering and Remaining in Certain |
| : | Rooms in the Capitol Building) |
| : | 40 U.S.C. § 5104(e)(2)(G) |

5

:   **(Parading, Demonstrating, or Picketing in**
:   **a Capitol Building)**
:
:

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal indictmetn, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the indictment and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date: 01/12/2022

                                                                     _____
                                                                     G. MICHAEL HARVEY
                                                                     UNITED STATES MAGISTRATE JUDGE