AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-cr-00537 |
| JASON BENJAMIN BLYTHE | ) Assigned To : Kelly, Timothy J. |
| | ) Assign. Date : 01/13/2022 |
| | ) Description: Superseding Indictment (B) |
| Defendant | ) Case Related to 21-cr-537 (TJK) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JASON BENJAMIN BLYTHE
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3), 2 (Civil Disorder);18 U.S.C. §§ 111(a)(1) and (b), 2 (Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon and Inflicting Bodily Injury); 18 U.S.C. § 111(a)(1) and (b), 2 (Assaulting, Resisting, or Impeding Certain Officers); 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) (Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A), (b)(1)(B), 2 (Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon and Resulting in Significant Bodily Injury); 40 U.S.C. § 5104(e)(2)(D),(Disorderly Conduct in the Capitol Grounds or Buildings); 40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings);18 U.S.C. §§ 1512(c)(2), 2

Date: 01/12/2022                        *Issuing o*                        G. Michael Harvey
                                                                           2022.01.12 18:03:07 -05'00'
                                                                           *Signature*

City and state:  Washington D.C.                              G. Michael Harvey
                                                              *Printed name and title*

### Return

This warrant was received on *(date)* 1/18/22, and the person was arrested on *(date)* 1/24/22
at *(city and state)* Fort Worth, TX.

Date: 1/24/22                                        _____
                                                     *Arresting officer's signature*

                                                     Michael Phillips, Special Agent
                                                     *Printed name and title*