

# EXHIBIT 1

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 3:21-sw- 47
Paul Russell Johnson, ▮▮▮▮▮▮▮▮▮▮, )
▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Mobile Devices )
in Possession of Paul Johnson and ▮▮▮▮ )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location):*
See Affidavit and Attachment A, fully incorporated by reference herein

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, fully incorporated by reference herein

**YOU ARE COMMANDED** to execute this warrant on or before _____April 26, 2021_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Elizabeth W. Hanes, U.S. Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   04/12/2021 4:00 pm                    /s/ ▮▮▮
                                                              Elizabeth W. Hanes
                                                              United States Magistrate Judge
City and state:   Richmond, Virginia                          Elizabeth W. Hanes, U.S. Magistrate Judge
                                                              *Printed name and title*

1

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

**Case No.:** 3:21-sw-47

**Date and time warrant executed:** 4/13/2021 @ 6:15 AM

**Copy of warrant and inventory left with:** [redacted]

**Inventory made in the presence of:** SA [redacted] SULLIVAN AND SA [redacted] JONES

**Inventory of the property taken and name(s) of any person(s) seized:**

SEE ATTACHED FD-597, RECEIPT OF PROPERTY

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/13/2021

Executing officer's signature

SPECIAL AGENT [redacted] MALDONADO
Printed name and title

2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) April 13, 2021

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) ███████████

(Street Address) ███████████

(City) ███████████

Description of Item(s): Red Wool hat; Explore One HD Camera; Camoflauge pants x 2; Ear piece and black Midland walkie-talkie with charger; Explore one HD camera with mount, ladies sunglasses, asp with case, Pyle black megaphone, urination device in gray bag; goggles; black backpack with patches and "Stop the Steal" stickers; Trump scarf; Black vest plate carrier; black motorola phone; black hat "more trees less assholes"; (3) Walkie Talkies - 2 green, 1 blue; can of black mace pepper spray with handle; black idea center Lenova with keyboard and mouse

No Further Entries

Received By: _____ (Signature)

Received From: ███████ (Signature)

3