# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Case No. 21-cr-332-PLF |
| **PAUL RUSSELL JOHNSON,** *et al.*, | : | |
| **Defendants.** | : | |

## [PROPOSED] ORDER

It is hereby ORDERED on this _____ day of _____ 2021 that the Defendant Paul Russell Johnson's Motion to Suppress Electronic Evidence or, in the Alternative, to Appoint Special Master is GRANTED. Accordingly,

(1) all electronic evidence illegally seized pursuant to the April 12, 2021 Search Warrant is SUPPRESSED; OR

(2) a Special Master is APPOINTED to review all electronic evidence seized pursuant to the April 12, 2021 Search Warrant for potential privilege.

**IT IS SO ORDERED.**

Date: _____, 2021         _____
                                        PAUL L. FRIEDMAN
                                        United States District Judge