# EXHIBIT 1

[redacted]

## Legend

- Area County Boundaries
- School Districts
- Parks
- School Board Properties
- Parcels
- Hooks
- Subdivisions
- Tax Map 600 Scale Grid

### Routes

- INTERSTATE
- US HIGHWAY
- [redacted] PRIMARY
- [redacted] SECONDARY
- PRIVATE
- PAPER
- INSTITUTIONAL PROPERTY
- ISFR
- RAMP
- CROSSOVER

### Roads

- INTERSTATE
- US HIGHWAY
- [redacted] PRIMARY
- [redacted] SECONDARY
- PRIVATE
- PAPER
- INSTITUTIONAL PROPERTY
- ISFR
- RAMP
- CROSSOVER
- Driveway
- Ancillary Roads

### Site Addresses

- Certificate of Occupancy Issued
- No Certificate of Occupancy Issued

Feet

0 25 50 75 100

1:1,128 / 1"=94 Feet

**Title:**

**Date: 12/9/2021**

*DISCLAIMER: This drawing is neither a legally recorded map nor a survey and is not intended to be used as such. The information displayed is a compilation of records, information, and data obtained from various sources, and* [redacted] *is not responsible for its accuracy or how current it may be.*

