**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Case No. 21-cr-332-JMC** |
| **PAUL RUSSELL JOHNSON,** *et al.,* | : | |
| **Defendants.** | : | |

**[PROPOSED] ORDER**

It is hereby ORDERED on this _____ day of _____ 2022 that the Defendant Paul Russell Johnson's Motion to Suppress Electronic Evidence or, in the Alternative, to Appoint Special Master is GRANTED. Accordingly,

(1) all evidence illegally seized from Address-2 is SUPPRESSED; and

(2) all electronic evidence illegally seized pursuant to the April 12, 2021 Search Warrant  is SUPPRESSED; OR

(3) a Special Master is APPOINTED to review all electronic evidence seized pursuant to the April 12, 2021 Search Warrant for potential privilege.


**IT IS SO ORDERED.**


Date: _____, 2022          _____
                                      Jia M. Cobb
                                      United States District Judge