**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA    **:**

                                        **:**

       **v.**                        **:**         **Case No. 21-cr-537-JMC-5**

                                        **:**

JASON BENJAMIN BLYTHE     **:**

                                        **:**

       **Defendant.**      **:**

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

                             Respectfully submitted,

                             MATTHEW M. GRAVES
                             UNITED STATES ATTORNEY
                             D.C. Bar Number 481052

By:           /s/
             Hava Mirell
             Assistant United States Attorney
             CA Bar No. 311098
             312 N. Spring St., Suite 1100
             Los Angeles, CA 90012
             (213) 894-0717
             Hava.Mirell@usdoj.gov