# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-cr-537-JMC-3 |
| | : | |
| PAUL RUSSELL JOHNSON, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES OF AMERICA'S MOTION TO FILE UNDER SEAL EXHIBITS TO THE GOVERNMENT'S OPPOSITION TO PAUL RUSSELL JOHNSON'S REPLY AND SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO SUPPRESS ELECTRONIC EVIDENCE OR, IN THE ALTERNATIVE, TO APPOINT A SPECIAL MASTER

The United States of America hereby moves this Court for an order granting the Government permission to file, under seal, three exhibits to its Opposition to Defendant Paul Russell Johnson's Reply and Supplemental Brief In Support Of Motion to Suppress Electronic Evidence Or, in the Alternative, to Appoint a Special Master. (ECF Nos. 97 & 98). The exhibits contain personal identifying information, including photographs, records, and maps of the defendant's residence, that cannot be reasonably redacted without affecting the exhibits' comprehensibility.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        DC Bar No. 481052

By:   /s/ Hava Mirell
          HAVA MIRELL
          CA Bar No. 311098
          Assistant United States Attorney - Detailee
          United States Attorney's Office
          for the District of Columbia
          (213) 894-0717
          Hava.Mirell@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 11th day of February 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Hava Mirell*
HAVA MIRELL
CA Bar No. 311098
Assistant United States Attorney - Detailee
United States Attorney's Office
for the District of Columbia
(213) 894-0717
Hava.Mirell@usdoj.gov