UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-537 (JMC) |
| : | |
| RYAN SAMSEL, et al., : | |
| : | |
| Defendants. : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its February 24, 2022 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendants.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ Hava Mirell
HAVA MIRELL
Assistant United States Attorney, Detailee
CA Bar No. 311098
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(213) 894-0717
Hava.Mirell@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 24th day of February, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                  */s/ Hava Mirell*
                                                  Hava Mirell
                                                  Assistant United States Attorney
                                                  Detailee