IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>RYAN SAMSEL,<br>JAMES TATE GRANT,<br>PAUL RUSSELL JOHNSON,<br>STEPHEN CHASE RANDOLPH, and<br>JASON BENJAMIN BLYTHE,<br><br>   Defendants | Case No. 1:21-cr-00537-JMC |

## NOTICE OF APPEARANCE

NOW COMES the United States of America, through undersigned counsel, and gives notice that undersigned counsel, Karen Rochlin, Assistant U.S. Attorney, hereby enters her appearance on behalf of the United States.

Dated: February 25, 2022

                                                    Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  UNITED STATES ATTORNEY
                                                  D.C. Bar No. 481052

                                                  */s/ Karen Rochlin*
                                                  KAREN ROCHLIN
                                                  DC Bar No. 394447
                                                  Assistant United States Attorney Detailee
                                                  U.S. Attorney's Office
                                                  Southern District of Florida
                                                  99 N.E. 4th Street
                                                  Miami, Florida  33132
                                                  (786) 972-9045
                                                  Karen.Rochlin@usdoj.gov