UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 21-cr-537 (JMC) - 4 |
| | ) |
| STEPHEN CHASE RANDOLPH, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Angela Halim, Esquire, on behalf of the defendant, Stephen Chase Randolph, in the above-captioned matter.

Respectfully submitted,

Angela Halim


/s/ *Angela Halim*
_____
Angela Halim, Esq.
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA 19129
(215) 300-3229
angiehalim@gmail.com