UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL RUSSELL JOHNSON, et al.,<br><br>Defendants. | Case No. 1:21-cr-00537-JMC |

**JOINT NOTICE PURSUANT TO THE COURT'S
FEBRUARY 25, 2022 MINUTE ORDER**

Through their respective undersigned counsel, and pursuant to this Court's February 25, 2022 Minute Order, the above-captioned parties hereby give notice as follows concerning the March 17, 2022 suppression hearing set in the above-captioned case:

1. The defense anticipates calling the following Special Agents from the Federal Bureau of Investigation (FBI): Desirae Maldonado, David Mitchell, and Stacey Sullivan. The defense expects to call two additional witnesses who are not agents.

2. The United States anticipates calling FBI Special Agents David Mitchell, Stacey Sullivan, and James Faulkner.

3. The parties estimate that the evidentiary portion of the hearing will last as long as four hours.

Respectfully submitted,

FOR THE DEFENSE:                              FOR THE UNITED STATES:

  /s/                                                         MATTHEW M. GRAVES
Kobie Flowers (Bar No. 991403)          UNITED STATES ATTORNEY

1

BROWN, GOLDSTEIN & LEVY, LLP
1717 K Street, NW, Suite 900
Washington, DC 20006
Tel: (202) 742-5969
Fax: (202) 742-5948
kflowers@browngold.com

Monica Basche (Bar No. MD0105)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland  21202
Tel: (410) 962-1030
mbasche@browngold.com

D.C. Bar No. 481052

By: */s/ Hava Mirell*
HAVA MIRELL
ASSISTANT U.S. ATTORNEY DETAILEE
CA Bar No. 311098
555 Fourth Street, NW
Washington, DC  20530
(213) 894-0717
Hava.Mirell@usdoj.gov


 */s/ Karen Rochlin*
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132
(786) 972-9045
Karen.Rochlin@usdoj.gov