Gmail

E&E Tree Services ◄ ██████████████

**Smartlink**

**Tanya Smith** ◄ ████████████                                    Sat, Mar 5, 2022 at 9:38 AM
To: E&E Tree Services ◄ ████████████

Check to see if the app has an update. Apparently one was pushed out on the 24th. I asked if they send a message about the updates but that is still unclear. If that doesn't work, you may have to uninstall and then reinstall.

Sent from my iPhone

> On Mar 5, 2022, at 7:05 AM, E&E Tree Services ◄ ████████████████ wrote:
>
> **CAUTION - EXTERNAL:**
>
> Good morning Ms smith, I having issues logging in, it won't take my pass code. Here a screen shot of what it says.
> **CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**



Enter your username and password.

pjnkva@icloud.com

Password

## Error

An invalid request URI was provided. The request URI must either be an absolute URI or BaseAddress must be set.

OK



Reset Password

4.7.6





**Screenshot_20220305-070421.jpg**
186K

 **Gmail**

E&E Tree Services < ██████████████████ >

# Checking in
2 messages

---

**E&E Tree Services** < ████████████████ >                                      Wed, Feb 23, 2022 at 6:11 PM
To: Tanya Smith < ████████████████████ >

Hey Ms. Smith, hope all is well. I'm just reaching out to see if you are able to drop in tomorrow? Just let me know cause I am going to go to work but if you want to stop by I can wait up for you. Just let me know what I need to do and we will go from there.

---

**Tanya Smith** < ████████████████ >                                          Thu, Feb 24, 2022 at 6:27 AM
To: E&E Tree Services < ████████████████ >

Good morning,


Thanks for checking in but I am in the office today.  I may try one day this weekend.


Tanya L. Smith, Senior US Probation Officer

Location Monitoring Specialist

████████████████████████

████████████████

██████████████


"THIS TOO SHALL PASS"

*Even the day after tomorrow will one day be yesterday*

---

**From:** E&E Tree Services < ████████████████████ >
**Sent:** Wednesday, February 23, 2022 7:12 PM

**To:** Tanya Smith <██████████████████████>
**Subject:** Checking in

**CAUTION - EXTERNAL:**

Hey Ms. Smith, hope all is well. I'm just reaching out to see if you are able to drop in tomorrow? Just let me know cause I am going to go to work but if you want to stop by I can wait up for you. Just let me know what I need to do and we will go from there.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



**E&E Tree Services** <█████████████████████>

## Smartlink

**Tanya Smith** <██████████████████████>                              Wed, Feb 2, 2022 at 6:55 AM
To: E&E Tree Services <████████████████████>

Thanks for the update.  Let me know what happens with the app.


Tanya L. Smith, Senior US Probation Officer

Location Monitoring Specialist

███████████████████████

██████████████████

████████████


"THIS TOO SHALL PASS"

*Even the day after tomorrow will one day be yesterday*

---

**From:** E&E Tree Services <███████████████████>
**Sent:** Wednesday, February 2, 2022 7:50 AM
**To:** Tanya Smith <████████████████████>
**Subject:** Smartlink


**CAUTION - EXTERNAL:**


Good morning Ms. Smith, so yesterday day and this morning I received a missed checkin alert with no other alerts prior. I did have to update my phone Monday and it seems a few apps are still loading, I'm not sure. I just wanted to update you but if I have anymore problems I'll let you know.  Have a great day!

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

 **Gmail**

E&E Tree Services < ██████████████ >

## Smartlink
2 messages

---

**E&E Tree Services** < █████████████ >                                                    Wed, Feb 2, 2022 at 6:50 AM
To: Tanya Smith < ████████████████ >

Good morning Ms. Smith, so yesterday day and this morning I received a missed checkin alert with no other alerts prior. I did have to update my phone Monday and it seems a few apps are still loading, I'm not sure. I just wanted to update you but if I have anymore problems I'll let you know.  Have a great day!

---

**Tanya Smith** < █████████████ >                                                          Wed, Feb 2, 2022 at 6:55 AM
To: E&E Tree Services < ████████████ >

Thanks for the update.  Let me know what happens with the app.


Tanya L. Smith, Senior US Probation Officer

Location Monitoring Specialist

████████████████████

██████████████

████████████


"THIS TOO SHALL PASS"

*Even the day after tomorrow will one day be yesterday*


---

**From:** E&E Tree Services < ████████████████ >
**Sent:** Wednesday, February 2, 2022 7:50 AM
**To:** Tanya Smith < ████████████████ >
**Subject:** Smartlink

**CAUTION - EXTERNAL:**

Good morning Ms. Smith, so yesterday day and this morning I received a missed checkin alert with no other alerts prior. I did have to update my phone Monday and it seems a few apps are still loading, I'm not sure. I just wanted to update you but if I have anymore problems I'll let you know.  Have a great day!

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

 **Gmail**

E&E Tree Services < ██████████████ >

---

## Missed test
2 messages

---

**Tanya Smith** < ██████████████ >          Mon, Dec 27, 2021 at 4:22 PM
To: E&E Tree Services < ██████████████ >

Good afternoon,

I hope you and the family had a great holiday.  Quick question, you missed your 1:00 check in yesterday, what was going on?


Tanya L. Smith, Senior US Probation Officer

Location Monitoring Specialist

██████████████████

████████████

███████


"THIS TOO SHALL PASS"

*Even the day after tomorrow will one day be yesterday*

---

**E&E Tree Services** < ██████████████ >          Mon, Dec 27, 2021 at 5:52 PM
To: Tanya Smith < ██████████████ >

Hey Ms. Smith, we had a great Christmas and hope you did the same. So yesterday I had loading issues and by the time it loaded it had already sent me checkins while It was trying to load my photo. Also early morning on the 21st at 2:00am I onyy got one notification saying  I missed my checkin but was never given the first checkin status. The 26th I also had problems with it loading aswell and again today. It's hit and miss though, it's not everytime I get a checkin. I'll send over the screen shots of the early morning missed checkin and also of the past few times its messed up. I try to screen shot them now so I can keep track of them. If there's any questions please reach out and let me know. Thanks again Ms. Smith.
[Quoted text hidden]

---

**14 attachments**



**Screenshot_20211221-064814_One UI Home.jpg**
438K



**Screenshot_20211227-115337.jpg**
118K





**Screenshot_20211227-111456.jpg**
323K



**Screenshot_20211227-111353.jpg**
153K


**Screenshot_20211226-131407.jpg**
208K


**Screenshot_20211226-131312.jpg**
151K


**Screenshot_20211221-064814_One UI Home.jpg**
438K


**Screenshot_20211221-190157.jpg**
47K

**Screenshot_20211221-190334.jpg**



347K



**Screenshot_20211221-190452.jpg**
346K



**Screenshot_20211221-191723_One UI Home.jpg**
467K



**Screenshot_20211221-191907.jpg**
40K

 **Screenshot_20211221-192024.jpg**

50K

 **Screenshot_20211221-192055.jpg**
51K



E&E Tree Services <████████████████████████>

## Smartlink issues

**E&E Tree Services** <████████████████████>         Tue, Dec 21, 2021 at 6:31 PM
To: Tanya Smith <████████████████████>

Hey Tanya, hope all is well, so last night at 2:00am I got a missed checkin notice and that's it I never got to attempt to take a photo. Then now it's having loading issues I fi ally got it to take the photo but a few mi s later I got a checking before it to late. I'm just reaching out to let you know and I'll also send over screen shots as well, but other than that since the new upload it's been working fine. Thanks again, have a great night and if I need to do anything just let me know.

**11 attachments**



**Screenshot_20211221-190141.jpg**
125K



**Screenshot_20211221-190157.jpg**
47K

**Screenshot_20211221-190321.jpg**
273K







**Screenshot_20211221-190334.jpg**
347K



**Screenshot_20211221-190432.jpg**
319K





**Screenshot_20211221-190452.jpg**
346K

**Screenshot_20211221-191723_One UI Home.jpg**

467K





**Screenshot_20211221-191907.jpg**
40K



**Screenshot_20211221-192055.jpg**
51K



**Screenshot_20211221-192024.jpg**
50K



**Screenshot_20211221-064814_One UI Home.jpg**

438K



 Gmail

E&E Tree Services < ███████████ >

## Issues with smartlink
1 message

**E&E Tree Services** < ███████████ >                                    Thu, Dec 16, 2021 at 7:57 AM
To: Tanya Smith ███████████

Rebooted phone and still having the same problem.

 **Screenshot_20211216-085657.jpg**
363K

 **Gmail**

E&E Tree Services < ▅▅▅▅▅▅▅▅▅▅ >

# Issue with smartlink
1 message

**E&E Tree Services** < ▅▅▅▅▅▅▅▅▅▅ >                                    Thu, Dec 16, 2021 at 6:24 AM
To: Tanya Smith < ▅▅▅▅▅▅▅▅▅▅ >

It will not accept my photo.

---

### 3 attachments


**Screenshot_20211216-072345_Maps.jpg**
351K


**Screenshot_20211216-072246.jpg**
369K


**Screenshot_20211216-072221.jpg**
391K

3/15/22, 7:02 AM
United States Postal Service Mail - Issue with authorized link
Case 1:21-cr-00537-JMC Document 125-1 Filed 03/16/22 Page 22 of 36



 **E&E Tree Services** <███████████████████

## Checkins
1 message

**E&E Tree Services** <██████████████████                                Fri, Dec 3, 2021 at 8:29 PM
To: Tanya Smith <██████████████████

    Hey Ms. Smith, not sure if something is up with the smart link or what but I feel like it hasn't went off in the usual time. Just reaching out incase there's a issue.
Thanks again and if I need to do anything please let me know.

 **Gmail**

E&E Tree Services <███████████████████>

# Last night check in
1 message

**E&E Tree Services** <███████████████>                              Wed, Dec 1, 2021 at 6:26 AM
To: Tanya Smith <███████████████████>

Hey Ms.Smith, so last night my phone was on airplane mode and I woke up from a nap and noticed it. My apologies but wanted to reach out and let you know why but I did take a pic once it said it was missed. Thanks again.



E&E Tree Services < ██████████████ >

---

## Home visit
2 messages

---

**Tanya Smith** < ██████████████ >                                          Sun, Nov 28, 2021 at 5:58 PM
To: E&E Tree Services < ██████████████ >

Good evening Mr. Johnson,

I just wanted to remind you that I will be by the house in the morning; probably around 7:00am. I will get a test and any of the contracts for work that you have available.

Sent from my iPhone

---

**E&E Tree Services** < ██████████████ >                                     Sun, Nov 28, 2021 at 6:52 PM
To: Tanya Smith < ██████████████ >

Yes ma'am. See you then.

[Quoted text hidden]

3/15/22, 7:07 AM
E&E Tree Services Mail - Sat schedule and pics from app
Case 1:21-cr-00537-JMC   Document 125-1 - Filed 03/16/22   Page 26 of 36

 Gmail

**E&E Tree Services <** ██████████████ **>**

# Sat schedule and pics from app
1 message

**E&E Tree Services <** ████████████ **>**                                    Wed, Nov 24, 2021 at 6:42 AM
To: Tanya Smith < ████████████████ >

Good morning Tanya, so sat was the boys championship game at freemans high school. I also checked a job at 1502 Wallace street richmond after the game.

Here are pics of the app from yesterday .

**11 attachments**



**Screenshot_20211123-125216.jpg**
303K



**Screenshot_20211123-125302.jpg**
50K

**Screenshot_20211123-125803.jpg**
305K





**Screenshot_20211123-125819.jpg**
361K



**Screenshot_20211123-125908.jpg**
82K



**Screenshot_20211123-130539.jpg**
59K

**Screenshot_20211123-130718.jpg**


301K


**Screenshot_20211123-130734.jpg**
358K


**Screenshot_20211123-130812.jpg**
61K


**Screenshot_20211123-130821.jpg**
57K

**Screenshot_20211123-130845.jpg**

3/15/22, 7:07 AM



57K

3/15/22, 7:07 AM
E&E Tree Services Mail - Problems with app
Case 1:21-cr-00537-JMC   Document 125-1   Filed 03/16/22   Page 30 of 36

 **Gmail**

E&E Tree Services < ██████████████ >

---

## Problems with app

5 messages

---

**E&E Tree Services** < ██████████████ >                     Tue, Nov 23, 2021 at 12:06 PM
To: Tanya Smith < ██████████████ >

Hey Ms.smith, I having issues with the app loading up for me, once it loaded up I would take another pic and doesn't seem like it's sending. It says socket closed after I take the pic. But I'm at home working today so you know and I also called and left you a message. I will also send screen shots here in a short  with info about Saturdays check in. Thanks again have a great day!

---

**Tanya Smith** < ██████████████ >                          Tue, Nov 23, 2021 at 1:04 PM
To: E&E Tree Services < ██████████████ >

Thank you for the update. Once I settle, I will contact the company to see if the system is have widespread issues.

Sent from my iPhone

> On Nov 23, 2021, at 1:06 PM, E&E Tree Services < ██████████████ > wrote:
>
>
> CAUTION - EXTERNAL:
>
> Hey Ms.smith, I having issues with the app loading up for me, once it loaded up I would take another pic and doesn't seem like it's sending. It says socket closed after I take the pic. But I'm at home working today so you know and I also called and left you a message. I will also send screen shots here in a short  with info about Saturdays check in. Thanks again have a great day!
>
> **CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

---

**E&E Tree Services** < ██████████████ >                     Tue, Nov 23, 2021 at 2:44 PM
To: Tanya Smith < ██████████████ >

Yes ma'am thank you!
[Quoted text hidden]

---

**Tanya Smith** < ██████████████ >                          Tue, Nov 23, 2021 at 3:28 PM
To: E&E Tree Services < ██████████████ >

I just spoke with the company and I was told they weren't having an issue or at least no one has reported an issue. If it happens again, let me know and they will try to troubleshoot.

Sent from my iPhone

[Quoted text hidden]

---

**E&E Tree Services <​████████████████>**                        Tue, Nov 23, 2021 at 4:21 PM
To: Tanya Smith <​███████████████████>

Yes ma'am so far so good just the time this morning. Once I go in and sit down I'll send the screen shots etc.

[Quoted text hidden]



E&E Tree Services <████████████████████>

---

# Check ins
2 messages

---

**Tanya Smith** <████████████████████>                        Mon, Nov 15, 2021 at 6:18 PM
To: E&E Tree Services <████████████████████>

Good evening,

I hope all is well. I just wanted to send you a couple of reminders. Thursday night, you missed your last check in for the evening. Although it is seldom that you miss, I just wanted to remind you of the importance of your check ins as verification of your compliance. Also, don't forget you need light when you do your check ins. The one yesterday morning was too dark to confirm it was you, therefore I had to deny the check in.

Overall you are doing well and I want to make sure that I can continue to report that you are doing well. Have a good night.

Sent from my iPhone

---

**E&E Tree Services** <████████████████████>                   Mon, Nov 15, 2021 at 8:03 PM
To: Tanya Smith <████████████████████>

Hey Ms. Smith, my apologies about the missed check in I was worn out and slept right through it, also I don't even remember checking in yesterday morning at all. Again I'll be on top of it and have a great night and god bless.

[Quoted text hidden]

 Gmail

E&E Tree Services < ██████████████████ >

## Smartlink issues

E&E Tree Services < ████████████████ >
To: Penelope Winsor < ████████████████ >

Sat, Jul 31, 2021 at 9:12 PM

I just received another notification. I submitted another photo. There should be 3 photos with 3 check ins now. Please let me know if there's anything further I can do to help figure out the issue.



**Screenshot_20210731-221017_Gmail.jpg**
378K

 **Gmail**

E&E Tree Services < ████████████████ >

## Smart link issue
1 message

**E&E Tree Services** < ████████████████ >          Sat, Jul 31, 2021 at 9:09 PM
To: Tanya Smith < ████████████████ >

---------- Forwarded message ----------
From: **E&E Tree Services** < ████████████████ >
Date: Sat, Jul 31, 2021, 10:08 PM
Subject: Smart link
To: Penelope Winsor < ████████████████ >

When I was on the phone with you one alert came through. When we hung up I took a photo as per usual. The second 2 alerts shown in the first screenshot came through almost simultaneously immediately after I sent the photo in. Note the time stamps on the notification. When I was in the shower another alert went off and I took another picture. Note the second screenshot.
I'm not sure what might have prevented me from receiving them but there have been numerous technical issues Ms. Smith and I have both been experiencing lately. I'm not sure if those issues are related to this one, however this is very similar to what was going on last week.

**2 attachments**



**Screenshot_20210731-215819.jpg**
385K

**Screenshot_20210731-220152_Gmail.jpg**
368K

3/15/22, 7:03 AM



 **Gmail**

E&E Tree Services < ████████████████ >

# Smartlink

2 messages

---

**E&E Tree Services** < ██████████████ >                                                    Sat, Jul 24, 2021 at 1:53 PM
To: Tanya Smith < ████████████████ >

Hey Ms. Smith, so this smartlink thing is going off after I take a photo, the past 2 days it will give me the don't be late check-in after I've checked in is there something I'm doing wrong or do I need to take multiple photos?

---

**Tanya Smith** < ██████████████ >                                                          Sat, Jul 24, 2021 at 2:57 PM
To: E&E Tree Services < ██████████████ >

I'm sorry to hear that. I've noticed multiple pictures around the same time let me check with the monitoring center to see if there is a problem with the app right now.

Sent from my iPhone

On Jul 24, 2021, at 2:53 PM, E&E Tree Services < ██████████████ > wrote:

**CAUTION - EXTERNAL:**

Hey Ms. Smith, so this smartlink thing is going off after I take a photo, the past 2 days it will give me the don't be late check-in after I've checked in is there something I'm doing wrong or do I need to take multiple photos?

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**