

**Friday, March 11, 2022**

> Which one of your weekends were you going to be giving me SON since you want him on one of my weekends?
> 10:57 AM

**Saturday, March 12, 2022**

> You have not answered me back about weekends. I need to know ASAP or you will not be taking SON anywhere on my weekend.

> Also, we have shared legal custody meaning we discuss all medical and and religious decisions for our son. I just got a bill that you have taken him back to a counselor before consulting me as well as having him baptized last Sunday without consulting or informing me.
> 6:07 PM

> Ou have already agreed to switch so.Just let me know what weekend you want to switch and I didn't have him baptized he made that decision on his own also yes he's been doing counsling.

6:10 PM

> I'll be in contact with Chris Monday. I'm no longer in agreement to it. And yes you made a religious and medical decision without consulting me.
> 6:14 PM



**You will not be taking SON on my weekend end of discussion** 6:16 PM

> It don't work like like we've already agreed and plans have been made but you go ahead and talk to Chris or whoever about it another thing you should be proud of SON for making that decision but they do say once you believe and make that step that the devil will be right around the corner. 6:18 PM

**You're not taking our son on my weekend.** 6:43 PM

> So just keep hurting SON because your mad at me that's a great thing to do this will be the second time you've done this to levi. your not putting him first your just getting upset with me and taking it out on him again for the 2nd time. 6:46 PM

**No the issue is our sons father is on federal probation and cannot leave the state. You lied about Florida and I have zero trust in you and your co parenting. It's more than obvious you don't understand what shared legal and physical custody is.** 6:49 PM