**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **Case No. 21-cr-537-JMC-3** |
| **PAUL RUSSELL JOHNSON** *et al.*, | **:** | |
| | **:** | |

**PAUL RUSSELL JOHNSON'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Paul Russell Johnson, through counsel, moves this Court for leave to file under seal the two Exhibits, which Mr. Johnson intends to introduce at the upcoming March 17, 2022 suppression hearing. Exhibit 1 is an unredacted copy of the Geographic Information System map of Mr. Johnson's property from the New Kent County Land Records Office, a redacted version of which was filed as an Exhibit 1 to Mr. Johnson's Reply In Support of Paul Russell Johnson's Motion to Suppress Electronic Evidence or, In the Alternative, to Appoint a Special Master (ECF No. 97-1). Exhibit 2 is two pieces of mail addressed to Mr. Johnson.

The Exhibits reference Mr. Johnson's home address, and Exhibit 1 includes a photograph of Mr. Johnson's home address. Mr. Johnson intends to introduce these Exhibits into evidence at the suppression hearing. The government does not oppose Mr. Johnson's request to seal these Exhibits.

Accordingly, Mr. Johnson respectfully requests that he be permitted to file the Exhibits under seal.

Dated: March 16, 2022                                      Respectfully submitted,


                                                 */s/*
                                      _____

                                      Kobie Flowers (Bar No. 991403)
                                      BROWN GOLDSTEIN & LEVY, LLP
                                      1717 K Street, NW, Suite 900
                                      Washington, DC 20006
                                      Tel: (202) 742-5969
                                      Fax: (202) 742-5948
                                      kflowers@browngold.com


                                      Monica Basche (Bar No. MD0105)
                                      BROWN GOLDSTEIN & LEVY, LLP
                                      120 E. Baltimore Street, Suite 2500
                                      Baltimore, Maryland 21202
                                      Tel: (410) 962-1030
                                      Fax: (410) 385-0869
                                      mbasche@browngold.com

                                      *Counsel for Paul Russell Johnson*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this Motion was served on all counsel of record via email.


Date: March 16, 2022                    */s/ Kobie Flowers*
                                        Kobie Flowers