# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 1:21-cr-0332-JMC |
| | | Case No. 1:21-cr-0537-JMC |
| PAUL RUSSELL JOHNSON, *et al.*, | : | |
| | : | |

## ORDER

It is hereby ORDERED on this 17th day of March 2022 that the Defendant Paul Russell Johnson's Motion to Modify Conditions of Release is GRANTED. Accordingly, Paul Russell Johnson's conditions of release are modified to allow him to accompany his son to a football camp in South Carolina from March 25, 2022 to March 28, 2022 provided that:

1) Mr. Johnson provides his pretrial services officer with an itinerary of his travel, including his accommodations, the location of the football camp, and the practice schedule; and

2) Mr. Johnson conducts a daily check-in with his pretrial services officer.

**IT IS SO ORDERED.**

Date:  March 17, 2022

_____
JIA M. COBB
United States District Judge