UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :    Crim. No. 21-cr-00537 (JMC)
                                :
    v.                          :
                                :
PAUL RUSSELL JOHNSON,           :
                                :
        Defendant.              :

**Government Exhibits**

| No. | Description | Witness | Admitted? | Date |
|---|---|---|---|---|
| 1 | Unredacted Search Warrant | SULLIVAN MALDONADO | 3·17·2022 | UNDER SEAL |
| 2 | Compilation of Exhibits 2A-2C | SULLIVAN | T | |
| 2A | Photograph of White Trailer | FAULKNER SULLIVAN | 3·17·22 | |
| 2B | Photograph of Four-Car Garage | FAULKNER SULLIVAN | | |
| 2C | Photograph of Farmhouse | FAULKNER SULLIVAN | | |
| 3 | Photograph of Master Bedroom Closet with Backpack | SULLIVAN | · | |
| 4 | Photograph of Backpack and Contents | SULLIVAN | · | |
| 5 | Photograph of Safe in Master Bedroom | FAULKNER | · | |
| 6 | Photograph of Walkie-Talkies in Open Safe in Master Bedroom | MITCHELL | · | |

{ 1 }

| 7 | Close-up Photograph of Walkie-Talkies in Safe in Master Bedroom | MITCHELL SULLIVEN | | 1 | |
| 8 | Declaration of Laura M. Ecimovic | P. JOHNSON | 3·17·2022 | UNDER SEAL |
| 9 | DMV RECORDS OF DEF | P. JOHNSON | 3·24·22 | OVER OBJECTION UNDER SEAL |
| 10 | ECF DOCUMENT 97 EX·3 PAGE 10 OF 12 | JOHNSON | 3·24·22 | |
| | | | | |
| | | | | |