IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Criminal No. 1:21-cr-00537-JMC** |
| v. ) | |
| **RYAN SAMSEL,** ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of the government's Motion for Exclusion of Time under the Speedy Trial Act, it is this ___ day of March, 2022, hereby:

**ORDERED** that the Motion is **DENIED.**

.

**SO ORDERED.**

_____
The Honorable Jia M. Cobb
United States District Court Judge
