UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-537-JMC-3 |
| : | |
| PAUL RUSSELL JOHNSON, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its amended Exhibit List from the suppression hearing held on March 17 and March 24, 2022, in the above-captioned case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

_____/s/_____
Hava Mirell
Assistant United States Attorney - Detailee
CA Bar No. 311098
312 N. Spring St., Suite 1100
Los Angeles, CA 90012
(213) 894-0717
Hava.Mirell@usdoj.gov