UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Crim. No. 21-cr-00537 (JMC) |
|---|---|---|
| v. | : | |
| PAUL RUSSELL JOHNSON, | : | |
| Defendant. | : | |

**Government Exhibits**

| _No._ | _Description_ | _Witness_ | _Admitted?_ | _Date_ |
|---|---|---|---|---|
| 1 | Unredacted Search Warrant | SA Sullivan | Yes (Under seal) | 3/17/22 |
| 2 | Compilation of Exhibits 2A-2C | SA Faulkner | Yes | 3/17/22 |
| 2A | Photograph of White Trailer | SA Faulkner | Yes | 3/17/22 |
| 2B | Photograph of Four-Car Garage | SA Faulkner | Yes | 3/17/22 |
| 2C | Photograph of Farmhouse | SA Faulkner | Yes | 3/17/22 |
| 3 | Photograph of Master Bedroom Closet with Backpack | SA Faulkner | Yes | 3/17/22 |
| 4 | Photograph of Backpack and Contents | SA Faulkner | Yes | 3/17/22 |
| 5 | Photograph of Safe in Master Bedroom | SA Faulkner | Yes | 3/17/22 |
| 6 | Photograph of Walkie-Talkies in Open Safe in Master Bedroom | SA Faulkner | Yes | 3/17/22 |

| | | | | |
|---|---|---|---|---|
| 7 | Close-up Photograph of Walkie-Talkies in Safe in Master Bedroom | SA Faulkner | Yes | 3/17/22 |
| 8 | Declaration of Laura M. Ecimovic | SA Sullivan | Yes (Under Seal) | 3/17/22 |
| 9 | Certified DMV Records for Paul Johnson | Paul Johnson | Yes (Under Seal) | 3/24/22 |
| 10 | Case No. 21-cr-537-JMC, ECF No. 97-2, Exhibit 3, page 10 of 12. | Paul Johnson | Yes | 3/24/22 |
| | | | | |
| | | | | |