# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-cr-537-JMC-3 |
| | : | |
| PAUL RUSSELL JOHNSON, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves this Court for leave to file under seal Government Exhibit 9, which the Government introduced, and which was admitted into evidence, at the continued suppression hearing on March 24, 2022.

Government Exhibit 9 is a certified copy of Virginia Department of Motor Vehicle records for defendant Paul Russell Johnson. Government Exhibit 9 contains the defendant's personal identifying information, including his date of birth, social security number, and address. The defendant did not oppose the Government's request to seal this exhibit during the March 24, 2022 continued suppression hearing.

Accordingly, the Government respectfully requests that this Court grant it permission to file Government Exhibit 9 under seal.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

        By:    /s/ Hava Mirell
               HAVA MIRELL
               CA Bar No. 311098
               Assistant United States Attorney - Detailee
               United States Attorney's Office
               for the District of Columbia
               (213) 894-0717
               Hava.Mirell@usdoj.gov

## CERTIFICATE OF SERVICE

On this 29th day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Hava Mirell*
HAVA MIRELL
CA Bar No. 311098
Assistant United States Attorney - Detailee
United States Attorney's Office
for the District of Columbia
(213) 894-0717
Hava.Mirell@usdoj.gov