IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v.   )<br>)<br>**RYAN SAMSEL,**   )<br>)<br>**Defendant.**   )<br>) | **Criminal No. 1:21-cr-00537-JMC** |

### [PROPOSED] ORDER

Upon consideration of Defendant Ryan Samsel's Motion to Revoke Pretrial Detention, it is this ___ day of April, 2022, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Mr. Samsel shall be released subject to the conditions of confinement set by further order of this Court.

.

**SO ORDERED.**

_____
The Honorable Jia M. Cobb
United States District Court Judge