# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Case No. 21-cr-537-JMC-3** |
| **PAUL RUSSELL JOHNSON** *et al.*, | : | |
| | : | |

## [PROPOSED] ORDER

It is hereby ORDERED on this _____ day of April that the Defendant Paul Russell Johnson's Motion to Modify Conditions of Release is GRANTED. Accordingly, Paul Russell Johnson's conditions of release are modified to:

(1) discontinue location monitoring; and

(2) require telephone check-ins.

**IT IS SO ORDERED.**

Date: April ___, 2022

_____
JIA M. COBB
United States District Judge